**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CLARENCE L. ROBERTS, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION No. 22-00187-KD-MU** |
| | ) | |
| **BENTARIUS FONTA STEWART, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

This action is before the Court on Defendants' motion for new trial or remittitur. (Doc. 153). Plaintiffs are **ORDERED** to file a response **on or before July 2, 2025**. Defendants shall file any reply **on or before July 14, 2025**.

**DONE** and **ORDERED** this **13th** day of **June 2025**.

**/s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**