**COCOUNSEL**

**Skill:** Review Documents

**Result created:** August 10, 2025

**Prompt:** Review the chart for correctness, ensuring the information is accurate and properly presented. Check for any errors in citations, descriptions, or legal interpretations.

**Files:**

- **Chart of Plaintiffs Case Law .docx**

**Result:**

Review the chart for correctness, ensuring the information is accurate and properly presented.

## Comprehensive Review of "Chart of Plaintiffs Case Law" for Accuracy and Presentation

### 1. Factual Accuracy

**A. Case Names and Citations**

- Most cases are properly cited, including party names, reporters, and court/jurisdiction, with the format generally consistent throughout the chart.

1

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44

---

[1] Aikins v. St., pg. 1, **Chart of Plaintiffs Case Law .docx**
12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**
Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**
Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**
requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**
F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

[2] Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

[3] Case Name and Citation, pg. 2, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 2, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 2, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 2, **Chart of Plaintiffs Case Law .docx**
Baird v., pg. 2, **Chart of Plaintiffs Case Law .docx**
1600 Church FHA, 42 U.S.C. §, pg. 2, **Chart of Plaintiffs Case Law .docx**
Rd. Condo., pg. 2, **Chart of Plaintiffs Case Law .docx**
3604(f); ADA, 42, pg. 2, **Chart of Plaintiffs Case Law .docx**
Ass'n, No., pg. 2, **Chart of Plaintiffs Case Law .docx**
U.S.C. § 12181(7);, pg. 2, **Chart of Plaintiffs Case Law .docx**
16-1432, Sub-elements:, pg. 2, **Chart of Plaintiffs Case Law .docx**
2017 WL Proof of disability;, pg. 2, **Chart of Plaintiffs Case Law .docx**
4150785 Documentation;, pg. 2, **Chart of Plaintiffs Case Law .docx**
(E.D. Pa. Training, pg. 2, **Chart of Plaintiffs Case Law .docx**
Sept. 19, 2017)., pg. 2, **Chart of Plaintiffs Case Law .docx**

[4] offices; DOJ 700 (D. Md. 1999)., pg. 2, **Chart of Plaintiffs Case Law .docx**

[5] 3d 1219 (M.D. Ala. 2017)., pg. 3, **Chart of Plaintiffs Case Law .docx**

[6] Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

[7] 1090 (2009)., pg. 5, **Chart of Plaintiffs Case Law .docx**

[8] Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

[9] 1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

[10] 60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

[11] Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

[12] Cir. 2006)., pg. 9, **Chart of Plaintiffs Case Law .docx**

[13] 1028 (D.N.D. 2011)., pg. 10, **Chart of Plaintiffs Case Law .docx**

[14] 127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

[15] Home Court proof; Necessity; LLP, No. 10- No-pet denial. 3313, 2011 WL 4459701 (C.D. Ill. Sept. 26, 2011)., pg. 12, **Chart of Plaintiffs Case Law .docx**

[16] (D. Or. 1998)., pg. 12, **Chart of Plaintiffs Case Law .docx**

[17] Reasonable Apartments, accommodation for 250 F.3d 1039 (6th Cir. 2001)., pg. 12, **Chart of Plaintiffs Case Law .docx**

[18] So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

[19] Higgins v. 120 Riverside Blvd. at Trump Place Condo., No. 21-CV-4203 (LJL), 2022 WL 3972444 (S.D.N.Y. Aug. 31, 2022)., pg. 14, **Chart of Plaintiffs Case Law .docx**

[20] Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

[21] Jankey v. Twentieth Century Fox Film Corp., 14 F. Supp. 2d 1174 (C.D. Cal. 1998)., pg. 16, **Chart of Plaintiffs Case Law .docx**

[22] Cal. 2000). companionship., pg. 16, **Chart of Plaintiffs Case Law .docx**

[23] Keys Youth Servs., Inc. v. City of Olathe, 248 F.3d 1267 (10th Cir. 2001)., pg. 17, **Chart of Plaintiffs Case Law .docx**

[24] 370 F.3d position; Service 837 (9th Cir. animal exclusion. 2004)., pg. 18, **Chart of Plaintiffs Case Law .docx**

[25] Mcclendon v. Bresler, No. CV 21- 01527-ODW (MRWx), 2023 WL 2820330 (C.D. Cal. Mar. 30, 2023)., pg. 19, **Chart of Plaintiffs Case Law .docx**

[26] 2025)., pg. 20, **Chart of Plaintiffs Case Law .docx**

[27] Retail, Inc., No. 2:23-cv- 00230-JAW (D. Me. Mar. 7, 2025)., pg. 21, **Chart of Plaintiffs Case Law .docx**

[28] Case Name and Citation Corp., 58 F.3d 1063 (5th Cir. 1995)., pg. 22, **Chart of Plaintiffs Case Law .docx**

[29] n, Inc. v., pg. 22, **Chart of Plaintiffs Case Law .docx**

[30] (W.D. La. Aug. 3, 2022)., pg. 23, **Chart of Plaintiffs Case Law .docx**

[31] Spencer, 415 F. App'x 617 (6th Cir. 2011)., pg. 24, **Chart of Plaintiffs Case Law .docx**

[32] Peklun v. Tierra Del Mar Condo. Ass'n, Inc., No. 15-CIV- 80801, 2015 WL 8029840 (S.D. Fla. Dec. 7, 2015)., pg. 24, **Chart of Plaintiffs Case Law .docx**

[33] Reaves v. Immediate Medical Care, No. 3:23-cv- 00156-WGY (M.D. Fla. Feb. 10, 2025)., pg. 26, **Chart of Plaintiffs Case Law .docx**

[34] Sabal Palm Condos. of Pine Island Ridge Ass'n, Inc. v. Fischer, 6 F. Supp. 3d 1272 (S.D. Fla. 2014)., pg. 27, **Chart of Plaintiffs Case Law .docx**

[35] Revock v. Cowpet Bay W. Condo. Ass'n, 853 F.3d 96 (3d Cir. 2017)., pg. 27, **Chart of Plaintiffs Case Law .docx**

[36] 199 F. Supp. 2d 578 (N.D. Tex. 2002)., pg. 28, **Chart of Plaintiffs Case Law .docx**

[37] Hosp., 964 F. Supp. 2d 1077 (N.D. Cal. 2013)., pg. 28, **Chart of Plaintiffs Case Law .docx**

[38] 36AAS, 2019 WL 2562359 (M.D. Fla. Jun. 12, 2019)., pg. 29, **Chart of Plaintiffs Case Law .docx**

[39] Threatt v. Sylacauga FHA, 42 U.S.C. §§ Hous. Auth., 3604(f), 3617; Sub- (complaints re: No. 1:20-cv- elements: housing 00096-ACA, 2022 WL 4448596 (N.D. Ala. Sept. 28, 2022)., pg. 29, **Chart of Plaintiffs Case Law .docx**

[40] Ass'n, Inc., No. 17- 10153, 2019 WL 6464985 (E.D. La. Dec. 2, 2019)., pg. 30, **Chart of Plaintiffs Case Law .docx**

[41] Hialeah Housing Authority, 418 F. App'x 872 (11th, pg. 30, **Chart of Plaintiffs Case Law .docx**

[42] United States v. Pelfrey, No. CIV-18-945- HE, 2019 WL 2110767 (W.D. Okla. May 14, 2019)., pg. 31, **Chart of Plaintiffs Case Law .docx**

[43] United States v. Univ. of Neb. at Kearney, 940 F. Supp. 2d 974 (D. Neb. 2013)., pg. 31, **Chart of Plaintiffs Case Law .docx**

[44] Woodside Vill. Condo. Ass'n v. Hertzmark, No. CV93 0065675S, 1993 WL 268293 (Conn. Super. Ct. June 22, 1993)., pg. 36, **Chart of Plaintiffs Case Law .docx**

- There are some extra line breaks in longer citations, but the legal information remains discernible and proper. [45] [46] [47] [48]

---

[45] 3d 1219 (M.D. Ala. 2017)., pg. 3, **Chart of Plaintiffs Case Law .docx**
threat; Breed restrictions., pg. 3, **Chart of Plaintiffs Case Law .docx**
Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**
FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**
language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

[46] 1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**
Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**
Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

[47] Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**
Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**
prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**
Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**
concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**
disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**
necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**
ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**
demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**
delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**
verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**
of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[48] refusal); (4) Interference via harassment (severe/pervasive blog posts); (5) No preemption of local rules, but individualized threat assessment required. The court denied summary judgments, holding an alternate small dog may be unreasonable for, pg. 27, **Chart of Plaintiffs Case Law .docx**
Sabal Palm Condos. of Pine Island Ridge Ass'n, Inc. v. Fischer, 6 F. Supp. 3d 1272 (S.D. Fla. 2014)., pg. 27, **Chart of Plaintiffs Case Law .docx**
FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Size- specific needs; Alternate accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

**B. Statute/Element References**

- Statutes (ADA, FHA, relevant state statutes) are specifically referenced for each case, and whenever sub-elements or step-by-step legal requirements

---

mobility needs. Step- support animals; by-step: (1) Specific size necessary for assistance; (2) Denial discriminatory if not tailored., pg. 27, **Chart of Plaintiffs Case Law .docx**
Applies to service dogs/emotional, pg. 27, **Chart of Plaintiffs Case Law .docx**
emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

are discussed, they are broken out clearly. [49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 89 90 91 92]

---

[49] ADA, 42 U.S.C. §, pg. 1, **Chart of Plaintiffs Case Law .docx**

Aikins v. St., pg. 1, **Chart of Plaintiffs Case Law .docx**

12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**

Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**

Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**

requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**

F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

over policy;, pg. 1, **Chart of Plaintiffs Case Law .docx**

power to amend policy; (3) No authority to ensure nondiscrimination;, pg. 1, **Chart of Plaintiffs Case Law .docx**

vs. individual liability., pg. 1, **Chart of Plaintiffs Case Law .docx**

(4)   Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

[50] 1600 Church FHA, 42 U.S.C. §, pg. 2, **Chart of Plaintiffs Case Law .docx**

Rd. Condo., pg. 2, **Chart of Plaintiffs Case Law .docx**

3604(f); ADA, 42, pg. 2, **Chart of Plaintiffs Case Law .docx**

Ass'n, No., pg. 2, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 12181(7);, pg. 2, **Chart of Plaintiffs Case Law .docx**

16-1432, Sub-elements:, pg. 2, **Chart of Plaintiffs Case Law .docx**

2017 WL Proof of disability;, pg. 2, **Chart of Plaintiffs Case Law .docx**

4150785 Documentation;, pg. 2, **Chart of Plaintiffs Case Law .docx**

(E.D. Pa. Training, pg. 2, **Chart of Plaintiffs Case Law .docx**

Sept. 19, 2017)., pg. 2, **Chart of Plaintiffs Case Law .docx**

distinction., pg. 2, **Chart of Plaintiffs Case Law .docx**

[51] Grand FHA, 42 U.S.C. §, pg. 3, **Chart of Plaintiffs Case Law .docx**

Reserve 3604(f); Sub-, pg. 3, **Chart of Plaintiffs Case Law .docx**

MGM, LLC,, pg. 3, **Chart of Plaintiffs Case Law .docx**

elements: Familial, pg. 3, **Chart of Plaintiffs Case Law .docx**

269 F. Supp. status; Direct, pg. 3, **Chart of Plaintiffs Case Law .docx**

3d 1219 (M.D. Ala. 2017)., pg. 3, **Chart of Plaintiffs Case Law .docx**

threat; Breed restrictions., pg. 3, **Chart of Plaintiffs Case Law .docx**

[52] FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

6

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

[53] Carolyn v. ADA, 42 U.S.C. § 12181(7); Sub-, pg. 5, **Chart of Plaintiffs Case Law .docx**

Orange Park, pg. 5, **Chart of Plaintiffs Case Law .docx**

elements: Public, pg. 5, **Chart of Plaintiffs Case Law .docx**

generally private; relevant for, pg. 5, **Chart of Plaintiffs Case Law .docx**

177 Cal., pg. 5, **Chart of Plaintiffs Case Law .docx**

HOAs; Recreational owners/guests; (3), pg. 5, **Chart of Plaintiffs Case Law .docx**

App. 4th, pg. 5, **Chart of Plaintiffs Case Law .docx**

1090 (2009)., pg. 5, **Chart of Plaintiffs Case Law .docx**

facilities open to public., pg. 5, **Chart of Plaintiffs Case Law .docx**

No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

[54] FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

[55] Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

v.   Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to ADA accommodations; operator as authority holder; relevant for FMRCOA on HOA board liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

[56] elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[57] FHA, 42 U.S.C. § 3604(f); Sub-, pg. 9, **Chart of Plaintiffs Case Law .docx**

Ass'n of, pg. 9, **Chart of Plaintiffs Case Law .docx**

elements:, pg. 9, **Chart of Plaintiffs Case Law .docx**

Apartment, pg. 9, **Chart of Plaintiffs Case Law .docx**

Owners of 2987 Kalakaua, 453 F.3d 1175 (9th, pg. 9, **Chart of Plaintiffs Case Law .docx**

Cir. 2006)., pg. 9, **Chart of Plaintiffs Case Law .docx**

Knowledge of disability and necessity; Constructive vs. actual knowledge; No denial if accommodation granted., pg. 9, **Chart of Plaintiffs Case Law .docx**

training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

8

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[58] Phoenix W. ADA, 42 U.S.C. § 12181(7); Sub-, pg. 10, **Chart of Plaintiffs Case Law .docx**

II, LLC, No., pg. 10, **Chart of Plaintiffs Case Law .docx**

15-00258-, pg. 10, **Chart of Plaintiffs Case Law .docx**

elements: Rental, pg. 10, **Chart of Plaintiffs Case Law .docx**

KD-N, 2016 office as public WL 7385007 accommodation; (S.D. Ala. Residential exemptions. Feb. 23, 2016)., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in apartments; rental offices public; relevant for FMRCOA on HOA offices/leasing., pg. 10, **Chart of Plaintiffs Case Law .docx**

[59] Fair Hous. of the Dakotas, Inc. v. FHA, 42 U.S.C. §, pg. 10, **Chart of Plaintiffs Case Law .docx**

Goldmark 3604(f); Sub- Prop. Mgmt., elements: All Inc., 778 F. animal types; No Supp. 2d training required., pg. 10, **Chart of Plaintiffs Case Law .docx**

1028 (D.N.D. 2011)., pg. 10, **Chart of Plaintiffs Case Law .docx**

Florida FHA, 42 U.S.C. § Comm'n on, pg. 10, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B);, pg. 10, **Chart of Plaintiffs Case Law .docx**

reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[60] Relevant Statute and Sub-Elements, pg. 11, **Chart of Plaintiffs Case Law .docx**

Florida Fair holding condo violated FHA by Housing Act, Fla. Stat. § 760.23; Sub- denying service dog elements: Reasonable, pg. 11, **Chart of Plaintiffs Case Law .docx**

for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[61] Home Court proof; Necessity; LLP, No. 10- No-pet denial. 3313, 2011 WL 4459701 (C.D. Ill. Sept. 26, 2011)., pg. 12, **Chart of Plaintiffs Case Law .docx**

disability/necessity for ESA. Step-by- step: (1) No, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 12, **Chart of Plaintiffs Case Law .docx**

proof requirements; relevant for, pg. 12, **Chart of Plaintiffs Case Law .docx**

substantial limitation FMRCOA on shown; (2) ESA evidentiary burdens. nexus unproven; (3) Lot rental not "dwelling"; (4) No refusal; (5) Claim failed., pg. 12, **Chart of Plaintiffs Case Law .docx**

[62] FHA, 42 U.S.C. § 3604(f); Sub-, pg. 12, **Chart of Plaintiffs Case Law .docx**

Clackamas, pg. 12, **Chart of Plaintiffs Case Law .docx**

elements: Hearing, pg. 12, **Chart of Plaintiffs Case Law .docx**

Supp. 1253, pg. 12, **Chart of Plaintiffs Case Law .docx**

Superior to devices., pg. 12, **Chart of Plaintiffs Case Law .docx**

(D. Or. 1998)., pg. 12, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 12, **Chart of Plaintiffs Case Law .docx**

Groner v. 3604(f); Sub- Golden Gate elements: Gardens, pg. 12, **Chart of Plaintiffs Case Law .docx**

Reasonable Apartments, accommodation for 250 F.3d 1039 (6th Cir. 2001)., pg. 12, **Chart of Plaintiffs Case Law .docx**

mentally disabled tenant's noise; Interactive process; Reasonableness., pg. 12, **Chart of Plaintiffs Case Law .docx**

The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

[63] Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's

statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[64] FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Reasonable, pg. 14, **Chart of Plaintiffs Case Law .docx**

accommodation for disability, pg. 14, **Chart of Plaintiffs Case Law .docx**

(noise/fumes/mold in condo); Constructive denial through delay; Necessity nexus; Statute of limitations/continui ng violation; Business judgment rule for board members., pg. 14, **Chart of Plaintiffs Case Law .docx**

The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[65] Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

[66] ADA, 42 U.S.C. § 12181(7); Sub-, pg. 16, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation factors; Private facilities., pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to ADA exemptions; private if limited access; relevant for FMRCOA on HOA privacy., pg. 16, **Chart of Plaintiffs Case Law .docx**

[67] Janush v. FHA, 42 U.S.C. § Charities 3604(f); Sub- Hous. Dev. elements: Multiple Corp., 169 F. animals, pg. 16, **Chart of Plaintiffs Case Law .docx**

Supp. 2d (birds/cats); Mental FHA. Step-by-step:, pg. 16, **Chart of Plaintiffs Case Law .docx**

1133 (N.D. health, pg. 16, **Chart of Plaintiffs Case Law .docx**

Cal. 2000). companionship., pg. 16, **Chart of Plaintiffs Case Law .docx**

constituted constructive denial; (5) No direct threat shown, PTSD managed by meds/therapy did not disqualify; (6) Inquiries limited to disability need and animal's task. Emphasizes FHA's broad protections, verbal assertions suffice if credible. The court granted summary judgment, holding studio lot private. Step-by- step: (1) Question of law; (2) Factors: nonmember use, purpose, ads, status; (3), pg. 16, **Chart of Plaintiffs Case Law .docx**

Regular/indiscrimina te use contradicts private; (4) Occasional insufficient; (5) Open indiscriminately key. The court denied summary judgment, holding factual issues on whether eviction for emotional support animals violated the, pg. 16, **Chart of Plaintiffs Case Law .docx**

> (1) Disability required animals for companionship; (2) No-pet enforcement potentially, pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to multiple emotional support animals; supports broad therapeutic accommodations in housing., pg. 16, **Chart of Plaintiffs Case Law .docx**

[68] FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Actual knowledge of necessity; Zoning as housing practice; Reasonable accommodation., pg. 17, **Chart of Plaintiffs Case Law .docx**

for arguing in FMRCOA that clear communications of necessity trigger duties, even if not animal-specific., pg. 17, **Chart of Plaintiffs Case Law .docx**

[69] California ADA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

Ctr. for the 12182(a); Sub- Arts, elements: Operator Escondido, as authority, pg. 18, **Chart of Plaintiffs Case Law .docx**

370 F.3d position; Service 837 (9th Cir. animal exclusion. 2004)., pg. 18, **Chart of Plaintiffs Case Law .docx**

Position to instruct staff on access; (3) Ability to ensure, pg. 18, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 18, **Chart of Plaintiffs Case Law .docx**

[70] FHA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

3604(f); Sub-, pg. 18, **Chart of Plaintiffs Case Law .docx**

elements: Inquiries 1:18-cv- into disability;, pg. 18, **Chart of Plaintiffs Case Law .docx**

00384-BLW,, pg. 18, **Chart of Plaintiffs Case Law .docx**

2019 WL 1013413 (D. Idaho Mar. 4, 2019)., pg. 18, **Chart of Plaintiffs Case Law .docx**

Ultimate approval; No violation if accommodated., pg. 18, **Chart of Plaintiffs Case Law .docx**

[71] FHA, 42 U.S.C. § 3604(f)(3)(B); ADA, 42 U.S.C. §, pg. 19, **Chart of Plaintiffs Case Law .docx**

Mcclendon v. Bresler, No. CV 21- 01527-ODW (MRWx), 2023 WL 2820330 (C.D. Cal. Mar. 30, 2023)., pg. 19, **Chart of Plaintiffs Case Law .docx**

12182(b)(2)(A)(ii) (reasonable modification); Sub- elements: Constructive, pg. 19, **Chart of Plaintiffs Case Law .docx**

knowledge of disability; Documentation requests; No-dog policies; Compensatory damages., pg. 19, **Chart of Plaintiffs Case Law .docx**

nondiscrimination; (4) Participated in discriminatory acts;, pg. 19, **Chart of Plaintiffs Case Law .docx**

> (5) Retains accountability for those in power. The court granted the plaintiff's motion for summary judgment in part, awarding $14,800 in compensatory damages for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

FHA violation stemming from the denial of a rental application due to an emotional support animal. Step-by-step: (1) Communications referencing "reasonable accommodation" and ADA compliance implied the presence of a disability, establishing constructive knowledge on the landlord's part without explicit disclosure; (2) The landlord had a duty to engage in an interactive process upon such knowledge; (3) The blanket no-dog policy was discriminatory as applied, without assessment of, pg. 19, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA, described in the opinion as a "verified emotional support animal"; incorporates ADA references but primarily adjudicated under FHA for

private housing; contrasts ADA's requirement for task training by focusing on therapeutic necessity; relevant for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

[72] ADA, 42 U.S.C. § 12102(1)(C); Sub- elements: R.R. Co., No. Regarded-as, pg. 20, **Chart of Plaintiffs Case Law .docx**

The court vacated summary judgment, holding genuine issues on whether employer regarded plaintiff as disabled due to brain injury. Step-by-step: (1) Injury caused perceived impairment; (2) Risk training; relevant, pg. 20, **Chart of Plaintiffs Case Law .docx**

Meza v., pg. 20, **Chart of Plaintiffs Case Law .docx**

Union Pac., pg. 20, **Chart of Plaintiffs Case Law .docx**

24-1367 (8th disabled (brain, pg. 20, **Chart of Plaintiffs Case Law .docx**

Cir. July 25, injury seizure risk); of future seizures, pg. 20, **Chart of Plaintiffs Case Law .docx**

2025)., pg. 20, **Chart of Plaintiffs Case Law .docx**

No training for accommodations., pg. 20, **Chart of Plaintiffs Case Law .docx**

from alteration; (3) No training discussed; (4) Restrictions discriminatory; (5) Remand for qualification/direct threat., pg. 20, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on perceived disability risks, no-training parallels., pg. 20, **Chart of Plaintiffs Case Law .docx**

[73] ADA, 42 U.S.C. §, pg. 20, **Chart of Plaintiffs Case Law .docx**

The court denied, pg. 20, **Chart of Plaintiffs Case Law .docx**

Working 12182; MHRA; Sub- summary judgment, pg. 20, **Chart of Plaintiffs Case Law .docx**

Dogs v., pg. 20, **Chart of Plaintiffs Case Law .docx**

Brookfield, pg. 20, **Chart of Plaintiffs Case Law .docx**

Properties, pg. 20, **Chart of Plaintiffs Case Law .docx**

elements: Service dogs in training; Public, pg. 20, **Chart of Plaintiffs Case Law .docx**

on ADA/MHRA claims, holding service dogs in, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to ADA regarded-as (work restrictions); analogies to FHA ESAs without, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs in training under ADA Title III (mall); no federal protection for in-, pg. 20, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 21, **Chart of Plaintiffs Case Law .docx**

Retail, Inc., No. 2:23-cv- 00230-JAW (D. Me. Mar. 7, 2025)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 21, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 21, **Chart of Plaintiffs Case Law .docx**

training, but state, pg. 21, **Chart of Plaintiffs Case Law .docx**

under MHRA but not laws may differ;, pg. 21, **Chart of Plaintiffs Case Law .docx**

contrasts FHA (no, pg. 21, **Chart of Plaintiffs Case Law .docx**

relevant for disabilities requiring FMRCOA on trained dogs; (2) Dogs individually, pg. 21, **Chart of Plaintiffs Case Law .docx**

training distinctions in, pg. 21, **Chart of Plaintiffs Case Law .docx**

trained for tasks like quasi-public HOA, pg. 21, **Chart of Plaintiffs Case Law .docx**

[74] commercial, pg. 21, **Chart of Plaintiffs Case Law .docx**

exceptions., pg. 21, **Chart of Plaintiffs Case Law .docx**

Neff v. ADA, 42 U.S.C. §, pg. 21, **Chart of Plaintiffs Case Law .docx**

accommodation access; State vs. federal distinctions. ADA Title III. Step- by-step: (1) Plaintiffs training for ESAs); established, pg. 21, **Chart of Plaintiffs Case Law .docx**

[75] FHA, 42 U.S.C. § 3604(f)(3)(B); ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub- elements: Reasonable accommodation in, pg. 22, **Chart of Plaintiffs Case Law .docx**

13

The court granted summary judgment and permanent injunction for plaintiff, holding state's Class 1 commercial classification of disabled supported living home, pg. 22, **Chart of Plaintiffs Case Law .docx**

Applies to FHA/ADA, pg. 22, **Chart of Plaintiffs Case Law .docx**

New Horizons Rehabilitatio zoning, pg. 22, **Chart of Plaintiffs Case Law .docx**

n, Inc. v., pg. 22, **Chart of Plaintiffs Case Law .docx**

State of 1 vs. Class 2); Indiana, 400 Disparate F. Supp. 3d 751 (S.D. Ind. 2019). treatment via commercial requirements (fire suppression);, pg. 22, **Chart of Plaintiffs Case Law .docx**

classification (Class (requiring fire suppression) violated ictions solely for FHA/ADA/Rehab Act. disabled housing; Step-by-step: (1) Residents' intellectual/develop mental disabilities, pg. 22, **Chart of Plaintiffs Case Law .docx**

Necessity for equal limited major life, pg. 22, **Chart of Plaintiffs Case Law .docx**

no training needed if nexus shown; useful for FMRCOA on discriminatory HOA safety/breed, pg. 22, **Chart of Plaintiffs Case Law .docx**

opportunity; Permanent injunction and damages., pg. 22, **Chart of Plaintiffs Case Law .docx**

activities; (2) Waiver rules without of Class 1 requirements necessary for equal residential access, as, pg. 22, **Chart of Plaintiffs Case Law .docx**

accommodations in disabled group homes; parallels ESAs by challenging burdensome classifications/restr, pg. 22, **Chart of Plaintiffs Case Law .docx**

individualized assessment., pg. 22, **Chart of Plaintiffs Case Law .docx**

[76] Osborne v. FHA, 42 U.S.C. § Belton, No. 3604(f); Sub- 3:20-cv- elements:, pg. 23, **Chart of Plaintiffs Case Law .docx**

02008-TAD- KDM, 2022, pg. 23, **Chart of Plaintiffs Case Law .docx**

Assistance animal, pg. 23, **Chart of Plaintiffs Case Law .docx**

necessity; No WL 3031178 training, pg. 23, **Chart of Plaintiffs Case Law .docx**

(W.D. La. Aug. 3, 2022)., pg. 23, **Chart of Plaintiffs Case Law .docx**

requirement;, pg. 23, **Chart of Plaintiffs Case Law .docx**

Retaliation under § 3617., pg. 23, **Chart of Plaintiffs Case Law .docx**

FHA by denying ESA (housing); no and evicting. Step- by-step: (1) Developmental disabilities/anxiety qualified as disability; (2) Doctor's note established ESA necessity for symptom, pg. 23, **Chart of Plaintiffs Case Law .docx**

under FHA, pg. 23, **Chart of Plaintiffs Case Law .docx**

landlord violated, pg. 23, **Chart of Plaintiffs Case Law .docx**

training needed if therapeutic; relevant for FMRCOA to emphasize FHA's broad protection without training mandates., pg. 23, **Chart of Plaintiffs Case Law .docx**

[77] FHA, 42 U.S.C. § 3604(f); Sub-, pg. 24, **Chart of Plaintiffs Case Law .docx**

Mut. Homes, Inc. v., pg. 24, **Chart of Plaintiffs Case Law .docx**

elements: No, pg. 24, **Chart of Plaintiffs Case Law .docx**

training for ESAs;, pg. 24, **Chart of Plaintiffs Case Law .docx**

Spencer, 415 F. App'x 617 (6th Cir. 2011)., pg. 24, **Chart of Plaintiffs Case Law .docx**

Necessity for, pg. 24, **Chart of Plaintiffs Case Law .docx**

emotional support; Reasonable accommodation., pg. 24, **Chart of Plaintiffs Case Law .docx**

anxiety/depression as disability; (2) Dog provided support without training; (3) FHA assistance animals include untrained ESAs if necessary; (4) No undue burden; (5) Denial discriminatory absent threat. The court denied summary judgment on FHA claim, holding issues on whether dog was necessary, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA (housing); explicitly no training required, contrasting ADA; key for FMRCOA to direct court to FHA's lower threshold for assistance animals., pg. 24, **Chart of Plaintiffs Case Law .docx**

[78] FHA, 42 U.S.C. §, pg. 24, **Chart of Plaintiffs Case Law .docx**

14

3604(f)(3)(B); Sub- elements: Disability ESA/service animal. Step-by-step: (1), pg. 24, **Chart of Plaintiffs Case Law .docx**

(sleep apnea); Necessity; Training Sleep apnea as distinctions (ESA vs. service)., pg. 24, **Chart of Plaintiffs Case Law .docx**

disability limiting breathing/sleeping; (2) Doctor letters showed nexus to dog alerting to apnea; (3) No training needed, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs/service animals under FHA; sleep apnea, pg. 24, **Chart of Plaintiffs Case Law .docx**

[79] Phillips v. Acacia on the Green Condo. Ass'n, Inc., 43 F.4th 577 (6th Cir. 2022), aff'g No. 1:19-cv-1277, 2020 WL 6074055 (N.D. Ohio Oct. 15, 2020)., pg. 25, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Reasonable modification (gas grills); Necessity for disability., pg. 25, **Chart of Plaintiffs Case Law .docx**

established; (2) No, pg. 25, **Chart of Plaintiffs Case Law .docx**

nexus to grills alleviating symptoms; (3) Alternatives (electric grills) sufficient; (4) No undue burden needed as, pg. 25, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 26, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 26, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 26, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 26, **Chart of Plaintiffs Case Law .docx**

training linked to disability; (2) Emotional support alone insufficient for service classification; (3) But, pg. 26, **Chart of Plaintiffs Case Law .docx**

noted potential, pg. 26, **Chart of Plaintiffs Case Law .docx**

separate protection for emotional support animals., pg. 26, **Chart of Plaintiffs Case Law .docx**

[80] ADA, 42 U.S.C. § 12182; Sub- elements: Service animal definition (individual training); Direct threat exception (allergies); Reasonable modifications., pg. 26, **Chart of Plaintiffs Case Law .docx**

Applies to service, pg. 26, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations); affirms self- training ok, no certification, pg. 26, **Chart of Plaintiffs Case Law .docx**

exclusion for direct threats like, pg. 26, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) Plaintiff established disabilities (PTSD, anxiety, bipolar) substantially limiting needed, but allows major life activities like work and basic tasks; (2) The dog allergies if modifications considered; contrasts FHA by requiring task training; relevant for FMRCOA to show training thresholds but also exceptions in housing-like settings. was trained by owners and an academy to perform tasks like grounding and alerting to self- harm; (3) Self- training suffices under ADA, no certification required; (4) Exclusion justified by individualized assessment of doctor's severe allergy as a direct threat, after, pg. 26, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 27, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 27, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

considering modifications like alternate doctor or dog outside; (5) No discrimination as threat outweighed access., pg. 27, **Chart of Plaintiffs Case Law .docx**

[81] Sabal Palm Condos. of Pine Island Ridge Ass'n, Inc. v. Fischer, 6 F. Supp. 3d 1272 (S.D. Fla. 2014)., pg. 27, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Size- specific needs; Alternate accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

mobility needs. Step- support animals; by-step: (1) Specific size necessary for assistance; (2) Denial discriminatory if not tailored., pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs/emotional, pg. 27, **Chart of Plaintiffs Case Law .docx**

emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

[82] Relevant Statute and Sub-Elements, pg. 28, **Chart of Plaintiffs Case Law .docx**

Sapp v. MHI, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12181(7); Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

P'ship, Ltd.,, pg. 28, **Chart of Plaintiffs Case Law .docx**

199 F. Supp. 2d 578 (N.D. Tex. 2002)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Model homes as sales offices; Mixed purposes., pg. 28, **Chart of Plaintiffs Case Law .docx**

Storms v. Fred Meyer Stores, Inc., 129 Wash. App. 820, 120 P.3d 126 (2005)., pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; State law mirroring; Sub- elements: Service animal training (obedience sufficient if task- linked); Public accommodation restriction., pg. 28, **Chart of Plaintiffs Case Law .docx**

Tamara v. El Camino overlap; Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, pg. 28, **Chart of Plaintiffs Case Law .docx**

Hosp., 964 F. Supp. 2d 1077 (N.D. Cal. 2013)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Service dogs in facilities; No fundamental alteration., pg. 28, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 28, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding model/sales office public. Step-by-step: (1) Multiple purposes possible; (2) Sales function covered; (3) DOJ guidance on models; (4) Leasing offices retail; (5) Exemption if example only. The court reversed dismissal, holding evidence of training sufficient to survive directed verdict. Step-by-step: (1) Agoraphobia/panic as disability; (2) Dog trained in obedience and to create space/buffer crowds; (3) Basic training plus task (circling) qualifies; (4) No certification needed; (5) Restriction on shopping discriminatory., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public accommodations; sales offices in residentials covered; relevant for FMRCOA on HOA common areas/offices., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA/state law (store); obedience training ok if linked to tasks; relevant for FMRCOA to show minimal training thresholds in quasi-public settings., pg. 28, **Chart of Plaintiffs Case Law .docx**

The court denied summary judgment, holding issues on whether excluding a Applies to service service dog from a psychiatric ward constituted a fundamental alteration. Step-by- step: (1) ADA requires access unless direct threat, pg. 28, **Chart of Plaintiffs Case Law .docx**

dogs under ADA; extends principles to FHA-overlapping contexts like facilities., pg. 28, **Chart of Plaintiffs Case Law .docx**

[83] ADA, 42 U.S.C. § 12182; Sub-, pg. 29, **Chart of Plaintiffs Case Law .docx**

8:19-cv-55-T-, pg. 29, **Chart of Plaintiffs Case Law .docx**

36AAS, 2019 WL 2562359 (M.D. Fla. Jun. 12, 2019)., pg. 29, **Chart of Plaintiffs Case Law .docx**

elements: Service animal control (leash/tether); Denial of access., pg. 29, **Chart of Plaintiffs Case Law .docx**

The court granted dismissal, holding no ADA violation for denying bus access to unleashed service dog. Step-by-step: (1) PTSD as disability; (2) Dog as service animal; (3) Must be leashed unless interfering with tasks; (4) "Wireless leash" insufficient; (5) No facts on why tether impossible., pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA Title II (university bus); leash, pg. 29, **Chart of Plaintiffs Case Law .docx**

required unless justified; relevant for FMRCOA on control standards in public areas., pg. 29, **Chart of Plaintiffs Case Law .docx**

[84] Threatt v. Sylacauga FHA, 42 U.S.C. §§ Hous. Auth., 3604(f), 3617; Sub- (complaints re: No. 1:20-cv- elements: housing 00096-ACA, 2022 WL 4448596 (N.D. Ala. Sept. 28, 2022)., pg. 29, **Chart of Plaintiffs Case Law .docx**

Retaliation for FHA- discrimination/segre protected activity; Survival of claims; Interference in housing. gation). Step-by- step: (1) Reported mismanagement as FHA violations; (2) Causal link to suspension; (3) Interference via adverse actions; (4) Remedial nature; (5) No underlying, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to FHA retaliation in public housing; protected activity includes aiding fair housing; relevant for FMRCOA on interference/retalia tion without underlying denial, survival of claims., pg. 29, **Chart of Plaintiffs Case Law .docx**

[85] 3604(c), 3617; Sub- elements: Familial status, pg. 30, **Chart of Plaintiffs Case Law .docx**

discrimination;, pg. 30, **Chart of Plaintiffs Case Law .docx**

Interference/retalia tion; Individual liability in condos., pg. 30, **Chart of Plaintiffs Case Law .docx**

U.S. v., pg. 30, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements:, pg. 30, **Chart of Plaintiffs Case Law .docx**

Knowledge of, pg. 30, **Chart of Plaintiffs Case Law .docx**

disability and, pg. 30, **Chart of Plaintiffs Case Law .docx**

necessity;, pg. 30, **Chart of Plaintiffs Case Law .docx**

Cir. 2011)., pg. 30, **Chart of Plaintiffs Case Law .docx**

Constructive denial; Interactive process., pg. 30, **Chart of Plaintiffs Case Law .docx**

violation required for §3617., pg. 30, **Chart of Plaintiffs Case Law .docx**

The court denied summary judgment on §3617 interference, holding factual issues on harassment (noise complaints, occupancy rules, shed lockout, camera) motivated by children. Step-by- step: (1) Familial status protected; (2) Emails showed preference against families; (3) Actions interfered with housing enjoyment; (4) Individual members liable for discriminatory acts/votes; (5) No §3604(c) violation as statements not re: rental., pg. 30, **Chart of Plaintiffs Case Law .docx**

The court reversed summary judgment for defendant, holding genuine issues on whether HHA knew of disability/necessity and refused accommodation. Step-by-step: (1) Plaintiff informed HHA of disability and stair-climbing difficulty; (2) Written request noted, pg. 30, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations (housing transfer); constructive knowledge from communications suffices; no formal request needed; relevant for FMRCOA on, pg. 30, **Chart of Plaintiffs Case Law .docx**

knowledge, delay as denial, interactive process duties., pg. 30, **Chart of Plaintiffs Case Law .docx**

[86] FHA, 42 U.S.C. § 3604(f); Sub- elements: Survival of claims after death; Remedial vs. governs, remedial penal; Preemption. claims survive; (3) FHA broadly remedial; (4) No preemption of local laws discussed; (5) Claims proceed against estate. The court denied dismissal, holding university housing qualifies as a dwelling and denial of emotional support housing; treats as, pg. 31, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 31, **Chart of Plaintiffs Case Law .docx**

United States v. Pelfrey, No. CIV-18-945- HE, 2019 WL 2110767 (W.D. Okla. May 14, 2019)., pg. 31, **Chart of Plaintiffs Case Law .docx**

United States v. Univ. of Neb. at Kearney, 940 F. Supp. 2d 974 (D. Neb. 2013)., pg. 31, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f); Sub-, pg. 31, **Chart of Plaintiffs Case Law .docx**

elements: Student housing as dwelling; No-pet denial., pg. 31, **Chart of Plaintiffs Case Law .docx**

dog violated FHA. Step-by-step: (1) Dorms covered under FHA; (2), pg. 31, **Chart of Plaintiffs Case Law .docx**

Applies to FHA claims generally; remedial nature allows survival after death; relevant for FMRCOA if parties decease, emphasizing continuation of housing discrimination suits., pg. 31, **Chart of Plaintiffs Case Law .docx**

[87] FHA, 42 U.S.C. §§, pg. 32, **Chart of Plaintiffs Case Law .docx**

reasonable, pg. 32, **Chart of Plaintiffs Case Law .docx**

17

3604(f)(1), (f)(3)(B); accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**
ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub-elements: Reasonable accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**
requirements. Step- by-step: (1) Residents' developmental disabilities substantially limited barriers to equal major life activities, qualifying under 42 U.S.C. § 3602(h); (2), pg. 32, **Chart of Plaintiffs Case Law .docx**
housing; no training focus, but supports broad FHA protections against spacing/breed restrictions in, pg. 32, **Chart of Plaintiffs Case Law .docx**
959 (7th Cir. opportunity; Zoning Waiver of spacing spacing restrictions rule necessary for (600 feet); Disparate equal residential opportunity, as group homes provide residential, pg. 32, **Chart of Plaintiffs Case Law .docx**
treatment in group homes for disabled; only viable option for settings; relevant, pg. 32, **Chart of Plaintiffs Case Law .docx**
Preliminary, pg. 32, **Chart of Plaintiffs Case Law .docx**
independent living;, pg. 32, **Chart of Plaintiffs Case Law .docx**
injunction standards., pg. 32, **Chart of Plaintiffs Case Law .docx**

(3)    City's enforcement, pg. 32, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA denials without, pg. 32, **Chart of Plaintiffs Case Law .docx**
disparate treatment, verification., pg. 32, **Chart of Plaintiffs Case Law .docx**
as unrelated non- disabled could occupy similar homes without restriction; (4) No undue burden or fundamental alteration shown,, pg. 32, **Chart of Plaintiffs Case Law .docx**
Applies to FHA reasonable accommodations in disabled group homes; analogous to ESAs/service animals by challenging zoning, pg. 32, **Chart of Plaintiffs Case Law .docx**
Valencia v. City of, pg. 32, **Chart of Plaintiffs Case Law .docx**
Springfield, 883 F.3d, pg. 32, **Chart of Plaintiffs Case Law .docx**
necessity for equal housing, pg. 32, **Chart of Plaintiffs Case Law .docx**
2018)., pg. 32, **Chart of Plaintiffs Case Law .docx**
Case Name and Citation, pg. 33, **Chart of Plaintiffs Case Law .docx**
[88] FHA, 42 U.S.C. §, pg. 33, **Chart of Plaintiffs Case Law .docx**
Step-by-step: (1) under FHA, pg. 33, **Chart of Plaintiffs Case Law .docx**
Autism as disability, pg. 33, **Chart of Plaintiffs Case Law .docx**
(housing); direct threat is defense,, pg. 33, **Chart of Plaintiffs Case Law .docx**
Ass'n, Inc., No. 1:18-cv- 24931, 2019, pg. 33, **Chart of Plaintiffs Case Law .docx**
Denial based on, pg. 33, **Chart of Plaintiffs Case Law .docx**
activities; (2) ESA request for therapeutic, pg. 33, **Chart of Plaintiffs Case Law .docx**
not dismissal ground; no training needed; relevant for FMRCOA on ESAs for mental disabilities,, pg. 33, **Chart of Plaintiffs Case Law .docx**
(S.D. Fla. Jun. 21, 2019)., pg. 33, **Chart of Plaintiffs Case Law .docx**
accommodation; Direct threat defense., pg. 33, **Chart of Plaintiffs Case Law .docx**
Denial despite accommodation request; (4) Direct threat affirmative defense factual, not for dismissal; (5) Breed/size not disqualifying absent individualized threat., pg. 33, **Chart of Plaintiffs Case Law .docx**
interactive process., pg. 33, **Chart of Plaintiffs Case Law .docx**
[89] that federal law, pg. 33, **Chart of Plaintiffs Case Law .docx**
49 F. Supp. 3d 1082, pg. 33, **Chart of Plaintiffs Case Law .docx**
vs. federal preemption; Direct county pit bull ban, pg. 33, **Chart of Plaintiffs Case Law .docx**
emotional support animals under the FHA; establishes, pg. 33, **Chart of Plaintiffs Case Law .docx**
[90] ADA, 42 U.S.C. § 12181(7); Sub- elements: Mixed- use developments; Leasing offices., pg. 35, **Chart of Plaintiffs Case Law .docx**

18

apartments; offices public; relevant for FMRCOA on HOA facilities., pg. 35, **Chart of Plaintiffs Case Law .docx**

[91] FHA, 42 U.S.C. § Whiteaker v. 3604(f)(3)(B); Sub- City of elements: Non-, pg. 35, **Chart of Plaintiffs Case Law .docx**

Southgate, No. 22-cv- 11143, 2023 WL 371412 (E.D. Mich. Jan. 24, 2023)., pg. 35, **Chart of Plaintiffs Case Law .docx**

traditional animals (chickens); Multiple animals; Reasonableness balancing burden vs. benefit; Necessity for equal enjoyment., pg. 35, **Chart of Plaintiffs Case Law .docx**

from waiving pet policies for verified accommodations. The court denied summary judgment, holding leasing office public. Step- by-step: (1) Residential exempt, Applies to ADA in offices not; (2) Parking/loading zones covered if for retail; (3) DOJ manual deferential; (4) DOJ views entitled deference; (5) No barriers alleged in units. The court denied the defendant's motion for summary judgment, holding that factual issues existed regarding whether six emotional support chickens were a reasonable and necessary accommodation. Step-by-step: (1) The plaintiff's disability (anxiety and depression) was conceded; (2) Evidence suggested therapeutic need for all six chickens to alleviate symptoms through companionship and routine; (3) No, pg. 35, **Chart of Plaintiffs Case Law .docx**

Applies to unconventional emotional support animals under the FHA; permits multiple animals if justified by medical necessity; not applicable under ADA due to lack of training, pg. 35, **Chart of Plaintiffs Case Law .docx**

requirement; broadens FHA protections for diverse therapeutic needs in residential zoning disputes., pg. 35, **Chart of Plaintiffs Case Law .docx**

[92] FHA, 42 U.S.C. § 3604(f); Sub- elements: Waste disposal rules; Eviction valid if rules violated., pg. 36, **Chart of Plaintiffs Case Law .docx**

undue burden on the city was shown, as costs for zoning waiver were minimal; (4) Reasonableness required balancing benefits to the plaintiff against potential health or safety impacts, with disputes precluding summary judgment. The court held eviction not discriminatory if based on rule violations post- accommodation. Step-by-step: (1) Accommodation granted for dog; (2) Non-compliance with waste rules justified action., pg. 36, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; limits protections if violations create threats., pg. 36, **Chart of Plaintiffs Case Law .docx**

19

- Relevant sub-elements are usually associated with the correct statute and summarized accurately according to the case descriptions. [93] [94] [95] [96] [97] [98] [99] [100]

---

[93] 12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**

Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**

Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**

requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**

F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

over policy;, pg. 1, **Chart of Plaintiffs Case Law .docx**

power to amend policy; (3) No authority to ensure nondiscrimination;, pg. 1, **Chart of Plaintiffs Case Law .docx**

vs. individual liability., pg. 1, **Chart of Plaintiffs Case Law .docx**

    (4)    Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

[94] 2017 WL Proof of disability;, pg. 2, **Chart of Plaintiffs Case Law .docx**

4150785 Documentation;, pg. 2, **Chart of Plaintiffs Case Law .docx**

(E.D. Pa. Training, pg. 2, **Chart of Plaintiffs Case Law .docx**

Sept. 19, 2017)., pg. 2, **Chart of Plaintiffs Case Law .docx**

distinction., pg. 2, **Chart of Plaintiffs Case Law .docx**

[95] elements: Familial, pg. 3, **Chart of Plaintiffs Case Law .docx**

269 F. Supp. status; Direct, pg. 3, **Chart of Plaintiffs Case Law .docx**

3d 1219 (M.D. Ala. 2017)., pg. 3, **Chart of Plaintiffs Case Law .docx**

threat; Breed restrictions., pg. 3, **Chart of Plaintiffs Case Law .docx**

[96] FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

[97] Carolyn v. ADA, 42 U.S.C. § 12181(7); Sub-, pg. 5, **Chart of Plaintiffs Case Law .docx**

Orange Park, pg. 5, **Chart of Plaintiffs Case Law .docx**

elements: Public, pg. 5, **Chart of Plaintiffs Case Law .docx**

generally private; relevant for, pg. 5, **Chart of Plaintiffs Case Law .docx**

177 Cal., pg. 5, **Chart of Plaintiffs Case Law .docx**

HOAs; Recreational owners/guests; (3), pg. 5, **Chart of Plaintiffs Case Law .docx**

App. 4th, pg. 5, **Chart of Plaintiffs Case Law .docx**

1090 (2009)., pg. 5, **Chart of Plaintiffs Case Law .docx**

facilities open to public., pg. 5, **Chart of Plaintiffs Case Law .docx**

No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

[98] FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

[99] Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

v.   Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to ADA accommodations; operator as authority holder; relevant for FMRCOA on HOA board liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

[100] elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

21

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

22

101 102 103 104 105 106 107 108 109 110 111 112 113 114 115 116 117 118 119 120 121 122 123 124 125 126 127 128 129 130 131 132 133 134 135 136

---

[101] FHA, 42 U.S.C. § 3604(f); Sub-, pg. 9, **Chart of Plaintiffs Case Law .docx**

Ass'n of, pg. 9, **Chart of Plaintiffs Case Law .docx**

elements:, pg. 9, **Chart of Plaintiffs Case Law .docx**

Apartment, pg. 9, **Chart of Plaintiffs Case Law .docx**

Owners of 2987 Kalakaua, 453 F.3d 1175 (9th, pg. 9, **Chart of Plaintiffs Case Law .docx**

Cir. 2006)., pg. 9, **Chart of Plaintiffs Case Law .docx**

Knowledge of disability and necessity; Constructive vs. actual knowledge; No denial if accommodation granted., pg. 9, **Chart of Plaintiffs Case Law .docx**

training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[102] Phoenix W. ADA, 42 U.S.C. § 12181(7); Sub-, pg. 10, **Chart of Plaintiffs Case Law .docx**

II, LLC, No., pg. 10, **Chart of Plaintiffs Case Law .docx**

15-00258-, pg. 10, **Chart of Plaintiffs Case Law .docx**

elements: Rental, pg. 10, **Chart of Plaintiffs Case Law .docx**

KD-N, 2016 office as public WL 7385007 accommodation; (S.D. Ala. Residential exemptions. Feb. 23, 2016)., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in apartments; rental offices public; relevant for FMRCOA on HOA offices/leasing., pg. 10, **Chart of Plaintiffs Case Law .docx**

[103] Fair Hous. of the Dakotas, Inc. v. FHA, 42 U.S.C. §, pg. 10, **Chart of Plaintiffs Case Law .docx**

Goldmark 3604(f); Sub- Prop. Mgmt., elements: All Inc., 778 F. animal types; No Supp. 2d training required., pg. 10, **Chart of Plaintiffs Case Law .docx**

1028 (D.N.D. 2011)., pg. 10, **Chart of Plaintiffs Case Law .docx**

Florida FHA, 42 U.S.C. § Comm'n on, pg. 10, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B);, pg. 10, **Chart of Plaintiffs Case Law .docx**

reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[104] Relevant Statute and Sub-Elements, pg. 11, **Chart of Plaintiffs Case Law .docx**

23

Florida Fair holding condo violated FHA by Housing Act, Fla. Stat. § 760.23; Sub- denying service dog elements: Reasonable, pg. 11, **Chart of Plaintiffs Case Law .docx**

for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[105] Home Court proof; Necessity; LLP, No. 10- No-pet denial. 3313, 2011 WL 4459701 (C.D. Ill. Sept. 26, 2011)., pg. 12, **Chart of Plaintiffs Case Law .docx**

disability/necessity for ESA. Step-by- step: (1) No, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 12, **Chart of Plaintiffs Case Law .docx**

proof requirements; relevant for, pg. 12, **Chart of Plaintiffs Case Law .docx**

substantial limitation FMRCOA on shown; (2) ESA evidentiary burdens. nexus unproven; (3) Lot rental not "dwelling"; (4) No refusal; (5) Claim failed., pg. 12, **Chart of Plaintiffs Case Law .docx**

[106] FHA, 42 U.S.C. § 3604(f); Sub-, pg. 12, **Chart of Plaintiffs Case Law .docx**

Clackamas, pg. 12, **Chart of Plaintiffs Case Law .docx**

elements: Hearing, pg. 12, **Chart of Plaintiffs Case Law .docx**

Supp. 1253, pg. 12, **Chart of Plaintiffs Case Law .docx**

Superior to devices., pg. 12, **Chart of Plaintiffs Case Law .docx**

(D. Or. 1998)., pg. 12, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 12, **Chart of Plaintiffs Case Law .docx**

Groner v. 3604(f); Sub- Golden Gate elements: Gardens, pg. 12, **Chart of Plaintiffs Case Law .docx**

Reasonable Apartments, accommodation for 250 F.3d 1039 (6th Cir. 2001)., pg. 12, **Chart of Plaintiffs Case Law .docx**

mentally disabled tenant's noise; Interactive process; Reasonableness., pg. 12, **Chart of Plaintiffs Case Law .docx**

The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

24

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

[107] Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[108] FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Reasonable, pg. 14, **Chart of Plaintiffs Case Law .docx**

accommodation for disability, pg. 14, **Chart of Plaintiffs Case Law .docx**

(noise/fumes/mold in condo); Constructive denial through delay; Necessity nexus; Statute of limitations/continui ng violation; Business judgment rule for board members., pg. 14, **Chart of Plaintiffs Case Law .docx**

The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[109] Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

[110] ADA, 42 U.S.C. § 12181(7); Sub-, pg. 16, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation factors; Private facilities., pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to ADA exemptions; private if limited access; relevant for FMRCOA on HOA privacy., pg. 16, **Chart of Plaintiffs Case Law .docx**

[111] Janush v. FHA, 42 U.S.C. § Charities 3604(f); Sub- Hous. Dev. elements: Multiple Corp., 169 F. animals, pg. 16, **Chart of Plaintiffs Case Law .docx**

Supp. 2d (birds/cats); Mental FHA. Step-by-step:, pg. 16, **Chart of Plaintiffs Case Law .docx**

1133 (N.D. health, pg. 16, **Chart of Plaintiffs Case Law .docx**

Cal. 2000). companionship., pg. 16, **Chart of Plaintiffs Case Law .docx**

constituted constructive denial; (5) No direct threat shown, PTSD managed by meds/therapy did not disqualify; (6) Inquiries limited to disability need and animal's task. Emphasizes FHA's broad protections, verbal assertions suffice if credible. The court granted summary judgment, holding studio lot private. Step-by- step: (1) Question of law; (2) Factors: nonmember use, purpose, ads, status; (3), pg. 16, **Chart of Plaintiffs Case Law .docx**

Regular/indiscrimina te use contradicts private; (4) Occasional insufficient; (5) Open indiscriminately key. The court denied summary judgment, holding factual issues on whether eviction for emotional support animals violated the, pg. 16, **Chart of Plaintiffs Case Law .docx**

(1) Disability required animals for companionship; (2) No-pet enforcement potentially, pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to multiple emotional support animals; supports broad therapeutic accommodations in housing., pg. 16, **Chart of Plaintiffs Case Law .docx**

[112] FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Actual knowledge of necessity; Zoning as housing practice; Reasonable accommodation., pg. 17, **Chart of Plaintiffs Case Law .docx**

for arguing in FMRCOA that clear communications of necessity trigger duties, even if not animal-specific., pg. 17, **Chart of Plaintiffs Case Law .docx**

[113] California ADA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

Ctr. for the 12182(a); Sub- Arts, elements: Operator Escondido, as authority, pg. 18, **Chart of Plaintiffs Case Law .docx**

370 F.3d position; Service 837 (9th Cir. animal exclusion. 2004)., pg. 18, **Chart of Plaintiffs Case Law .docx**

Position to instruct staff on access; (3) Ability to ensure, pg. 18, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 18, **Chart of Plaintiffs Case Law .docx**

[114] FHA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

3604(f); Sub-, pg. 18, **Chart of Plaintiffs Case Law .docx**

elements: Inquiries 1:18-cv- into disability;, pg. 18, **Chart of Plaintiffs Case Law .docx**

00384-BLW,, pg. 18, **Chart of Plaintiffs Case Law .docx**

2019 WL 1013413 (D. Idaho Mar. 4, 2019)., pg. 18, **Chart of Plaintiffs Case Law .docx**

26

Ultimate approval; No violation if accommodated., pg. 18, **Chart of Plaintiffs Case Law .docx**

[115] FHA, 42 U.S.C. § 3604(f)(3)(B); ADA, 42 U.S.C. §, pg. 19, **Chart of Plaintiffs Case Law .docx**

Mcclendon v. Bresler, No. CV 21- 01527-ODW (MRWx), 2023 WL 2820330 (C.D. Cal. Mar. 30, 2023)., pg. 19, **Chart of Plaintiffs Case Law .docx**

12182(b)(2)(A)(ii) (reasonable modification); Sub- elements: Constructive, pg. 19, **Chart of Plaintiffs Case Law .docx**

knowledge of disability; Documentation requests; No-dog policies; Compensatory damages., pg. 19, **Chart of Plaintiffs Case Law .docx**

nondiscrimination; (4) Participated in discriminatory acts;, pg. 19, **Chart of Plaintiffs Case Law .docx**

(5)   Retains accountability for those in power. The court granted the plaintiff's motion for summary judgment in part, awarding $14,800 in compensatory damages for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

FHA violation stemming from the denial of a rental application due to an emotional support animal. Step-by-step: (1) Communications referencing "reasonable accommodation" and ADA compliance implied the presence of a disability, establishing constructive knowledge on the landlord's part without explicit disclosure; (2) The landlord had a duty to engage in an interactive process upon such knowledge; (3) The blanket no-dog policy was discriminatory as applied, without assessment of, pg. 19, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA, described in the opinion as a "verified emotional support animal"; incorporates ADA references but primarily adjudicated under FHA for private housing; contrasts ADA's requirement for task training by focusing on therapeutic necessity; relevant for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

[116] ADA, 42 U.S.C. § 12102(1)(C); Sub- elements: R.R. Co., No. Regarded-as, pg. 20, **Chart of Plaintiffs Case Law .docx**

The court vacated summary judgment, holding genuine issues on whether employer regarded plaintiff as disabled due to brain injury. Step-by-step: (1) Injury caused perceived impairment; (2) Risk training; relevant, pg. 20, **Chart of Plaintiffs Case Law .docx**

Meza v., pg. 20, **Chart of Plaintiffs Case Law .docx**

Union Pac., pg. 20, **Chart of Plaintiffs Case Law .docx**

24-1367 (8th disabled (brain, pg. 20, **Chart of Plaintiffs Case Law .docx**

Cir. July 25, injury seizure risk); of future seizures, pg. 20, **Chart of Plaintiffs Case Law .docx**

2025)., pg. 20, **Chart of Plaintiffs Case Law .docx**

No training for accommodations., pg. 20, **Chart of Plaintiffs Case Law .docx**

from alteration; (3) No training discussed; (4) Restrictions discriminatory; (5) Remand for qualification/direct threat., pg. 20, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on perceived disability risks, no-training parallels., pg. 20, **Chart of Plaintiffs Case Law .docx**

[117] ADA, 42 U.S.C. §, pg. 20, **Chart of Plaintiffs Case Law .docx**

The court denied, pg. 20, **Chart of Plaintiffs Case Law .docx**

Working 12182; MHRA; Sub- summary judgment, pg. 20, **Chart of Plaintiffs Case Law .docx**

Dogs v., pg. 20, **Chart of Plaintiffs Case Law .docx**

Brookfield, pg. 20, **Chart of Plaintiffs Case Law .docx**

Properties, pg. 20, **Chart of Plaintiffs Case Law .docx**

elements: Service dogs in training; Public, pg. 20, **Chart of Plaintiffs Case Law .docx**

on ADA/MHRA claims, holding service dogs in, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to ADA regarded-as (work restrictions); analogies to FHA ESAs without, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs in training under ADA Title III (mall); no federal protection for in-, pg. 20, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 21, **Chart of Plaintiffs Case Law .docx**

Retail, Inc., No. 2:23-cv- 00230-JAW (D. Me. Mar. 7, 2025)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 21, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 21, **Chart of Plaintiffs Case Law .docx**

training, but state, pg. 21, **Chart of Plaintiffs Case Law .docx**

under MHRA but not laws may differ;, pg. 21, **Chart of Plaintiffs Case Law .docx**

contrasts FHA (no, pg. 21, **Chart of Plaintiffs Case Law .docx**

relevant for disabilities requiring FMRCOA on trained dogs; (2) Dogs individually, pg. 21, **Chart of Plaintiffs Case Law .docx**

training distinctions in, pg. 21, **Chart of Plaintiffs Case Law .docx**

trained for tasks like quasi-public HOA, pg. 21, **Chart of Plaintiffs Case Law .docx**

[118] commercial, pg. 21, **Chart of Plaintiffs Case Law .docx**

exceptions., pg. 21, **Chart of Plaintiffs Case Law .docx**

Neff v. ADA, 42 U.S.C. §, pg. 21, **Chart of Plaintiffs Case Law .docx**

accommodation access; State vs. federal distinctions. ADA Title III. Step- by-step: (1) Plaintiffs training for ESAs); established, pg. 21, **Chart of Plaintiffs Case Law .docx**

[119] FHA, 42 U.S.C. § 3604(f)(3)(B); ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub-elements: Reasonable accommodation in, pg. 22, **Chart of Plaintiffs Case Law .docx**

The court granted summary judgment and permanent injunction for plaintiff, holding state's Class 1 commercial classification of disabled supported living home, pg. 22, **Chart of Plaintiffs Case Law .docx**

Applies to FHA/ADA, pg. 22, **Chart of Plaintiffs Case Law .docx**

New Horizons Rehabilitatio zoning, pg. 22, **Chart of Plaintiffs Case Law .docx**

n, Inc. v., pg. 22, **Chart of Plaintiffs Case Law .docx**

State of 1 vs. Class 2); Indiana, 400 Disparate F. Supp. 3d 751 (S.D. Ind. 2019). treatment via commercial requirements (fire suppression);, pg. 22, **Chart of Plaintiffs Case Law .docx**

classification (Class (requiring fire suppression) violated ictions solely for FHA/ADA/Rehab Act.

disabled housing; Step-by-step: (1) Residents' intellectual/develop mental disabilities, pg. 22, **Chart of Plaintiffs Case Law .docx**

Necessity for equal limited major life, pg. 22, **Chart of Plaintiffs Case Law .docx**

no training needed if nexus shown; useful for FMRCOA on discriminatory HOA safety/breed, pg. 22, **Chart of Plaintiffs Case Law .docx**

opportunity; Permanent injunction and damages., pg. 22, **Chart of Plaintiffs Case Law .docx**

activities; (2) Waiver rules without of Class 1 requirements necessary for equal residential access, as, pg. 22, **Chart of Plaintiffs Case Law .docx**

accommodations in disabled group homes; parallels ESAs by challenging burdensome classifications/restr, pg. 22, **Chart of Plaintiffs Case Law .docx**

individualized assessment., pg. 22, **Chart of Plaintiffs Case Law .docx**

[120] Osborne v. FHA, 42 U.S.C. § Belton, No. 3604(f); Sub- 3:20-cv- elements:, pg. 23, **Chart of Plaintiffs Case Law .docx**

02008-TAD- KDM, 2022, pg. 23, **Chart of Plaintiffs Case Law .docx**

Assistance animal, pg. 23, **Chart of Plaintiffs Case Law .docx**

necessity; No WL 3031178 training, pg. 23, **Chart of Plaintiffs Case Law .docx**

(W.D. La. Aug. 3, 2022)., pg. 23, **Chart of Plaintiffs Case Law .docx**

requirement;, pg. 23, **Chart of Plaintiffs Case Law .docx**

Retaliation under § 3617., pg. 23, **Chart of Plaintiffs Case Law .docx**

28

FHA by denying ESA (housing); no and evicting. Step- by-step: (1) Developmental disabilities/anxiety qualified as disability; (2) Doctor's note established ESA necessity for symptom, pg. 23, **Chart of Plaintiffs Case Law .docx**

under FHA, pg. 23, **Chart of Plaintiffs Case Law .docx**

landlord violated, pg. 23, **Chart of Plaintiffs Case Law .docx**

training needed if therapeutic; relevant for FMRCOA to emphasize FHA's broad protection without training mandates., pg. 23, **Chart of Plaintiffs Case Law .docx**

[121] FHA, 42 U.S.C. § 3604(f); Sub-, pg. 24, **Chart of Plaintiffs Case Law .docx**

Mut. Homes, Inc. v., pg. 24, **Chart of Plaintiffs Case Law .docx**

elements: No, pg. 24, **Chart of Plaintiffs Case Law .docx**

training for ESAs;, pg. 24, **Chart of Plaintiffs Case Law .docx**

Spencer, 415 F. App'x 617 (6th Cir. 2011)., pg. 24, **Chart of Plaintiffs Case Law .docx**

Necessity for, pg. 24, **Chart of Plaintiffs Case Law .docx**

emotional support; Reasonable accommodation., pg. 24, **Chart of Plaintiffs Case Law .docx**

anxiety/depression as disability; (2) Dog provided support without training; (3) FHA assistance animals include untrained ESAs if necessary; (4) No undue burden; (5) Denial discriminatory absent threat. The court denied summary judgment on FHA claim, holding issues on whether dog was necessary, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA (housing); explicitly no training required, contrasting ADA; key for FMRCOA to direct court to FHA's lower threshold for assistance animals., pg. 24, **Chart of Plaintiffs Case Law .docx**

[122] FHA, 42 U.S.C. §, pg. 24, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B); Sub- elements: Disability ESA/service animal. Step-by-step: (1), pg. 24, **Chart of Plaintiffs Case Law .docx**

(sleep apnea); Necessity; Training Sleep apnea as distinctions (ESA vs. service)., pg. 24, **Chart of Plaintiffs Case Law .docx**

disability limiting breathing/sleeping; (2) Doctor letters showed nexus to dog alerting to apnea; (3) No training needed, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs/service animals under FHA; sleep apnea, pg. 24, **Chart of Plaintiffs Case Law .docx**

[123] Phillips v. Acacia on the Green Condo. Ass'n, Inc., 43 F.4th 577 (6th Cir. 2022), aff'g No. 1:19-cv-1277, 2020 WL 6074055 (N.D. Ohio Oct. 15, 2020)., pg. 25, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Reasonable modification (gas grills); Necessity for disability., pg. 25, **Chart of Plaintiffs Case Law .docx**

established; (2) No, pg. 25, **Chart of Plaintiffs Case Law .docx**

nexus to grills alleviating symptoms; (3) Alternatives (electric grills) sufficient; (4) No undue burden needed as, pg. 25, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 26, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 26, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 26, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 26, **Chart of Plaintiffs Case Law .docx**

training linked to disability; (2) Emotional support alone insufficient for service classification; (3) But, pg. 26, **Chart of Plaintiffs Case Law .docx**

noted potential, pg. 26, **Chart of Plaintiffs Case Law .docx**

separate protection for emotional support animals., pg. 26, **Chart of Plaintiffs Case Law .docx**

[124] ADA, 42 U.S.C. § 12182; Sub- elements: Service animal definition (individual training); Direct threat exception (allergies); Reasonable modifications., pg. 26, **Chart of Plaintiffs Case Law .docx**

Applies to service, pg. 26, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations); affirms self- training ok, no certification, pg. 26, **Chart of Plaintiffs Case Law .docx**

exclusion for direct threats like, pg. 26, **Chart of Plaintiffs Case Law .docx**

29

Step-by-step: (1) Plaintiff established disabilities (PTSD, anxiety, bipolar) substantially limiting needed, but allows major life activities like work and basic tasks; (2) The dog allergies if modifications considered; contrasts FHA by requiring task training; relevant for FMRCOA to show training thresholds but also exceptions in housing-like settings. was trained by owners and an academy to perform tasks like grounding and alerting to self- harm; (3) Self- training suffices under ADA, no certification required; (4) Exclusion justified by individualized assessment of doctor's severe allergy as a direct threat, after, pg. 26, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 27, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 27, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

considering modifications like alternate doctor or dog outside; (5) No discrimination as threat outweighed access., pg. 27, **Chart of Plaintiffs Case Law .docx**

[125] Sabal Palm Condos. of Pine Island Ridge Ass'n, Inc. v. Fischer, 6 F. Supp. 3d 1272 (S.D. Fla. 2014)., pg. 27, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Size- specific needs; Alternate accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

mobility needs. Step- support animals; by-step: (1) Specific size necessary for assistance; (2) Denial discriminatory if not tailored., pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs/emotional, pg. 27, **Chart of Plaintiffs Case Law .docx**

emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

[126] Relevant Statute and Sub-Elements, pg. 28, **Chart of Plaintiffs Case Law .docx**

Sapp v. MHI, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12181(7); Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

P'ship, Ltd.,, pg. 28, **Chart of Plaintiffs Case Law .docx**

199 F. Supp. 2d 578 (N.D. Tex. 2002)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Model homes as sales offices; Mixed purposes., pg. 28, **Chart of Plaintiffs Case Law .docx**

Storms v. Fred Meyer Stores, Inc., 129 Wash. App. 820, 120 P.3d 126 (2005)., pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; State law mirroring; Sub- elements: Service animal training (obedience sufficient if task- linked); Public accommodation restriction., pg. 28, **Chart of Plaintiffs Case Law .docx**

Tamara v. El Camino overlap; Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, pg. 28, **Chart of Plaintiffs Case Law .docx**

Hosp., 964 F. Supp. 2d 1077 (N.D. Cal. 2013)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Service dogs in facilities; No fundamental alteration., pg. 28, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 28, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding model/sales office public. Step-by-step: (1) Multiple purposes possible; (2) Sales function covered; (3) DOJ guidance on models; (4) Leasing offices retail; (5) Exemption if example only. The court reversed dismissal, holding evidence of training sufficient to survive directed verdict. Step-by-step: (1) Agoraphobia/panic as disability; (2) Dog trained in obedience and to create space/buffer crowds; (3) Basic training plus task (circling) qualifies; (4) No certification needed; (5) Restriction on shopping discriminatory., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public accommodations; sales offices in residentials covered; relevant for FMRCOA on HOA common areas/offices., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA/state law (store); obedience training ok if linked to tasks; relevant for FMRCOA to show minimal training thresholds in quasi-public settings., pg. 28, **Chart of Plaintiffs Case Law .docx**

The court denied summary judgment, holding issues on whether excluding a Applies to service service dog from a psychiatric ward constituted a fundamental alteration. Step-by- step: (1) ADA requires access unless direct threat, pg. 28, **Chart of Plaintiffs Case Law .docx**

dogs under ADA; extends principles to FHA-overlapping contexts like facilities., pg. 28, **Chart of Plaintiffs Case Law .docx**

[127] ADA, 42 U.S.C. § 12182; Sub-, pg. 29, **Chart of Plaintiffs Case Law .docx**

8:19-cv-55-T-, pg. 29, **Chart of Plaintiffs Case Law .docx**

36AAS, 2019 WL 2562359 (M.D. Fla. Jun. 12, 2019)., pg. 29, **Chart of Plaintiffs Case Law .docx**

elements: Service animal control (leash/tether); Denial of access., pg. 29, **Chart of Plaintiffs Case Law .docx**

The court granted dismissal, holding no ADA violation for denying bus access to unleashed service dog. Step-by-step: (1) PTSD as disability; (2) Dog as service animal; (3) Must be leashed unless interfering with tasks; (4) "Wireless leash" insufficient; (5) No facts on why tether impossible., pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA Title II (university bus); leash, pg. 29, **Chart of Plaintiffs Case Law .docx**

required unless justified; relevant for FMRCOA on control standards in public areas., pg. 29, **Chart of Plaintiffs Case Law .docx**

[128] Threatt v. Sylacauga FHA, 42 U.S.C. §§ Hous. Auth., 3604(f), 3617; Sub- (complaints re: No. 1:20-cv- elements: housing 00096-ACA, 2022 WL 4448596 (N.D. Ala. Sept. 28, 2022)., pg. 29, **Chart of Plaintiffs Case Law .docx**

Retaliation for FHA- discrimination/segre protected activity; Survival of claims; Interference in housing. gation). Step-by- step: (1) Reported mismanagement as FHA violations; (2) Causal link to suspension; (3) Interference via adverse actions; (4) Remedial nature; (5) No underlying, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to FHA retaliation in public housing; protected activity includes aiding fair housing; relevant for FMRCOA on interference/retalia tion without underlying denial, survival of claims., pg. 29, **Chart of Plaintiffs Case Law .docx**

[129] 3604(c), 3617; Sub- elements: Familial status, pg. 30, **Chart of Plaintiffs Case Law .docx**

discrimination;, pg. 30, **Chart of Plaintiffs Case Law .docx**

Interference/retalia tion; Individual liability in condos., pg. 30, **Chart of Plaintiffs Case Law .docx**

U.S. v., pg. 30, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements:, pg. 30, **Chart of Plaintiffs Case Law .docx**

Knowledge of, pg. 30, **Chart of Plaintiffs Case Law .docx**

disability and, pg. 30, **Chart of Plaintiffs Case Law .docx**

necessity;, pg. 30, **Chart of Plaintiffs Case Law .docx**

Cir. 2011)., pg. 30, **Chart of Plaintiffs Case Law .docx**

Constructive denial; Interactive process., pg. 30, **Chart of Plaintiffs Case Law .docx**

violation required for §3617., pg. 30, **Chart of Plaintiffs Case Law .docx**

The court denied summary judgment on §3617 interference, holding factual issues on harassment (noise complaints, occupancy rules, shed lockout, camera) motivated by children. Step-by- step: (1) Familial status protected; (2) Emails showed preference against families; (3) Actions interfered with housing enjoyment; (4) Individual members liable for discriminatory acts/votes; (5) No §3604(c) violation as statements not re: rental., pg. 30, **Chart of Plaintiffs Case Law .docx**

The court reversed summary judgment for defendant, holding genuine issues on whether HHA knew of disability/necessity and refused accommodation. Step-by-step: (1) Plaintiff informed HHA of

31

disability and stair-climbing difficulty; (2) Written request noted, pg. 30, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations (housing transfer); constructive knowledge from communications suffices; no formal request needed; relevant for FMRCOA on, pg. 30, **Chart of Plaintiffs Case Law .docx**

knowledge, delay as denial, interactive process duties., pg. 30, **Chart of Plaintiffs Case Law .docx**

[130] FHA, 42 U.S.C. § 3604(f); Sub- elements: Survival of claims after death; Remedial vs. governs, remedial penal; Preemption. claims survive; (3) FHA broadly remedial; (4) No preemption of local laws discussed; (5) Claims proceed against estate. The court denied dismissal, holding university housing qualifies as a dwelling and denial of emotional support housing; treats as, pg. 31, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 31, **Chart of Plaintiffs Case Law .docx**

United States v. Pelfrey, No. CIV-18-945- HE, 2019 WL 2110767 (W.D. Okla. May 14, 2019)., pg. 31, **Chart of Plaintiffs Case Law .docx**

United States v. Univ. of Neb. at Kearney, 940 F. Supp. 2d 974 (D. Neb. 2013)., pg. 31, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f); Sub-, pg. 31, **Chart of Plaintiffs Case Law .docx**

elements: Student housing as dwelling; No-pet denial., pg. 31, **Chart of Plaintiffs Case Law .docx**

dog violated FHA. Step-by-step: (1) Dorms covered under FHA; (2), pg. 31, **Chart of Plaintiffs Case Law .docx**

Applies to FHA claims generally; remedial nature allows survival after death; relevant for FMRCOA if parties decease, emphasizing continuation of housing discrimination suits., pg. 31, **Chart of Plaintiffs Case Law .docx**

[131] FHA, 42 U.S.C. §§, pg. 32, **Chart of Plaintiffs Case Law .docx**

reasonable, pg. 32, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (f)(3)(B); accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub-elements: Reasonable accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

requirements. Step- by-step: (1) Residents' developmental disabilities substantially limited barriers to equal major life activities, qualifying under 42 U.S.C. § 3602(h); (2), pg. 32, **Chart of Plaintiffs Case Law .docx**

housing; no training focus, but supports broad FHA protections against spacing/breed restrictions in, pg. 32, **Chart of Plaintiffs Case Law .docx**

959 (7th Cir. opportunity; Zoning Waiver of spacing spacing restrictions rule necessary for (600 feet); Disparate equal residential opportunity, as group homes provide residential, pg. 32, **Chart of Plaintiffs Case Law .docx**

treatment in group homes for disabled; only viable option for settings; relevant, pg. 32, **Chart of Plaintiffs Case Law .docx**

Preliminary, pg. 32, **Chart of Plaintiffs Case Law .docx**

independent living;, pg. 32, **Chart of Plaintiffs Case Law .docx**

injunction standards., pg. 32, **Chart of Plaintiffs Case Law .docx**

(3)   City's enforcement, pg. 32, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA denials without, pg. 32, **Chart of Plaintiffs Case Law .docx**

disparate treatment, verification., pg. 32, **Chart of Plaintiffs Case Law .docx**

as unrelated non- disabled could occupy similar homes without restriction; (4) No undue burden or fundamental alteration shown,, pg. 32, **Chart of Plaintiffs Case Law .docx**

Applies to FHA reasonable accommodations in disabled group homes; analogous to ESAs/service animals by challenging zoning, pg. 32, **Chart of Plaintiffs Case Law .docx**

Valencia v. City of, pg. 32, **Chart of Plaintiffs Case Law .docx**

Springfield, 883 F.3d, pg. 32, **Chart of Plaintiffs Case Law .docx**

necessity for equal housing, pg. 32, **Chart of Plaintiffs Case Law .docx**

2018)., pg. 32, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 33, **Chart of Plaintiffs Case Law .docx**

[132] FHA, 42 U.S.C. §, pg. 33, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) under FHA, pg. 33, **Chart of Plaintiffs Case Law .docx**

Autism as disability, pg. 33, **Chart of Plaintiffs Case Law .docx**

(housing); direct threat is defense,, pg. 33, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 1:18-cv- 24931, 2019, pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial based on, pg. 33, **Chart of Plaintiffs Case Law .docx**

activities; (2) ESA request for therapeutic, pg. 33, **Chart of Plaintiffs Case Law .docx**

not dismissal ground; no training needed; relevant for FMRCOA on ESAs for mental disabilities,, pg. 33, **Chart of Plaintiffs Case Law .docx**

(S.D. Fla. Jun. 21, 2019)., pg. 33, **Chart of Plaintiffs Case Law .docx**

accommodation; Direct threat defense., pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial despite accommodation request; (4) Direct threat affirmative defense factual, not for dismissal; (5) Breed/size not disqualifying absent individualized threat., pg. 33, **Chart of Plaintiffs Case Law .docx**

interactive process., pg. 33, **Chart of Plaintiffs Case Law .docx**

[133] that federal law, pg. 33, **Chart of Plaintiffs Case Law .docx**

49 F. Supp. 3d 1082, pg. 33, **Chart of Plaintiffs Case Law .docx**

vs. federal preemption; Direct county pit bull ban, pg. 33, **Chart of Plaintiffs Case Law .docx**

emotional support animals under the FHA; establishes, pg. 33, **Chart of Plaintiffs Case Law .docx**

[134] ADA, 42 U.S.C. § 12181(7); Sub- elements: Mixed- use developments; Leasing offices., pg. 35, **Chart of Plaintiffs Case Law .docx**

apartments; offices public; relevant for FMRCOA on HOA facilities., pg. 35, **Chart of Plaintiffs Case Law .docx**

[135] FHA, 42 U.S.C. § Whiteaker v. 3604(f)(3)(B); Sub- City of elements: Non-, pg. 35, **Chart of Plaintiffs Case Law .docx**

Southgate, No. 22-cv- 11143, 2023 WL 371412 (E.D. Mich. Jan. 24, 2023)., pg. 35, **Chart of Plaintiffs Case Law .docx**

traditional animals (chickens); Multiple animals; Reasonableness balancing burden vs. benefit; Necessity for equal enjoyment., pg. 35, **Chart of Plaintiffs Case Law .docx**

from waiving pet policies for verified accommodations. The court denied summary judgment, holding leasing office public. Step- by-step: (1) Residential exempt, Applies to ADA in offices not; (2) Parking/loading zones covered if for retail; (3) DOJ manual deferential; (4) DOJ views entitled deference; (5) No barriers alleged in units. The court denied the defendant's motion for summary judgment, holding that factual issues existed regarding whether six emotional support chickens were a reasonable and necessary accommodation. Step-by-step: (1) The plaintiff's disability (anxiety and depression) was conceded; (2) Evidence suggested therapeutic need for all six chickens to alleviate symptoms through companionship and routine; (3) No, pg. 35, **Chart of Plaintiffs Case Law .docx**

Applies to unconventional emotional support animals under the FHA; permits multiple animals if justified by medical necessity; not applicable under ADA due to lack of training, pg. 35, **Chart of Plaintiffs Case Law .docx**

requirement; broadens FHA protections for diverse therapeutic needs in residential zoning disputes., pg. 35, **Chart of Plaintiffs Case Law .docx**

[136] FHA, 42 U.S.C. § 3604(f); Sub- elements: Waste disposal rules; Eviction valid if rules violated., pg. 36, **Chart of Plaintiffs Case Law .docx**

undue burden on the city was shown, as costs for zoning waiver were minimal; (4) Reasonableness required balancing benefits to the plaintiff against potential health or safety impacts, with disputes precluding summary judgment. The court held eviction not discriminatory if based on rule violations

33

## C. Holdings and Step-by-Step Reasoning

- Each case includes a summary of key rulings or holdings, often with a stepwise breakdown that tracks how the court analyzed the law in relation to

---

post- accommodation. Step-by-step: (1) Accommodation granted for dog; (2) Non-compliance with waste rules justified action., pg. 36, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; limits protections if violations create threats., pg. 36, **Chart of Plaintiffs Case Law .docx**

the facts. [137 138 139 140 141 142 143 144 145 146 147 148 149 150 151 152 153 154 155 156 157 158 159 160 161 162 163 164 165 166 167 168 169 170 171 172 173 174 175 176 177 178]

---

[137]

> (4)  Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

[138] The court granted the defendants' motion for summary judgment, dismissing claims due to insufficient proof of disability and lack of training for the dogs under ADA standards. Step-by- step: (1) No medical records or expert testimony substantiated substantial limitations in major life activities; (2) The FHA requires a nexus between the animals and disability mitigation; (3) The animals failed to qualify as service animals under ADA due to absence of task- specific training evidence; (4) Emotional support claims under FHA similarly lacked evidentiary support for necessity. The court denied dismissal, holding sales offices in, pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA but dismissed for failed proof; contrasts ADA's training mandate by noting emotional support animals may qualify without it if necessity is proven; emphasizes the need for robust documentation in housing disputes., pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 2, **Chart of Plaintiffs Case Law .docx**

models public. Step- accommodations; by-step: (1) DOJ model sales manual: accessible if covered; relevant, pg. 2, **Chart of Plaintiffs Case Law .docx**

sales; (2) No exemption for location; (3) Plain, pg. 2, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA sales/leasing., pg. 2, **Chart of Plaintiffs Case Law .docx**

[139] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

    (4)   No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[140] No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

    (2)   The cat provided requirements. necessary emotional support without imposing undue burden; (3) Denial based on the policy alone was, pg. 5, **Chart of Plaintiffs Case Law .docx**

interactive process to avoid discrimination claims. The court affirmed, holding HOA facilities private absent public access. Step-by-step: (1) Factors: nonmember use, purpose, advertisement, status; (2) Limited to, pg. 5, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in HOAs; condos, pg. 5, **Chart of Plaintiffs Case Law .docx**

Cmty. Ass'n,, pg. 5, **Chart of Plaintiffs Case Law .docx**

accommodation in, pg. 5, **Chart of Plaintiffs Case Law .docx**

36

FMRCOA arguing not public accommodation unless open., pg. 5, **Chart of Plaintiffs Case Law .docx**

[141] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA-evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

v.    Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

[142] The court granted dismissal, holding, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to service animals indirectly, pg. 7, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**

at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**

37

60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[143] training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[144] reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for

38

such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[145] for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[146] The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

Cnty., 994 F., pg. 12, **Chart of Plaintiffs Case Law .docx**

assistance dogs;, pg. 12, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

39

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[147] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[148] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[149] constituted constructive denial; (5) No direct threat shown, PTSD managed by meds/therapy did not disqualify; (6) Inquiries limited to disability need and animal's task. Emphasizes FHA's broad protections, verbal assertions suffice if credible. The court granted summary judgment, holding studio lot private. Step- by- step: (1) Question of law; (2) Factors: nonmember use, purpose, ads, status; (3), pg. 16, **Chart of Plaintiffs Case Law .docx**

40

Regular/indiscrimina te use contradicts private; (4) Occasional insufficient; (5) Open indiscriminately key. The court denied summary judgment, holding factual issues on whether eviction for emotional support animals violated the, pg. 16, **Chart of Plaintiffs Case Law .docx**

(1) Disability required animals for companionship; (2) No-pet enforcement potentially, pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to multiple emotional support animals; supports broad therapeutic accommodations in housing., pg. 16, **Chart of Plaintiffs Case Law .docx**

[150] The court affirmed the district court's ruling for the defendant on the reasonable accommodation claim, holding no liability without, pg. 17, **Chart of Plaintiffs Case Law .docx**

actual knowledge of Applies broadly to the accommodation's FHA, pg. 17, **Chart of Plaintiffs Case Law .docx**

accommodations in, pg. 17, **Chart of Plaintiffs Case Law .docx**

necessity. Step-by- step: (1) The youths' group homes for behavioral, pg. 17, **Chart of Plaintiffs Case Law .docx**

disabilities were conceded; (2) The city lacked actual knowledge of the specific economic, pg. 17, **Chart of Plaintiffs Case Law .docx**

individuals,, pg. 17, **Chart of Plaintiffs Case Law .docx**

including potential emotional support contexts;, pg. 17, **Chart of Plaintiffs Case Law .docx**

emphasizes actual necessity for housing knowledge, ten rather than eight contrasting with residents to sustain constructive operations; (3) The, pg. 17, **Chart of Plaintiffs Case Law .docx**

standards, pg. 17, **Chart of Plaintiffs Case Law .docx**

elsewhere; relevant, pg. 17, **Chart of Plaintiffs Case Law .docx**

zoning denial was not discriminatory absent this, pg. 17, **Chart of Plaintiffs Case Law .docx**

knowledge; (4) This, pg. 17, **Chart of Plaintiffs Case Law .docx**

imposes a stricter, pg. 17, **Chart of Plaintiffs Case Law .docx**

standard than constructive knowledge recognized in other circuits like the, pg. 17, **Chart of Plaintiffs Case Law .docx**

Ninth; (5) Conflicts, pg. 17, **Chart of Plaintiffs Case Law .docx**

in circuit approaches were noted, but the Tenth Circuit, pg. 17, **Chart of Plaintiffs Case Law .docx**

[151] The court granted the defendants' motion to dismiss, holding no FHA violation where the emotional support dog was ultimately permitted after a verification process. Step-by-step: (1), pg. 18, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the, pg. 18, **Chart of Plaintiffs Case Law .docx**

Reasonable inquiries FHA; demonstrates, pg. 18, **Chart of Plaintiffs Case Law .docx**

that limited verification processes are allowed if they lead, pg. 18, **Chart of Plaintiffs Case Law .docx**

to approval; distinguishes from ADA by, pg. 18, **Chart of Plaintiffs Case Law .docx**

ultimate approval of encompassing the accommodation broader animal, pg. 18, **Chart of Plaintiffs Case Law .docx**

negated any claim of types without denial or refusal; (3) training mandates. No undue delay was proven, as the process aligned with standard verification timelines without evidence of bad faith., pg. 18, **Chart of Plaintiffs Case Law .docx**

[152] Position to instruct staff on access; (3) Ability to ensure, pg. 18, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 18, **Chart of Plaintiffs Case Law .docx**

LaRosa v. River Quarry Apartments, LLC, No., pg. 18, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

3604(f); Sub-, pg. 18, **Chart of Plaintiffs Case Law .docx**

elements: Inquiries 1:18-cv- into disability;, pg. 18, **Chart of Plaintiffs Case Law .docx**

00384-BLW,, pg. 18, **Chart of Plaintiffs Case Law .docx**

41

2019 WL 1013413 (D. Idaho Mar. 4, 2019)., pg. 18, **Chart of Plaintiffs Case Law .docx**

Ultimate approval; No violation if accommodated., pg. 18, **Chart of Plaintiffs Case Law .docx**

into the disability and necessity were permissible under HUD guidelines, provided they were not excessive or harassing; (2) The, pg. 18, **Chart of Plaintiffs Case Law .docx**

The court reversed, holding director Applies to service animals under ADA; operator, pg. 18, **Chart of Plaintiffs Case Law .docx**

operator with authority to admit/exclude. Step- liability for by-step: (1) Operator exclusions; means control/direct relevant for functioning; (2) FMRCOA on HOA officials controlling animal access., pg. 18, **Chart of Plaintiffs Case Law .docx**

153

    (5)    Retains accountability for those in power. The court granted the plaintiff's motion for summary judgment in part, awarding $14,800 in compensatory damages for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

FHA violation stemming from the denial of a rental application due to an emotional support animal. Step-by-step: (1) Communications referencing "reasonable accommodation" and ADA compliance implied the presence of a disability, establishing constructive knowledge on the landlord's part without explicit disclosure; (2) The landlord had a duty to engage in an interactive process upon such knowledge; (3) The blanket no-dog policy was discriminatory as applied, without assessment of, pg. 19, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA, described in the opinion as a "verified emotional support animal"; incorporates ADA references but primarily adjudicated under FHA for private housing; contrasts ADA's requirement for task training by focusing on therapeutic necessity; relevant for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

Heimkes/Allfrey case to demonstrate that constructive knowledge suffices, even without detailed medical disclosure, in challenging unverified denials., pg. 19, **Chart of Plaintiffs Case Law .docx**

[154] The court vacated summary judgment, holding genuine issues on whether employer regarded plaintiff as disabled due to brain injury. Step-by-step: (1) Injury caused perceived impairment; (2) Risk training; relevant, pg. 20, **Chart of Plaintiffs Case Law .docx**

Meza v., pg. 20, **Chart of Plaintiffs Case Law .docx**

Union Pac., pg. 20, **Chart of Plaintiffs Case Law .docx**

24-1367 (8th disabled (brain, pg. 20, **Chart of Plaintiffs Case Law .docx**

Cir. July 25, injury seizure risk); of future seizures, pg. 20, **Chart of Plaintiffs Case Law .docx**

2025)., pg. 20, **Chart of Plaintiffs Case Law .docx**

No training for accommodations., pg. 20, **Chart of Plaintiffs Case Law .docx**

from alteration; (3) No training discussed; (4) Restrictions discriminatory; (5) Remand for qualification/direct threat., pg. 20, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on perceived disability risks, no-training parallels., pg. 20, **Chart of Plaintiffs Case Law .docx**

[155] on ADA/MHRA claims, holding service dogs in, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to ADA regarded-as (work restrictions); analogies to FHA ESAs without, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs in training under ADA Title III (mall); no federal protection for in-, pg. 20, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 21, **Chart of Plaintiffs Case Law .docx**

Retail, Inc., No. 2:23-cv- 00230-JAW (D. Me. Mar. 7, 2025)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 21, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 21, **Chart of Plaintiffs Case Law .docx**

training, but state, pg. 21, **Chart of Plaintiffs Case Law .docx**

42

under MHRA but not laws may differ;, pg. 21, **Chart of Plaintiffs Case Law .docx**
contrasts FHA (no, pg. 21, **Chart of Plaintiffs Case Law .docx**
relevant for disabilities requiring FMRCOA on trained dogs; (2) Dogs individually, pg. 21, **Chart of Plaintiffs Case Law .docx**
training distinctions in, pg. 21, **Chart of Plaintiffs Case Law .docx**
trained for tasks like quasi-public HOA, pg. 21, **Chart of Plaintiffs Case Law .docx**
alerting, grounding; areas., pg. 21, **Chart of Plaintiffs Case Law .docx**

(3)    Training ongoing but tasks performed; (4) Denial of mall access discriminatory under MHRA (allows in- training); (5) ADA, pg. 21, **Chart of Plaintiffs Case Law .docx**

requires full training, no protection for in-, pg. 21, **Chart of Plaintiffs Case Law .docx**
training animals., pg. 21, **Chart of Plaintiffs Case Law .docx**
Emphasizes state law broader than ADA., pg. 21, **Chart of Plaintiffs Case Law .docx**
[156] The court dismissed, holding apartments exempt, commercial spaces covered. Step-by-step: (1), pg. 21, **Chart of Plaintiffs Case Law .docx**
Residential not, pg. 21, **Chart of Plaintiffs Case Law .docx**
Applies to ADA in apartments/HOAs; private unless, pg. 21, **Chart of Plaintiffs Case Law .docx**
public; (2) Open, pg. 21, **Chart of Plaintiffs Case Law .docx**
indiscriminately key; public access; relevant for FMRCOA, pg. 21, **Chart of Plaintiffs Case Law .docx**
nonmember use,, pg. 21, **Chart of Plaintiffs Case Law .docx**
purpose, ads, status; exemptions. (4) Occasional public insufficient; (5) HOAs public if facilities open. The court affirmed dismissal, holding franchisor not, pg. 21, **Chart of Plaintiffs Case Law .docx**
Applies to ADA, pg. 21, **Chart of Plaintiffs Case Law .docx**
American 12182(a); Sub-, pg. 21, **Chart of Plaintiffs Case Law .docx**
Dairy Queen elements: Operate, pg. 21, **Chart of Plaintiffs Case Law .docx**
Title III (public accommodations);, pg. 21, **Chart of Plaintiffs Case Law .docx**
ADA, 42 U.S.C. § 12181(7); Sub- elements: 16-cv-07204- Apartment MEJ, 2017 WL 897442 (N.D. Cal. Mar. 7, 2017)., pg. 21, **Chart of Plaintiffs Case Law .docx**
Moore v. Equity Residential, pg. 21, **Chart of Plaintiffs Case Law .docx**
Mgmt., L.L.C., No., pg. 21, **Chart of Plaintiffs Case Law .docx**
complexes exempt, (3) Factors:, pg. 21, **Chart of Plaintiffs Case Law .docx**
commercial, pg. 21, **Chart of Plaintiffs Case Law .docx**
exceptions., pg. 21, **Chart of Plaintiffs Case Law .docx**
[157] accessibility. Step- by-step: (1) Operate means put/keep in operation, control functioning, conduct policies in common affairs; (2) Franchise areas. agreement limited control to trademarks, not modifications; (3) No authority over ADA compliance; (4) No liability without remedial power; (5), pg. 22, **Chart of Plaintiffs Case Law .docx**
Statutory canon favors ordinary meaning., pg. 22, **Chart of Plaintiffs Case Law .docx**
[158] The court granted summary judgment and permanent injunction for plaintiff, holding state's Class 1 commercial classification of disabled supported living home, pg. 22, **Chart of Plaintiffs Case Law .docx**
Applies to FHA/ADA, pg. 22, **Chart of Plaintiffs Case Law .docx**
New Horizons Rehabilitatio zoning, pg. 22, **Chart of Plaintiffs Case Law .docx**
n, Inc. v., pg. 22, **Chart of Plaintiffs Case Law .docx**
State of 1 vs. Class 2); Indiana, 400 Disparate F. Supp. 3d 751 (S.D. Ind. 2019). treatment via commercial requirements (fire suppression);, pg. 22, **Chart of Plaintiffs Case Law .docx**

43

classification (Class (requiring fire suppression) violated ictions solely for FHA/ADA/Rehab Act. disabled housing; Step-by-step: (1) Residents' intellectual/develop mental disabilities, pg. 22, **Chart of Plaintiffs Case Law .docx**

Necessity for equal limited major life, pg. 22, **Chart of Plaintiffs Case Law .docx**

no training needed if nexus shown; useful for FMRCOA on discriminatory HOA safety/breed, pg. 22, **Chart of Plaintiffs Case Law .docx**

opportunity; Permanent injunction and damages., pg. 22, **Chart of Plaintiffs Case Law .docx**

activities; (2) Waiver rules without of Class 1 requirements necessary for equal residential access, as, pg. 22, **Chart of Plaintiffs Case Law .docx**

accommodations in disabled group homes; parallels ESAs by challenging burdensome classifications/restr, pg. 22, **Chart of Plaintiffs Case Law .docx**

individualized assessment., pg. 22, **Chart of Plaintiffs Case Law .docx**

[159] FHA by denying ESA (housing); no and evicting. Step- by-step: (1) Developmental disabilities/anxiety qualified as disability; (2) Doctor's note established ESA necessity for symptom, pg. 23, **Chart of Plaintiffs Case Law .docx**

under FHA, pg. 23, **Chart of Plaintiffs Case Law .docx**

landlord violated, pg. 23, **Chart of Plaintiffs Case Law .docx**

training needed if therapeutic; relevant for FMRCOA to emphasize FHA's broad protection without training mandates., pg. 23, **Chart of Plaintiffs Case Law .docx**

[160] management; (3) No training required under FHA for ESAs; (4) Denial without burden/threat; (5) Eviction causally linked to request, establishing retaliation., pg. 24, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of injunction, holding untrained ESA qualified under FHA. Step-by-step: (1) Child's, pg. 24, **Chart of Plaintiffs Case Law .docx**

Overlook, pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f); Sub-, pg. 24, **Chart of Plaintiffs Case Law .docx**

Mut. Homes, Inc. v., pg. 24, **Chart of Plaintiffs Case Law .docx**

elements: No, pg. 24, **Chart of Plaintiffs Case Law .docx**

training for ESAs;, pg. 24, **Chart of Plaintiffs Case Law .docx**

Spencer, 415 F. App'x 617 (6th Cir. 2011)., pg. 24, **Chart of Plaintiffs Case Law .docx**

Necessity for, pg. 24, **Chart of Plaintiffs Case Law .docx**

emotional support; Reasonable accommodation., pg. 24, **Chart of Plaintiffs Case Law .docx**

anxiety/depression as disability; (2) Dog provided support without training; (3) FHA assistance animals include untrained ESAs if necessary; (4) No undue burden; (5) Denial discriminatory absent threat. The court denied summary judgment on FHA claim, holding issues on whether dog was necessary, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA (housing); explicitly no training required, contrasting ADA; key for FMRCOA to direct court to FHA's lower threshold for assistance animals., pg. 24, **Chart of Plaintiffs Case Law .docx**

Peklun v. Tierra Del Mar Condo. Ass'n, Inc., No. 15-CIV- 80801, 2015 WL 8029840 (S.D. Fla. Dec. 7, 2015)., pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 24, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B); Sub- elements: Disability ESA/service animal. Step-by-step: (1), pg. 24, **Chart of Plaintiffs Case Law .docx**

(sleep apnea); Necessity; Training Sleep apnea as distinctions (ESA vs. service)., pg. 24, **Chart of Plaintiffs Case Law .docx**

disability limiting breathing/sleeping; (2) Doctor letters showed nexus to dog alerting to apnea; (3) No training needed, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs/service animals under FHA; sleep apnea, pg. 24, **Chart of Plaintiffs Case Law .docx**

qualifies; no formal training if nexus shown; relevant for FMRCOA on revocation, verification limits., pg. 24, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 25, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 25, **Chart of Plaintiffs Case Law .docx**

[161] unnecessary; (5) Policy not discriminatory. The court noted FHA claims are remedial and survive death under federal common law. The court granted summary judgment for defendants, holding an untrained dog did not qualify, pg. 25, **Chart of Plaintiffs Case Law .docx**

Prindable v. Ass'n of FHA, 42 U.S.C. § 3604(f); Sub- elements: Apartment Owners of 2987 Kalakaua, 304 F. Supp. "service animals." 2d 1245 (D. Haw. 2003)., pg. 25, **Chart of Plaintiffs Case Law .docx**

Untrained dogs not as a service animal, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA or ADA. Step-by-step: (1) No evidence of task, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals vs. service animals; clarifies distinctions in FHA/ADA overlap, requiring proof for claims., pg. 25, **Chart of Plaintiffs Case Law .docx**

[162] training linked to disability; (2) Emotional support alone insufficient for service classification; (3) But, pg. 26, **Chart of Plaintiffs Case Law .docx**

noted potential, pg. 26, **Chart of Plaintiffs Case Law .docx**

separate protection for emotional support animals., pg. 26, **Chart of Plaintiffs Case Law .docx**

[163] no ADA violation due to the direct threat exception despite the dog qualifying as dogs under ADA a service animal., pg. 26, **Chart of Plaintiffs Case Law .docx**

Reaves v. Immediate Medical Care, No. 3:23-cv- 00156-WGY (M.D. Fla. Feb. 10, 2025)., pg. 26, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; Sub- elements: Service animal definition (individual training); Direct threat exception (allergies); Reasonable modifications., pg. 26, **Chart of Plaintiffs Case Law .docx**

Applies to service, pg. 26, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations); affirms self- training ok, no certification, pg. 26, **Chart of Plaintiffs Case Law .docx**

exclusion for direct threats like, pg. 26, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) Plaintiff established disabilities (PTSD, anxiety, bipolar) substantially limiting needed, but allows major life activities like work and basic tasks; (2) The dog allergies if modifications considered; contrasts FHA by requiring task training; relevant for FMRCOA to show training thresholds but also exceptions in housing-like settings. was trained by owners and an academy to perform tasks like grounding and alerting to self- harm; (3) Self- training suffices under ADA, no certification required; (4) Exclusion justified by individualized assessment of doctor's severe allergy as a direct threat, after, pg. 26, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 27, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 27, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

considering modifications like alternate doctor or dog outside; (5) No discrimination as threat outweighed access., pg. 27, **Chart of Plaintiffs Case Law .docx**

[164] The court reversed summary judgment, holding FHA claims survive death under federal common law as remedial. Step-by- step: (1) FHA silent on survival, §1988(a) under FHA; no, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

training needed; survival after, pg. 27, **Chart of Plaintiffs Case Law .docx**

Remedial claims survive; (3) Genuine death; harassment issues on ESA denial as interference; key for FMRCOA on claim continuation, ESA protections, retaliation., pg. 27, **Chart of Plaintiffs Case Law .docx**

[165] mobility needs. Step- support animals; by-step: (1) Specific size necessary for assistance; (2) Denial discriminatory if not tailored., pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs/emotional, pg. 27, **Chart of Plaintiffs Case Law .docx**

emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

45

[166] emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

Revock v. Cowpet Bay W. Condo. Ass'n, 853 F.3d 96 (3d Cir. 2017)., pg. 27, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §§ 3604(f)(3)(B), 3617; inapplicable; (2) Sub-elements: Survival of claims; Reasonable accommodation for (constructive, pg. 27, **Chart of Plaintiffs Case Law .docx**

[167] 199 F. Supp. 2d 578 (N.D. Tex. 2002)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Model homes as sales offices; Mixed purposes., pg. 28, **Chart of Plaintiffs Case Law .docx**

Storms v. Fred Meyer Stores, Inc., 129 Wash. App. 820, 120 P.3d 126 (2005)., pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; State law mirroring; Sub- elements: Service animal training (obedience sufficient if task- linked); Public accommodation restriction., pg. 28, **Chart of Plaintiffs Case Law .docx**

Tamara v. El Camino overlap; Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, pg. 28, **Chart of Plaintiffs Case Law .docx**

Hosp., 964 F. Supp. 2d 1077 (N.D. Cal. 2013)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Service dogs in facilities; No fundamental alteration., pg. 28, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 28, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding model/sales office public. Step-by-step: (1) Multiple purposes possible; (2) Sales function covered; (3) DOJ guidance on models; (4) Leasing offices retail; (5) Exemption if example only. The court reversed dismissal, holding evidence of training sufficient to survive directed verdict. Step-by-step: (1) Agoraphobia/panic as disability; (2) Dog trained in obedience and to create space/buffer crowds; (3) Basic training plus task (circling) qualifies; (4) No certification needed; (5) Restriction on shopping discriminatory., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public accommodations; sales offices in residentials covered; relevant for FMRCOA on HOA common areas/offices., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA/state law (store); obedience training ok if linked to tasks; relevant for FMRCOA to show minimal training thresholds in quasi-public settings., pg. 28, **Chart of Plaintiffs Case Law .docx**

[168] The court denied summary judgment, holding issues on whether excluding a Applies to service service dog from a psychiatric ward constituted a fundamental alteration. Step-by- step: (1) ADA requires access unless direct threat, pg. 28, **Chart of Plaintiffs Case Law .docx**

dogs under ADA; extends principles to FHA-overlapping contexts like facilities., pg. 28, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 29, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 29, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 29, **Chart of Plaintiffs Case Law .docx**

or alteration; (2) Applies to hospital settings with housing-like elements., pg. 29, **Chart of Plaintiffs Case Law .docx**

[169] The court granted dismissal, holding no ADA violation for denying bus access to unleashed service dog. Step-by-step: (1) PTSD as disability; (2) Dog as service animal; (3) Must be leashed unless interfering with tasks; (4) "Wireless leash" insufficient; (5) No facts on why tether impossible., pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA Title II (university bus); leash, pg. 29, **Chart of Plaintiffs Case Law .docx**

46

required unless justified; relevant for FMRCOA on control standards in public areas., pg. 29, **Chart of Plaintiffs Case Law .docx**

[170] Retaliation for FHA- discrimination/segre protected activity; Survival of claims; Interference in housing. gation). Step-by- step: (1) Reported mismanagement as FHA violations; (2) Causal link to suspension; (3) Interference via adverse actions; (4) Remedial nature; (5) No underlying, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to FHA retaliation in public housing; protected activity includes aiding fair housing; relevant for FMRCOA on interference/retalia tion without underlying denial, survival of claims., pg. 29, **Chart of Plaintiffs Case Law .docx**

[171] The court denied summary judgment on §3617 interference, holding factual issues on harassment (noise complaints, occupancy rules, shed lockout, camera) motivated by children. Step-by- step: (1) Familial status protected; (2) Emails showed preference against families; (3) Actions interfered with housing enjoyment; (4) Individual members liable for discriminatory acts/votes; (5) No §3604(c) violation as statements not re: rental., pg. 30, **Chart of Plaintiffs Case Law .docx**

The court reversed summary judgment for defendant, holding genuine issues on whether HHA knew of disability/necessity and refused accommodation. Step-by-step: (1) Plaintiff informed HHA of disability and stair-climbing difficulty; (2) Written request noted, pg. 30, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations (housing transfer); constructive knowledge from communications suffices; no formal request needed; relevant for FMRCOA on, pg. 30, **Chart of Plaintiffs Case Law .docx**

knowledge, delay as denial, interactive process duties., pg. 30, **Chart of Plaintiffs Case Law .docx**

[172] surgery preventing stair use; (3) Affirmative defense in eviction asserted hip/back issues; (4) Mediation explained disability preventing stairs; (5) Offer to waitlist but vacate unit constituted constructive denial. Emphasizes prompt engagement; undue delay equals refusal., pg. 31, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding FHA sexual harassment claims survive defendant's death as remedial. Step-by-step: (1) FHA lacks survival provision; (2) Federal common law, pg. 31, **Chart of Plaintiffs Case Law .docx**

[173] dog violated FHA. Step-by-step: (1) Dorms covered under FHA; (2), pg. 31, **Chart of Plaintiffs Case Law .docx**

Applies to FHA claims generally; remedial nature allows survival after death; relevant for FMRCOA if parties decease, emphasizing continuation of housing discrimination suits., pg. 31, **Chart of Plaintiffs Case Law .docx**

[174] The court affirmed the preliminary injunction, holding the city's denial of a conditional use permit for a disabled group home within 600 feet of another violated FHA, pg. 32, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §§, pg. 32, **Chart of Plaintiffs Case Law .docx**

reasonable, pg. 32, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (f)(3)(B); accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub-elements: Reasonable accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

requirements. Step- by-step: (1) Residents' developmental disabilities substantially limited barriers to equal major life activities, qualifying under 42 U.S.C. § 3602(h); (2), pg. 32, **Chart of Plaintiffs Case Law .docx**

housing; no training focus, but supports broad FHA protections against spacing/breed restrictions in, pg. 32, **Chart of Plaintiffs Case Law .docx**

47

959 (7th Cir. opportunity; Zoning Waiver of spacing spacing restrictions rule necessary for (600 feet); Disparate equal residential opportunity, as group homes provide residential, pg. 32, **Chart of Plaintiffs Case Law .docx**

treatment in group homes for disabled; only viable option for settings; relevant, pg. 32, **Chart of Plaintiffs Case Law .docx**

Preliminary, pg. 32, **Chart of Plaintiffs Case Law .docx**

independent living;, pg. 32, **Chart of Plaintiffs Case Law .docx**

injunction standards., pg. 32, **Chart of Plaintiffs Case Law .docx**

> (3)  City's enforcement, pg. 32, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA denials without, pg. 32, **Chart of Plaintiffs Case Law .docx**

disparate treatment, verification., pg. 32, **Chart of Plaintiffs Case Law .docx**

as unrelated non- disabled could occupy similar homes without restriction; (4) No undue burden or fundamental alteration shown,, pg. 32, **Chart of Plaintiffs Case Law .docx**

Applies to FHA reasonable accommodations in disabled group homes; analogous to ESAs/service animals by challenging zoning, pg. 32, **Chart of Plaintiffs Case Law .docx**

Valencia v. City of, pg. 32, **Chart of Plaintiffs Case Law .docx**

Springfield, 883 F.3d, pg. 32, **Chart of Plaintiffs Case Law .docx**

necessity for equal housing, pg. 32, **Chart of Plaintiffs Case Law .docx**

2018)., pg. 32, **Chart of Plaintiffs Case Law .docx**

[175] holding plausible, pg. 33, **Chart of Plaintiffs Case Law .docx**

FHA violation for evicting due to child's autism- related ESA incident. Applies to ESAs, pg. 33, **Chart of Plaintiffs Case Law .docx**

Velez v., pg. 33, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 33, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) under FHA, pg. 33, **Chart of Plaintiffs Case Law .docx**

Autism as disability, pg. 33, **Chart of Plaintiffs Case Law .docx**

(housing); direct threat is defense,, pg. 33, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 1:18-cv- 24931, 2019, pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial based on, pg. 33, **Chart of Plaintiffs Case Law .docx**

activities; (2) ESA request for therapeutic, pg. 33, **Chart of Plaintiffs Case Law .docx**

not dismissal ground; no training needed; relevant for FMRCOA on ESAs for mental disabilities,, pg. 33, **Chart of Plaintiffs Case Law .docx**

(S.D. Fla. Jun. 21, 2019)., pg. 33, **Chart of Plaintiffs Case Law .docx**

accommodation; Direct threat defense., pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial despite accommodation request; (4) Direct threat affirmative defense factual, not for dismissal; (5) Breed/size not disqualifying absent individualized threat., pg. 33, **Chart of Plaintiffs Case Law .docx**

interactive process., pg. 33, **Chart of Plaintiffs Case Law .docx**

[176] FHA claim, holding that enforcing a, pg. 33, **Chart of Plaintiffs Case Law .docx**

preempts, pg. 33, **Chart of Plaintiffs Case Law .docx**

conflicting local, pg. 33, **Chart of Plaintiffs Case Law .docx**

Coral Gate W. Condo., pg. 33, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (3)(B); Sub-elements:, pg. 33, **Chart of Plaintiffs Case Law .docx**

limiting major, pg. 33, **Chart of Plaintiffs Case Law .docx**

WL 2568856, pg. 33, **Chart of Plaintiffs Case Law .docx**

disability; Reasonable, pg. 33, **Chart of Plaintiffs Case Law .docx**

correction; (3), pg. 33, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 34, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 34, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 34, **Chart of Plaintiffs Case Law .docx**

- Analyses closely mirror the information described in corresponding holdings, such as necessity requirements for ESAs under FHA, "direct threat" exceptions, ADA service dog task requirements, and the procedural burden

---

Applicability to Service Dogs/ESAs, pg. 34, **Chart of Plaintiffs Case Law .docx**

(S.D. Fla. 2014)., pg. 34, **Chart of Plaintiffs Case Law .docx**

threat (individualized); Undue burden., pg. 34, **Chart of Plaintiffs Case Law .docx**

could violate the FHA if it prevents a reasonable accommodation for, pg. 34, **Chart of Plaintiffs Case Law .docx**

ordinances, such as breed bans, in housing, pg. 34, **Chart of Plaintiffs Case Law .docx**

accommodation, pg. 34, **Chart of Plaintiffs Case Law .docx**

an emotional support requests;, pg. 34, **Chart of Plaintiffs Case Law .docx**

animal. Step-by-step: distinguishes from (1) The plaintiff ADA service established a, pg. 34, **Chart of Plaintiffs Case Law .docx**

disability (post-, pg. 34, **Chart of Plaintiffs Case Law .docx**

[177] from waiving pet policies for verified accommodations. The court denied summary judgment, holding leasing office public. Step- by-step: (1) Residential exempt, Applies to ADA in offices not; (2) Parking/loading zones covered if for retail; (3) DOJ manual deferential; (4) DOJ views entitled deference; (5) No barriers alleged in units. The court denied the defendant's motion for summary judgment, holding that factual issues existed regarding whether six emotional support chickens were a reasonable and necessary accommodation. Step-by-step: (1) The plaintiff's disability (anxiety and depression) was conceded; (2) Evidence suggested therapeutic need for all six chickens to alleviate symptoms through companionship and routine; (3) No, pg. 35, **Chart of Plaintiffs Case Law .docx** Applies to unconventional emotional support animals under the FHA; permits multiple animals if justified by medical necessity; not applicable under ADA due to lack of training, pg. 35, **Chart of Plaintiffs Case Law .docx**

requirement; broadens FHA protections for diverse therapeutic needs in residential zoning disputes., pg. 35, **Chart of Plaintiffs Case Law .docx**

[178] undue burden on the city was shown, as costs for zoning waiver were minimal; (4) Reasonableness required balancing benefits to the plaintiff against potential health or safety impacts, with disputes precluding summary judgment. The court held eviction not discriminatory if based on rule violations post- accommodation. Step-by-step: (1) Accommodation granted for dog; (2) Non-compliance with waste rules justified action., pg. 36, **Chart of Plaintiffs Case Law .docx** Applies to emotional support animals; limits protections if violations create threats., pg. 36, **Chart of Plaintiffs Case Law .docx**

49

in these claims. [179 180 181 182 183 184 185 186 187 188 189 190 191 192 193 194 195 196 197 198 199 200 201 202 203 204 205 206 207 208 209 210 211 212 213 214 215 216 217 218 219 220]

---

[179]

> (4)    Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

[180] The court granted the defendants' motion for summary judgment, dismissing claims due to insufficient proof of disability and lack of training for the dogs under ADA standards. Step-by- step: (1) No medical records or expert testimony substantiated substantial limitations in major life activities; (2) The FHA requires a nexus between the animals and disability mitigation; (3) The animals failed to qualify as service animals under ADA due to absence of task- specific training evidence; (4) Emotional support claims under FHA similarly lacked evidentiary support for necessity. The court denied dismissal, holding sales offices in, pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA but dismissed for failed proof; contrasts ADA's training mandate by noting emotional support animals may qualify without it if necessity is proven; emphasizes the need for robust documentation in housing disputes., pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 2, **Chart of Plaintiffs Case Law .docx**

models public. Step- accommodations; by-step: (1) DOJ model sales manual: accessible if covered; relevant, pg. 2, **Chart of Plaintiffs Case Law .docx**

sales; (2) No exemption for location; (3) Plain, pg. 2, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA sales/leasing., pg. 2, **Chart of Plaintiffs Case Law .docx**

[181] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

50

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

    (4)   No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[182] No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

    (2)   The cat provided requirements. necessary emotional support without imposing undue burden; (3) Denial based on the policy alone was, pg. 5, **Chart of Plaintiffs Case Law .docx**

interactive process to avoid discrimination claims. The court affirmed, holding HOA facilities private absent public access. Step-by-step: (1) Factors: nonmember use, purpose, advertisement, status; (2) Limited to, pg. 5, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in HOAs; condos, pg. 5, **Chart of Plaintiffs Case Law .docx**

Cmty. Ass'n,, pg. 5, **Chart of Plaintiffs Case Law .docx**

accommodation in, pg. 5, **Chart of Plaintiffs Case Law .docx**

51

FMRCOA arguing not public accommodation unless open., pg. 5, **Chart of Plaintiffs Case Law .docx**

[183] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA- evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

    v.    Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

[184] The court granted dismissal, holding, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to service animals indirectly, pg. 7, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**

at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**

60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[185] training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[186] reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for

53

such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[187] for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[188] The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

Cnty., 994 F., pg. 12, **Chart of Plaintiffs Case Law .docx**

assistance dogs;, pg. 12, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

54

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[189] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[190] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[191] constituted constructive denial; (5) No direct threat shown, PTSD managed by meds/therapy did not disqualify; (6) Inquiries limited to disability need and animal's task. Emphasizes FHA's broad protections, verbal assertions suffice if credible. The court granted summary judgment, holding studio lot private. Step- by- step: (1) Question of law; (2) Factors: nonmember use, purpose, ads, status; (3), pg. 16, **Chart of Plaintiffs Case Law .docx**

Regular/indiscrimina te use contradicts private; (4) Occasional insufficient; (5) Open indiscriminately key. The court denied summary judgment, holding factual issues on whether eviction for emotional support animals violated the, pg. 16, **Chart of Plaintiffs Case Law .docx**

(1) Disability required animals for companionship; (2) No-pet enforcement potentially, pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to multiple emotional support animals; supports broad therapeutic accommodations in housing., pg. 16, **Chart of Plaintiffs Case Law .docx**

[192] The court affirmed the district court's ruling for the defendant on the reasonable accommodation claim, holding no liability without, pg. 17, **Chart of Plaintiffs Case Law .docx**

actual knowledge of Applies broadly to the accommodation's FHA, pg. 17, **Chart of Plaintiffs Case Law .docx**

accommodations in, pg. 17, **Chart of Plaintiffs Case Law .docx**

necessity. Step-by- step: (1) The youths' group homes for behavioral, pg. 17, **Chart of Plaintiffs Case Law .docx**

disabilities were conceded; (2) The city lacked actual knowledge of the specific economic, pg. 17, **Chart of Plaintiffs Case Law .docx**

individuals,, pg. 17, **Chart of Plaintiffs Case Law .docx**

including potential emotional support contexts;, pg. 17, **Chart of Plaintiffs Case Law .docx**

emphasizes actual necessity for housing knowledge, ten rather than eight contrasting with residents to sustain constructive operations; (3) The, pg. 17, **Chart of Plaintiffs Case Law .docx**

standards, pg. 17, **Chart of Plaintiffs Case Law .docx**

elsewhere; relevant, pg. 17, **Chart of Plaintiffs Case Law .docx**

zoning denial was not discriminatory absent this, pg. 17, **Chart of Plaintiffs Case Law .docx**

knowledge; (4) This, pg. 17, **Chart of Plaintiffs Case Law .docx**

imposes a stricter, pg. 17, **Chart of Plaintiffs Case Law .docx**

standard than constructive knowledge recognized in other circuits like the, pg. 17, **Chart of Plaintiffs Case Law .docx**

Ninth; (5) Conflicts, pg. 17, **Chart of Plaintiffs Case Law .docx**

in circuit approaches were noted, but the Tenth Circuit, pg. 17, **Chart of Plaintiffs Case Law .docx**

[193] The court granted the defendants' motion to dismiss, holding no FHA violation where the emotional support dog was ultimately permitted after a verification process. Step-by-step: (1), pg. 18, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the, pg. 18, **Chart of Plaintiffs Case Law .docx**

Reasonable inquiries FHA; demonstrates, pg. 18, **Chart of Plaintiffs Case Law .docx**

that limited verification processes are allowed if they lead, pg. 18, **Chart of Plaintiffs Case Law .docx**

to approval; distinguishes from ADA by, pg. 18, **Chart of Plaintiffs Case Law .docx**

ultimate approval of encompassing the accommodation broader animal, pg. 18, **Chart of Plaintiffs Case Law .docx**

negated any claim of types without denial or refusal; (3) training mandates. No undue delay was proven, as the process aligned with standard verification timelines without evidence of bad faith., pg. 18, **Chart of Plaintiffs Case Law .docx**

[194] Position to instruct staff on access; (3) Ability to ensure, pg. 18, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 18, **Chart of Plaintiffs Case Law .docx**

LaRosa v. River Quarry Apartments, LLC, No., pg. 18, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

3604(f); Sub-, pg. 18, **Chart of Plaintiffs Case Law .docx**

elements: Inquiries 1:18-cv- into disability;, pg. 18, **Chart of Plaintiffs Case Law .docx**

00384-BLW,, pg. 18, **Chart of Plaintiffs Case Law .docx**

2019 WL 1013413 (D. Idaho Mar. 4, 2019)., pg. 18, **Chart of Plaintiffs Case Law .docx**

Ultimate approval; No violation if accommodated., pg. 18, **Chart of Plaintiffs Case Law .docx**

into the disability and necessity were permissible under HUD guidelines, provided they were not excessive or harassing; (2) The, pg. 18, **Chart of Plaintiffs Case Law .docx**

The court reversed, holding director Applies to service animals under ADA; operator, pg. 18, **Chart of Plaintiffs Case Law .docx**

operator with authority to admit/exclude. Step- liability for by-step: (1) Operator exclusions; means control/direct relevant for functioning; (2) FMRCOA on HOA officials controlling animal access., pg. 18, **Chart of Plaintiffs Case Law .docx**

[195]

> (5)    Retains accountability for those in power. The court granted the plaintiff's motion for summary judgment in part, awarding $14,800 in compensatory damages for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

FHA violation stemming from the denial of a rental application due to an emotional support animal. Step-by-step: (1) Communications referencing "reasonable accommodation" and ADA compliance implied the presence of a disability, establishing constructive knowledge on the landlord's part without explicit disclosure; (2) The landlord had a duty to engage in an interactive process upon such knowledge; (3) The blanket no-dog policy was discriminatory as applied, without assessment of, pg. 19, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA, described in the opinion as a "verified emotional support animal"; incorporates ADA references but primarily adjudicated under FHA for private housing; contrasts ADA's requirement for task training by focusing on therapeutic necessity; relevant for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

Heimkes/Allfrey case to demonstrate that constructive knowledge suffices, even without detailed medical disclosure, in challenging unverified denials., pg. 19, **Chart of Plaintiffs Case Law .docx**

[196] The court vacated summary judgment, holding genuine issues on whether employer regarded plaintiff as disabled due to brain injury. Step-by-step: (1) Injury caused perceived impairment; (2) Risk training; relevant, pg. 20, **Chart of Plaintiffs Case Law .docx**

Meza v., pg. 20, **Chart of Plaintiffs Case Law .docx**

Union Pac., pg. 20, **Chart of Plaintiffs Case Law .docx**

24-1367 (8th disabled (brain, pg. 20, **Chart of Plaintiffs Case Law .docx**

Cir. July 25, injury seizure risk); of future seizures, pg. 20, **Chart of Plaintiffs Case Law .docx**

2025)., pg. 20, **Chart of Plaintiffs Case Law .docx**

No training for accommodations., pg. 20, **Chart of Plaintiffs Case Law .docx**

from alteration; (3) No training discussed; (4) Restrictions discriminatory; (5) Remand for qualification/direct threat., pg. 20, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on perceived disability risks, no-training parallels., pg. 20, **Chart of Plaintiffs Case Law .docx**

[197] on ADA/MHRA claims, holding service dogs in, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to ADA regarded-as (work restrictions); analogies to FHA ESAs without, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs in training under ADA Title III (mall); no federal protection for in-, pg. 20, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 21, **Chart of Plaintiffs Case Law .docx**

Retail, Inc., No. 2:23-cv- 00230-JAW (D. Me. Mar. 7, 2025)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 21, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 21, **Chart of Plaintiffs Case Law .docx**

training, but state, pg. 21, **Chart of Plaintiffs Case Law .docx**

under MHRA but not laws may differ;, pg. 21, **Chart of Plaintiffs Case Law .docx**

contrasts FHA (no, pg. 21, **Chart of Plaintiffs Case Law .docx**

relevant for disabilities requiring FMRCOA on trained dogs; (2) Dogs individually, pg. 21, **Chart of Plaintiffs Case Law .docx**

training distinctions in, pg. 21, **Chart of Plaintiffs Case Law .docx**

trained for tasks like quasi-public HOA, pg. 21, **Chart of Plaintiffs Case Law .docx**

alerting, grounding; areas., pg. 21, **Chart of Plaintiffs Case Law .docx**

(3) Training ongoing but tasks performed; (4) Denial of mall access discriminatory under MHRA (allows in- training); (5) ADA, pg. 21, **Chart of Plaintiffs Case Law .docx**

requires full training, no protection for in-, pg. 21, **Chart of Plaintiffs Case Law .docx**

training animals., pg. 21, **Chart of Plaintiffs Case Law .docx**

Emphasizes state law broader than ADA., pg. 21, **Chart of Plaintiffs Case Law .docx**

[198] The court dismissed, holding apartments exempt, commercial spaces covered. Step-by-step: (1), pg. 21, **Chart of Plaintiffs Case Law .docx**

Residential not, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in apartments/HOAs; private unless, pg. 21, **Chart of Plaintiffs Case Law .docx**

public; (2) Open, pg. 21, **Chart of Plaintiffs Case Law .docx**

indiscriminately key; public access; relevant for FMRCOA, pg. 21, **Chart of Plaintiffs Case Law .docx**

nonmember use,, pg. 21, **Chart of Plaintiffs Case Law .docx**

purpose, ads, status; exemptions. (4) Occasional public insufficient; (5) HOAs public if facilities open. The court affirmed dismissal, holding franchisor not, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applies to ADA, pg. 21, **Chart of Plaintiffs Case Law .docx**

American 12182(a); Sub-, pg. 21, **Chart of Plaintiffs Case Law .docx**

Dairy Queen elements: Operate, pg. 21, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations);, pg. 21, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12181(7); Sub- elements: 16-cv-07204- Apartment MEJ, 2017 WL 897442 (N.D. Cal. Mar. 7, 2017)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Moore v. Equity Residential, pg. 21, **Chart of Plaintiffs Case Law .docx**

Mgmt., L.L.C., No., pg. 21, **Chart of Plaintiffs Case Law .docx**

complexes exempt, (3) Factors:, pg. 21, **Chart of Plaintiffs Case Law .docx**

commercial, pg. 21, **Chart of Plaintiffs Case Law .docx**

exceptions., pg. 21, **Chart of Plaintiffs Case Law .docx**

[199] accessibility. Step- by-step: (1) Operate means put/keep in operation, control functioning, conduct policies in common affairs; (2) Franchise areas. agreement limited control to trademarks, not modifications; (3) No authority over ADA compliance; (4) No liability without remedial power; (5), pg. 22, **Chart of Plaintiffs Case Law .docx**

Statutory canon favors ordinary meaning., pg. 22, **Chart of Plaintiffs Case Law .docx**

[200] The court granted summary judgment and permanent injunction for plaintiff, holding state's Class 1 commercial classification of disabled supported living home, pg. 22, **Chart of Plaintiffs Case Law .docx**

Applies to FHA/ADA, pg. 22, **Chart of Plaintiffs Case Law .docx**

New Horizons Rehabilitatio zoning, pg. 22, **Chart of Plaintiffs Case Law .docx**

n, Inc. v., pg. 22, **Chart of Plaintiffs Case Law .docx**

State of 1 vs. Class 2); Indiana, 400 Disparate F. Supp. 3d 751 (S.D. Ind. 2019). treatment via commercial requirements (fire suppression);, pg. 22, **Chart of Plaintiffs Case Law .docx**

classification (Class (requiring fire suppression) violated ictions solely for FHA/ADA/Rehab Act. disabled housing; Step-by-step: (1) Residents' intellectual/develop mental disabilities, pg. 22, **Chart of Plaintiffs Case Law .docx**

Necessity for equal limited major life, pg. 22, **Chart of Plaintiffs Case Law .docx**

no training needed if nexus shown; useful for FMRCOA on discriminatory HOA safety/breed, pg. 22, **Chart of Plaintiffs Case Law .docx**

opportunity; Permanent injunction and damages., pg. 22, **Chart of Plaintiffs Case Law .docx**

activities; (2) Waiver rules without of Class 1 requirements necessary for equal residential access, as, pg. 22, **Chart of Plaintiffs Case Law .docx**

accommodations in disabled group homes; parallels ESAs by challenging burdensome classifications/restr, pg. 22, **Chart of Plaintiffs Case Law .docx**

individualized assessment., pg. 22, **Chart of Plaintiffs Case Law .docx**

[201] FHA by denying ESA (housing); no and evicting. Step- by-step: (1) Developmental disabilities/anxiety qualified as disability; (2) Doctor's note established ESA necessity for symptom, pg. 23, **Chart of Plaintiffs Case Law .docx**

under FHA, pg. 23, **Chart of Plaintiffs Case Law .docx**

landlord violated, pg. 23, **Chart of Plaintiffs Case Law .docx**

training needed if therapeutic; relevant for FMRCOA to emphasize FHA's broad protection without training mandates., pg. 23, **Chart of Plaintiffs Case Law .docx**

[202] management; (3) No training required under FHA for ESAs; (4) Denial without burden/threat; (5) Eviction causally linked to request, establishing retaliation., pg. 24, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of injunction, holding untrained ESA qualified under FHA. Step-by-step: (1) Child's, pg. 24, **Chart of Plaintiffs Case Law .docx**

Overlook, pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f); Sub-, pg. 24, **Chart of Plaintiffs Case Law .docx**

Mut. Homes, Inc. v., pg. 24, **Chart of Plaintiffs Case Law .docx**

elements: No, pg. 24, **Chart of Plaintiffs Case Law .docx**

training for ESAs;, pg. 24, **Chart of Plaintiffs Case Law .docx**

Spencer, 415 F. App'x 617 (6th Cir. 2011)., pg. 24, **Chart of Plaintiffs Case Law .docx**

Necessity for, pg. 24, **Chart of Plaintiffs Case Law .docx**

emotional support; Reasonable accommodation., pg. 24, **Chart of Plaintiffs Case Law .docx**

anxiety/depression as disability; (2) Dog provided support without training; (3) FHA assistance animals include untrained ESAs if necessary; (4) No undue burden; (5) Denial discriminatory absent threat. The court denied summary judgment on FHA claim, holding issues on whether dog was necessary, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA (housing); explicitly no training required, contrasting ADA; key for FMRCOA to direct court to FHA's lower threshold for assistance animals., pg. 24, **Chart of Plaintiffs Case Law .docx**

Peklun v. Tierra Del Mar Condo. Ass'n, Inc., No. 15-CIV- 80801, 2015 WL 8029840 (S.D. Fla. Dec. 7, 2015)., pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 24, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B); Sub- elements: Disability ESA/service animal. Step-by-step: (1), pg. 24, **Chart of Plaintiffs Case Law .docx**

(sleep apnea); Necessity; Training Sleep apnea as distinctions (ESA vs. service)., pg. 24, **Chart of Plaintiffs Case Law .docx**

disability limiting breathing/sleeping; (2) Doctor letters showed nexus to dog alerting to apnea; (3) No training needed, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs/service animals under FHA; sleep apnea, pg. 24, **Chart of Plaintiffs Case Law .docx**

qualifies; no formal training if nexus shown; relevant for FMRCOA on revocation, verification limits., pg. 24, **Chart of Plaintiffs Case Law .docx**

59

Case Name and Citation, pg. 25, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 25, **Chart of Plaintiffs Case Law .docx**

[203] unnecessary; (5) Policy not discriminatory. The court noted FHA claims are remedial and survive death under federal common law. The court granted summary judgment for defendants, holding an untrained dog did not qualify, pg. 25, **Chart of Plaintiffs Case Law .docx**

Prindable v. Ass'n of FHA, 42 U.S.C. § 3604(f); Sub- elements: Apartment Owners of 2987 Kalakaua, 304 F. Supp. "service animals." 2d 1245 (D. Haw. 2003)., pg. 25, **Chart of Plaintiffs Case Law .docx**

Untrained dogs not as a service animal, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA or ADA. Step-by-step: (1) No evidence of task, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals vs. service animals; clarifies distinctions in FHA/ADA overlap, requiring proof for claims., pg. 25, **Chart of Plaintiffs Case Law .docx**

[204] training linked to disability; (2) Emotional support alone insufficient for service classification; (3) But, pg. 26, **Chart of Plaintiffs Case Law .docx**

noted potential, pg. 26, **Chart of Plaintiffs Case Law .docx**

separate protection for emotional support animals., pg. 26, **Chart of Plaintiffs Case Law .docx**

[205] no ADA violation due to the direct threat exception despite the dog qualifying as dogs under ADA a service animal., pg. 26, **Chart of Plaintiffs Case Law .docx**

Reaves v. Immediate Medical Care, No. 3:23-cv- 00156-WGY (M.D. Fla. Feb. 10, 2025)., pg. 26, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; Sub- elements: Service animal definition (individual training); Direct threat exception (allergies); Reasonable modifications., pg. 26, **Chart of Plaintiffs Case Law .docx**

Applies to service, pg. 26, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations); affirms self- training ok, no certification, pg. 26, **Chart of Plaintiffs Case Law .docx**

exclusion for direct threats like, pg. 26, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) Plaintiff established disabilities (PTSD, anxiety, bipolar) substantially limiting needed, but allows major life activities like work and basic tasks; (2) The dog allergies if modifications considered; contrasts FHA by requiring task training; relevant for FMRCOA to show training thresholds but also exceptions in housing-like settings. was trained by owners and an academy to perform tasks like grounding and alerting to self- harm; (3) Self- training suffices under ADA, no certification required; (4) Exclusion justified by individualized assessment of doctor's severe allergy as a direct threat, after, pg. 26, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 27, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 27, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

considering modifications like alternate doctor or dog outside; (5) No discrimination as threat outweighed access., pg. 27, **Chart of Plaintiffs Case Law .docx**

[206] The court reversed summary judgment, holding FHA claims survive death under federal common law as remedial. Step-by- step: (1) FHA silent on survival, §1988(a) under FHA; no, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

training needed; survival after, pg. 27, **Chart of Plaintiffs Case Law .docx**

Remedial claims survive; (3) Genuine death; harassment issues on ESA denial as interference; key for FMRCOA on claim continuation, ESA protections, retaliation., pg. 27, **Chart of Plaintiffs Case Law .docx**

[207] mobility needs. Step- support animals; by-step: (1) Specific size necessary for assistance; (2) Denial discriminatory if not tailored., pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs/emotional, pg. 27, **Chart of Plaintiffs Case Law .docx**

emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

60

[208] emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

Revock v. Cowpet Bay W. Condo. Ass'n, 853 F.3d 96 (3d Cir. 2017)., pg. 27, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §§ 3604(f)(3)(B), 3617; inapplicable; (2) Sub-elements: Survival of claims; Reasonable accommodation for (constructive, pg. 27, **Chart of Plaintiffs Case Law .docx**

[209] 199 F. Supp. 2d 578 (N.D. Tex. 2002)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Model homes as sales offices; Mixed purposes., pg. 28, **Chart of Plaintiffs Case Law .docx**

Storms v. Fred Meyer Stores, Inc., 129 Wash. App. 820, 120 P.3d 126 (2005)., pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; State law mirroring; Sub- elements: Service animal training (obedience sufficient if task- linked); Public accommodation restriction., pg. 28, **Chart of Plaintiffs Case Law .docx**

Tamara v. El Camino overlap; Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, pg. 28, **Chart of Plaintiffs Case Law .docx**

Hosp., 964 F. Supp. 2d 1077 (N.D. Cal. 2013)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Service dogs in facilities; No fundamental alteration., pg. 28, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 28, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding model/sales office public. Step-by-step: (1) Multiple purposes possible; (2) Sales function covered; (3) DOJ guidance on models; (4) Leasing offices retail; (5) Exemption if example only. The court reversed dismissal, holding evidence of training sufficient to survive directed verdict. Step-by-step: (1) Agoraphobia/panic as disability; (2) Dog trained in obedience and to create space/buffer crowds; (3) Basic training plus task (circling) qualifies; (4) No certification needed; (5) Restriction on shopping discriminatory., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public accommodations; sales offices in residentials covered; relevant for FMRCOA on HOA common areas/offices., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA/state law (store); obedience training ok if linked to tasks; relevant for FMRCOA to show minimal training thresholds in quasi-public settings., pg. 28, **Chart of Plaintiffs Case Law .docx**

[210] The court denied summary judgment, holding issues on whether excluding a Applies to service service dog from a psychiatric ward constituted a fundamental alteration. Step-by- step: (1) ADA requires access unless direct threat, pg. 28, **Chart of Plaintiffs Case Law .docx**

dogs under ADA; extends principles to FHA-overlapping contexts like facilities., pg. 28, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 29, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 29, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 29, **Chart of Plaintiffs Case Law .docx**

or alteration; (2) Applies to hospital settings with housing-like elements., pg. 29, **Chart of Plaintiffs Case Law .docx**

[211] The court granted dismissal, holding no ADA violation for denying bus access to unleashed service dog. Step-by-step: (1) PTSD as disability; (2) Dog as service animal; (3) Must be leashed unless interfering with tasks; (4) "Wireless leash" insufficient; (5) No facts on why tether impossible., pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA Title II (university bus); leash, pg. 29, **Chart of Plaintiffs Case Law .docx**

required unless justified; relevant for FMRCOA on control standards in public areas., pg. 29, **Chart of Plaintiffs Case Law .docx**

[212] Retaliation for FHA- discrimination/segre protected activity; Survival of claims; Interference in housing. gation). Step-by- step: (1) Reported mismanagement as FHA violations; (2) Causal link to suspension; (3) Interference via adverse actions; (4) Remedial nature; (5) No underlying, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to FHA retaliation in public housing; protected activity includes aiding fair housing; relevant for FMRCOA on interference/retalia tion without underlying denial, survival of claims., pg. 29, **Chart of Plaintiffs Case Law .docx**

[213] The court denied summary judgment on §3617 interference, holding factual issues on harassment (noise complaints, occupancy rules, shed lockout, camera) motivated by children. Step-by- step: (1) Familial status protected; (2) Emails showed preference against families; (3) Actions interfered with housing enjoyment; (4) Individual members liable for discriminatory acts/votes; (5) No §3604(c) violation as statements not re: rental., pg. 30, **Chart of Plaintiffs Case Law .docx**

The court reversed summary judgment for defendant, holding genuine issues on whether HHA knew of disability/necessity and refused accommodation. Step-by-step: (1) Plaintiff informed HHA of disability and stair-climbing difficulty; (2) Written request noted, pg. 30, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations (housing transfer); constructive knowledge from communications suffices; no formal request needed; relevant for FMRCOA on, pg. 30, **Chart of Plaintiffs Case Law .docx**

knowledge, delay as denial, interactive process duties., pg. 30, **Chart of Plaintiffs Case Law .docx**

[214] surgery preventing stair use; (3) Affirmative defense in eviction asserted hip/back issues; (4) Mediation explained disability preventing stairs; (5) Offer to waitlist but vacate unit constituted constructive denial. Emphasizes prompt engagement; undue delay equals refusal., pg. 31, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding FHA sexual harassment claims survive defendant's death as remedial. Step-by-step: (1) FHA lacks survival provision; (2) Federal common law, pg. 31, **Chart of Plaintiffs Case Law .docx**

[215] dog violated FHA. Step-by-step: (1) Dorms covered under FHA; (2), pg. 31, **Chart of Plaintiffs Case Law .docx**

Applies to FHA claims generally; remedial nature allows survival after death; relevant for FMRCOA if parties decease, emphasizing continuation of housing discrimination suits., pg. 31, **Chart of Plaintiffs Case Law .docx**

[216] The court affirmed the preliminary injunction, holding the city's denial of a conditional use permit for a disabled group home within 600 feet of another violated FHA, pg. 32, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §§, pg. 32, **Chart of Plaintiffs Case Law .docx**

reasonable, pg. 32, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (f)(3)(B); accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub-elements: Reasonable accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

requirements. Step- by-step: (1) Residents' developmental disabilities substantially limited barriers to equal major life activities, qualifying under 42 U.S.C. § 3602(h); (2), pg. 32, **Chart of Plaintiffs Case Law .docx**

housing; no training focus, but supports broad FHA protections against spacing/breed restrictions in, pg. 32, **Chart of Plaintiffs Case Law .docx**

959 (7th Cir. opportunity; Zoning Waiver of spacing spacing restrictions rule necessary for (600 feet); Disparate equal residential opportunity, as group homes provide residential, pg. 32, **Chart of Plaintiffs Case Law .docx**

treatment in group homes for disabled; only viable option for settings; relevant, pg. 32, **Chart of Plaintiffs Case Law .docx**

Preliminary, pg. 32, **Chart of Plaintiffs Case Law .docx**

independent living;, pg. 32, **Chart of Plaintiffs Case Law .docx**

injunction standards., pg. 32, **Chart of Plaintiffs Case Law .docx**

(3)    City's enforcement, pg. 32, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA denials without, pg. 32, **Chart of Plaintiffs Case Law .docx**

disparate treatment, verification., pg. 32, **Chart of Plaintiffs Case Law .docx**

as unrelated non- disabled could occupy similar homes without restriction; (4) No undue burden or fundamental alteration shown,, pg. 32, **Chart of Plaintiffs Case Law .docx**

Applies to FHA reasonable accommodations in disabled group homes; analogous to ESAs/service animals by challenging zoning, pg. 32, **Chart of Plaintiffs Case Law .docx**

Valencia v. City of, pg. 32, **Chart of Plaintiffs Case Law .docx**

Springfield, 883 F.3d, pg. 32, **Chart of Plaintiffs Case Law .docx**

necessity for equal housing, pg. 32, **Chart of Plaintiffs Case Law .docx**

2018)., pg. 32, **Chart of Plaintiffs Case Law .docx**

[217] holding plausible, pg. 33, **Chart of Plaintiffs Case Law .docx**

FHA violation for evicting due to child's autism- related ESA incident. Applies to ESAs, pg. 33, **Chart of Plaintiffs Case Law .docx**

Velez v., pg. 33, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 33, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) under FHA, pg. 33, **Chart of Plaintiffs Case Law .docx**

Autism as disability, pg. 33, **Chart of Plaintiffs Case Law .docx**

(housing); direct threat is defense,, pg. 33, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 1:18-cv- 24931, 2019, pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial based on, pg. 33, **Chart of Plaintiffs Case Law .docx**

activities; (2) ESA request for therapeutic, pg. 33, **Chart of Plaintiffs Case Law .docx**

not dismissal ground; no training needed; relevant for FMRCOA on ESAs for mental disabilities,, pg. 33, **Chart of Plaintiffs Case Law .docx**

(S.D. Fla. Jun. 21, 2019)., pg. 33, **Chart of Plaintiffs Case Law .docx**

accommodation; Direct threat defense., pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial despite accommodation request; (4) Direct threat affirmative defense factual, not for dismissal; (5) Breed/size not disqualifying absent individualized threat., pg. 33, **Chart of Plaintiffs Case Law .docx**

interactive process., pg. 33, **Chart of Plaintiffs Case Law .docx**

[218] FHA claim, holding that enforcing a, pg. 33, **Chart of Plaintiffs Case Law .docx**

preempts, pg. 33, **Chart of Plaintiffs Case Law .docx**

conflicting local, pg. 33, **Chart of Plaintiffs Case Law .docx**

Coral Gate W. Condo., pg. 33, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (3)(B); Sub-elements:, pg. 33, **Chart of Plaintiffs Case Law .docx**

limiting major, pg. 33, **Chart of Plaintiffs Case Law .docx**

WL 2568856, pg. 33, **Chart of Plaintiffs Case Law .docx**

disability; Reasonable, pg. 33, **Chart of Plaintiffs Case Law .docx**

correction; (3), pg. 33, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 34, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 34, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 34, **Chart of Plaintiffs Case Law .docx**

## D. Application to Service Animals/ESA Contexts

- There is consistent distinction between ADA and FHA standards, such as the ADA's training requirement for service animals versus the FHA's broader inclusion of untrained emotional support animals if necessity is proven. [221]

Applicability to Service Dogs/ESAs, pg. 34, **Chart of Plaintiffs Case Law .docx**

(S.D. Fla. 2014)., pg. 34, **Chart of Plaintiffs Case Law .docx**

threat (individualized); Undue burden., pg. 34, **Chart of Plaintiffs Case Law .docx**

could violate the FHA if it prevents a reasonable accommodation for, pg. 34, **Chart of Plaintiffs Case Law .docx**

ordinances, such as breed bans, in housing, pg. 34, **Chart of Plaintiffs Case Law .docx**

accommodation, pg. 34, **Chart of Plaintiffs Case Law .docx**

an emotional support requests;, pg. 34, **Chart of Plaintiffs Case Law .docx**

animal. Step-by-step: distinguishes from (1) The plaintiff ADA service established a, pg. 34, **Chart of Plaintiffs Case Law .docx**

disability (post-, pg. 34, **Chart of Plaintiffs Case Law .docx**

[219] from waiving pet policies for verified accommodations. The court denied summary judgment, holding leasing office public. Step- by-step: (1) Residential exempt, Applies to ADA in offices not; (2) Parking/loading zones covered if for retail; (3) DOJ manual deferential; (4) DOJ views entitled deference; (5) No barriers alleged in units. The court denied the defendant's motion for summary judgment, holding that factual issues existed regarding whether six emotional support chickens were a reasonable and necessary accommodation. Step-by-step: (1) The plaintiff's disability (anxiety and depression) was conceded; (2) Evidence suggested therapeutic need for all six chickens to alleviate symptoms through companionship and routine; (3) No, pg. 35, **Chart of Plaintiffs Case Law .docx** Applies to unconventional emotional support animals under the FHA; permits multiple animals if justified by medical necessity; not applicable under ADA due to lack of training, pg. 35, **Chart of Plaintiffs Case Law .docx**

requirement; broadens FHA protections for diverse therapeutic needs in residential zoning disputes., pg. 35, **Chart of Plaintiffs Case Law .docx**

[220] undue burden on the city was shown, as costs for zoning waiver were minimal; (4) Reasonableness required balancing benefits to the plaintiff against potential health or safety impacts, with disputes precluding summary judgment. The court held eviction not discriminatory if based on rule violations post- accommodation. Step-by-step: (1) Accommodation granted for dog; (2) Non-compliance with waste rules justified action., pg. 36, **Chart of Plaintiffs Case Law .docx** Applies to emotional support animals; limits protections if violations create threats., pg. 36, **Chart of Plaintiffs Case Law .docx**

[221]

- (4) Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

222 223 224 225 226 227 228 229 230 231 232 233 234 235 236 237 238 239 240 241 242 243 244 245 246 247 248 249 250 251 252 253 254 255 256 257 258 259 260 261 262

---

[222] The court granted the defendants' motion for summary judgment, dismissing claims due to insufficient proof of disability and lack of training for the dogs under ADA standards. Step-by- step: (1) No medical records or expert testimony substantiated substantial limitations in major life activities; (2) The FHA requires a nexus between the animals and disability mitigation; (3) The animals failed to qualify as service animals under ADA due to absence of task- specific training evidence; (4) Emotional support claims under FHA similarly lacked evidentiary support for necessity. The court denied dismissal, holding sales offices in, pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA but dismissed for failed proof; contrasts ADA's training mandate by noting emotional support animals may qualify without it if necessity is proven; emphasizes the need for robust documentation in housing disputes., pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 2, **Chart of Plaintiffs Case Law .docx**

models public. Step- accommodations; by-step: (1) DOJ model sales manual: accessible if covered; relevant, pg. 2, **Chart of Plaintiffs Case Law .docx**

sales; (2) No exemption for location; (3) Plain, pg. 2, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA sales/leasing., pg. 2, **Chart of Plaintiffs Case Law .docx**

[223] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

66

   (4)   No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[224] No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

   (2)   The cat provided requirements. necessary emotional support without imposing undue burden; (3) Denial based on the policy alone was, pg. 5, **Chart of Plaintiffs Case Law .docx**

interactive process to avoid discrimination claims. The court affirmed, holding HOA facilities private absent public access. Step-by-step: (1) Factors: nonmember use, purpose, advertisement, status; (2) Limited to, pg. 5, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in HOAs; condos, pg. 5, **Chart of Plaintiffs Case Law .docx**

Cmty. Ass'n,, pg. 5, **Chart of Plaintiffs Case Law .docx**

accommodation in, pg. 5, **Chart of Plaintiffs Case Law .docx**

FMRCOA arguing not public accommodation unless open., pg. 5, **Chart of Plaintiffs Case Law .docx**

[225] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA- evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**
grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**
underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**
Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

   v.   Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**
elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**
Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**
1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**
Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**
Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**
[226] The court granted dismissal, holding, pg. 7, **Chart of Plaintiffs Case Law .docx**
Applies to service animals indirectly, pg. 7, **Chart of Plaintiffs Case Law .docx**
Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**
at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**
Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**
Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**
60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**
elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**
condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**
step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**
discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**
Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**
(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**
accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**
Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

68

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[227] training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[228] reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[229] for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[230] The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

Cnty., 994 F., pg. 12, **Chart of Plaintiffs Case Law .docx**

assistance dogs;, pg. 12, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[231] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[232] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[233] constituted constructive denial; (5) No direct threat shown, PTSD managed by meds/therapy did not disqualify; (6) Inquiries limited to disability need and animal's task. Emphasizes FHA's broad protections, verbal assertions suffice if credible. The court granted summary judgment, holding studio lot private. Step-by- step: (1) Question of law; (2) Factors: nonmember use, purpose, ads, status; (3), pg. 16, **Chart of Plaintiffs Case Law .docx**

Regular/indiscrimina te use contradicts private; (4) Occasional insufficient; (5) Open indiscriminately key. The court denied summary judgment, holding factual issues on whether eviction for emotional support animals violated the, pg. 16, **Chart of Plaintiffs Case Law .docx**

(1)    Disability required animals for companionship; (2) No-pet enforcement potentially, pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to multiple emotional support animals; supports broad therapeutic accommodations in housing., pg. 16, **Chart of Plaintiffs Case Law .docx**

[234] The court affirmed the district court's ruling for the defendant on the reasonable accommodation claim, holding no liability without, pg. 17, **Chart of Plaintiffs Case Law .docx**

actual knowledge of Applies broadly to the accommodation's FHA, pg. 17, **Chart of Plaintiffs Case Law .docx**

accommodations in, pg. 17, **Chart of Plaintiffs Case Law .docx**

necessity. Step-by- step: (1) The youths' group homes for behavioral, pg. 17, **Chart of Plaintiffs Case Law .docx**

disabilities were conceded; (2) The city lacked actual knowledge of the specific economic, pg. 17, **Chart of Plaintiffs Case Law .docx**

individuals,, pg. 17, **Chart of Plaintiffs Case Law .docx**

including potential emotional support contexts;, pg. 17, **Chart of Plaintiffs Case Law .docx**

emphasizes actual necessity for housing knowledge, ten rather than eight contrasting with residents to sustain constructive operations; (3) The, pg. 17, **Chart of Plaintiffs Case Law .docx**

standards, pg. 17, **Chart of Plaintiffs Case Law .docx**

71

elsewhere; relevant, pg. 17, **Chart of Plaintiffs Case Law .docx**

zoning denial was not discriminatory absent this, pg. 17, **Chart of Plaintiffs Case Law .docx**

knowledge; (4) This, pg. 17, **Chart of Plaintiffs Case Law .docx**

imposes a stricter, pg. 17, **Chart of Plaintiffs Case Law .docx**

standard than constructive knowledge recognized in other circuits like the, pg. 17, **Chart of Plaintiffs Case Law .docx**

Ninth; (5) Conflicts, pg. 17, **Chart of Plaintiffs Case Law .docx**

in circuit approaches were noted, but the Tenth Circuit, pg. 17, **Chart of Plaintiffs Case Law .docx**

[235] The court granted the defendants' motion to dismiss, holding no FHA violation where the emotional support dog was ultimately permitted after a verification process. Step-by-step: (1), pg. 18, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the, pg. 18, **Chart of Plaintiffs Case Law .docx**

Reasonable inquiries FHA; demonstrates, pg. 18, **Chart of Plaintiffs Case Law .docx**

that limited verification processes are allowed if they lead, pg. 18, **Chart of Plaintiffs Case Law .docx**

to approval; distinguishes from ADA by, pg. 18, **Chart of Plaintiffs Case Law .docx**

ultimate approval of encompassing the accommodation broader animal, pg. 18, **Chart of Plaintiffs Case Law .docx**

negated any claim of types without denial or refusal; (3) training mandates. No undue delay was proven, as the process aligned with standard verification timelines without evidence of bad faith., pg. 18, **Chart of Plaintiffs Case Law .docx**

[236] Position to instruct staff on access; (3) Ability to ensure, pg. 18, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 18, **Chart of Plaintiffs Case Law .docx**

LaRosa v. River Quarry Apartments, LLC, No., pg. 18, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

3604(f); Sub-, pg. 18, **Chart of Plaintiffs Case Law .docx**

elements: Inquiries 1:18-cv- into disability;, pg. 18, **Chart of Plaintiffs Case Law .docx**

00384-BLW,, pg. 18, **Chart of Plaintiffs Case Law .docx**

2019 WL 1013413 (D. Idaho Mar. 4, 2019)., pg. 18, **Chart of Plaintiffs Case Law .docx**

Ultimate approval; No violation if accommodated., pg. 18, **Chart of Plaintiffs Case Law .docx**

into the disability and necessity were permissible under HUD guidelines, provided they were not excessive or harassing; (2) The, pg. 18, **Chart of Plaintiffs Case Law .docx**

The court reversed, holding director Applies to service animals under ADA; operator, pg. 18, **Chart of Plaintiffs Case Law .docx**

operator with authority to admit/exclude. Step- liability for by-step: (1) Operator exclusions; means control/direct relevant for functioning; (2) FMRCOA on HOA officials controlling animal access., pg. 18, **Chart of Plaintiffs Case Law .docx**

237

> (5)     Retains accountability for those in power. The court granted the plaintiff's motion for summary judgment in part, awarding $14,800 in compensatory damages for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

FHA violation stemming from the denial of a rental application due to an emotional support animal. Step-by-step: (1) Communications referencing "reasonable accommodation" and ADA compliance implied the presence of a disability, establishing constructive knowledge on the landlord's part without explicit disclosure; (2) The landlord had a duty to engage in an interactive process upon such knowledge; (3) The blanket no-dog policy was discriminatory as applied, without assessment of, pg. 19, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA, described in the opinion as a "verified emotional support animal"; incorporates ADA references but primarily adjudicated under FHA for

private housing; contrasts ADA's requirement for task training by focusing on therapeutic necessity; relevant for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

Heimkes/Allfrey case to demonstrate that constructive knowledge suffices, even without detailed medical disclosure, in challenging unverified denials., pg. 19, **Chart of Plaintiffs Case Law .docx**

[238] The court vacated summary judgment, holding genuine issues on whether employer regarded plaintiff as disabled due to brain injury. Step-by-step: (1) Injury caused perceived impairment; (2) Risk training; relevant, pg. 20, **Chart of Plaintiffs Case Law .docx**

Meza v., pg. 20, **Chart of Plaintiffs Case Law .docx**

Union Pac., pg. 20, **Chart of Plaintiffs Case Law .docx**

24-1367 (8th disabled (brain, pg. 20, **Chart of Plaintiffs Case Law .docx**

Cir. July 25, injury seizure risk); of future seizures, pg. 20, **Chart of Plaintiffs Case Law .docx**

2025)., pg. 20, **Chart of Plaintiffs Case Law .docx**

No training for accommodations., pg. 20, **Chart of Plaintiffs Case Law .docx**

from alteration; (3) No training discussed; (4) Restrictions discriminatory; (5) Remand for qualification/direct threat., pg. 20, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on perceived disability risks, no-training parallels., pg. 20, **Chart of Plaintiffs Case Law .docx**

[239] on ADA/MHRA claims, holding service dogs in, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to ADA regarded-as (work restrictions); analogies to FHA ESAs without, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs in training under ADA Title III (mall); no federal protection for in-, pg. 20, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 21, **Chart of Plaintiffs Case Law .docx**

Retail, Inc., No. 2:23-cv- 00230-JAW (D. Me. Mar. 7, 2025)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 21, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 21, **Chart of Plaintiffs Case Law .docx**

training, but state, pg. 21, **Chart of Plaintiffs Case Law .docx**

under MHRA but not laws may differ;, pg. 21, **Chart of Plaintiffs Case Law .docx**

contrasts FHA (no, pg. 21, **Chart of Plaintiffs Case Law .docx**

relevant for disabilities requiring FMRCOA on trained dogs; (2) Dogs individually, pg. 21, **Chart of Plaintiffs Case Law .docx**

training distinctions in, pg. 21, **Chart of Plaintiffs Case Law .docx**

trained for tasks like quasi-public HOA, pg. 21, **Chart of Plaintiffs Case Law .docx**

alerting, grounding; areas., pg. 21, **Chart of Plaintiffs Case Law .docx**

> (3)   Training ongoing but tasks performed; (4) Denial of mall access discriminatory under MHRA (allows in- training); (5) ADA, pg. 21, **Chart of Plaintiffs Case Law .docx**

requires full training, no protection for in-, pg. 21, **Chart of Plaintiffs Case Law .docx**

training animals., pg. 21, **Chart of Plaintiffs Case Law .docx**

Emphasizes state law broader than ADA., pg. 21, **Chart of Plaintiffs Case Law .docx**

[240] The court dismissed, holding apartments exempt, commercial spaces covered. Step-by-step: (1), pg. 21, **Chart of Plaintiffs Case Law .docx**

Residential not, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in apartments/HOAs; private unless, pg. 21, **Chart of Plaintiffs Case Law .docx**

public; (2) Open, pg. 21, **Chart of Plaintiffs Case Law .docx**

indiscriminately key; public access; relevant for FMRCOA, pg. 21, **Chart of Plaintiffs Case Law .docx**

nonmember use,, pg. 21, **Chart of Plaintiffs Case Law .docx**

purpose, ads, status; exemptions. (4) Occasional public insufficient; (5) HOAs public if facilities open. The court affirmed dismissal, holding franchisor not, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applies to ADA, pg. 21, **Chart of Plaintiffs Case Law .docx**

American 12182(a); Sub-, pg. 21, **Chart of Plaintiffs Case Law .docx**

Dairy Queen elements: Operate, pg. 21, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations);, pg. 21, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12181(7); Sub- elements: 16-cv-07204- Apartment MEJ, 2017 WL 897442 (N.D. Cal. Mar. 7, 2017)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Moore v. Equity Residential, pg. 21, **Chart of Plaintiffs Case Law .docx**

Mgmt., L.L.C., No., pg. 21, **Chart of Plaintiffs Case Law .docx**

complexes exempt, (3) Factors:, pg. 21, **Chart of Plaintiffs Case Law .docx**

commercial, pg. 21, **Chart of Plaintiffs Case Law .docx**

exceptions., pg. 21, **Chart of Plaintiffs Case Law .docx**

[241] accessibility. Step- by-step: (1) Operate means put/keep in operation, control functioning, conduct policies in common affairs; (2) Franchise areas. agreement limited control to trademarks, not modifications; (3) No authority over ADA compliance; (4) No liability without remedial power; (5), pg. 22, **Chart of Plaintiffs Case Law .docx**

Statutory canon favors ordinary meaning., pg. 22, **Chart of Plaintiffs Case Law .docx**

[242] The court granted summary judgment and permanent injunction for plaintiff, holding state's Class 1 commercial classification of disabled supported living home, pg. 22, **Chart of Plaintiffs Case Law .docx**

Applies to FHA/ADA, pg. 22, **Chart of Plaintiffs Case Law .docx**

New Horizons Rehabilitatio zoning, pg. 22, **Chart of Plaintiffs Case Law .docx**

n, Inc. v., pg. 22, **Chart of Plaintiffs Case Law .docx**

State of 1 vs. Class 2); Indiana, 400 Disparate F. Supp. 3d 751 (S.D. Ind. 2019). treatment via commercial requirements (fire suppression);, pg. 22, **Chart of Plaintiffs Case Law .docx**

classification (Class (requiring fire suppression) violated ictions solely for FHA/ADA/Rehab Act. disabled housing; Step-by-step: (1) Residents' intellectual/develop mental disabilities, pg. 22, **Chart of Plaintiffs Case Law .docx**

Necessity for equal limited major life, pg. 22, **Chart of Plaintiffs Case Law .docx**

no training needed if nexus shown; useful for FMRCOA on discriminatory HOA safety/breed, pg. 22, **Chart of Plaintiffs Case Law .docx**

opportunity; Permanent injunction and damages., pg. 22, **Chart of Plaintiffs Case Law .docx**

activities; (2) Waiver rules without of Class 1 requirements necessary for equal residential access, as, pg. 22, **Chart of Plaintiffs Case Law .docx**

accommodations in disabled group homes; parallels ESAs by challenging burdensome classifications/restr, pg. 22, **Chart of Plaintiffs Case Law .docx**

individualized assessment., pg. 22, **Chart of Plaintiffs Case Law .docx**

[243] FHA by denying ESA (housing); no and evicting. Step- by-step: (1) Developmental disabilities/anxiety qualified as disability; (2) Doctor's note established ESA necessity for symptom, pg. 23, **Chart of Plaintiffs Case Law .docx**

under FHA, pg. 23, **Chart of Plaintiffs Case Law .docx**

landlord violated, pg. 23, **Chart of Plaintiffs Case Law .docx**

training needed if therapeutic; relevant for FMRCOA to emphasize FHA's broad protection without training mandates., pg. 23, **Chart of Plaintiffs Case Law .docx**

[244] management; (3) No training required under FHA for ESAs; (4) Denial without burden/threat; (5) Eviction causally linked to request, establishing retaliation., pg. 24, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of injunction, holding untrained ESA qualified under FHA. Step-by-step: (1)
Child's, pg. 24, **Chart of Plaintiffs Case Law .docx**

Overlook, pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f); Sub-, pg. 24, **Chart of Plaintiffs Case Law .docx**

Mut. Homes, Inc. v., pg. 24, **Chart of Plaintiffs Case Law .docx**

elements: No, pg. 24, **Chart of Plaintiffs Case Law .docx**

training for ESAs;, pg. 24, **Chart of Plaintiffs Case Law .docx**

Spencer, 415 F. App'x 617 (6th Cir. 2011)., pg. 24, **Chart of Plaintiffs Case Law .docx**

Necessity for, pg. 24, **Chart of Plaintiffs Case Law .docx**

emotional support; Reasonable accommodation., pg. 24, **Chart of Plaintiffs Case Law .docx**

anxiety/depression as disability; (2) Dog provided support without training; (3) FHA assistance
animals include untrained ESAs if necessary; (4) No undue burden; (5) Denial discriminatory absent
threat. The court denied summary judgment on FHA claim, holding issues on whether dog was
necessary, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA (housing); explicitly no training required, contrasting ADA; key for
FMRCOA to direct court to FHA's lower threshold for assistance animals., pg. 24, **Chart of Plaintiffs
Case Law .docx**

Peklun v. Tierra Del Mar Condo. Ass'n, Inc., No. 15-CIV- 80801, 2015 WL 8029840 (S.D. Fla. Dec. 7,
2015)., pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 24, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B); Sub- elements: Disability ESA/service animal. Step-by-step: (1), pg. 24, **Chart of
Plaintiffs Case Law .docx**

(sleep apnea); Necessity; Training Sleep apnea as distinctions (ESA vs. service)., pg. 24, **Chart of
Plaintiffs Case Law .docx**

disability limiting breathing/sleeping; (2) Doctor letters showed nexus to dog alerting to apnea; (3) No
training needed, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs/service animals under FHA; sleep apnea, pg. 24, **Chart of Plaintiffs Case Law .docx**
qualifies; no formal training if nexus shown; relevant for FMRCOA on revocation, verification limits.,
pg. 24, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 25, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 25, **Chart of Plaintiffs Case Law .docx**

[245] unnecessary; (5) Policy not discriminatory. The court noted FHA claims are remedial and survive
death under federal common law. The court granted summary judgment for defendants, holding an
untrained dog did not qualify, pg. 25, **Chart of Plaintiffs Case Law .docx**

Prindable v. Ass'n of FHA, 42 U.S.C. § 3604(f); Sub- elements: Apartment Owners of 2987 Kalakaua,
304 F. Supp. "service animals." 2d 1245 (D. Haw. 2003)., pg. 25, **Chart of Plaintiffs Case Law .docx**

Untrained dogs not as a service animal, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA or ADA. Step-by-step: (1) No evidence of task, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals vs. service animals; clarifies distinctions in FHA/ADA overlap,
requiring proof for claims., pg. 25, **Chart of Plaintiffs Case Law .docx**

[246] training linked to disability; (2) Emotional support alone insufficient for service classification; (3)
But, pg. 26, **Chart of Plaintiffs Case Law .docx**

noted potential, pg. 26, **Chart of Plaintiffs Case Law .docx**

separate protection for emotional support animals., pg. 26, **Chart of Plaintiffs Case Law .docx**

[247] no ADA violation due to the direct threat exception despite the dog qualifying as dogs under ADA
a service animal., pg. 26, **Chart of Plaintiffs Case Law .docx**

Reaves v. Immediate Medical Care, No. 3:23-cv- 00156-WGY (M.D. Fla. Feb. 10, 2025)., pg. 26, **Chart
of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; Sub- elements: Service animal definition (individual training); Direct threat
exception (allergies); Reasonable modifications., pg. 26, **Chart of Plaintiffs Case Law .docx**

Applies to service, pg. 26, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations); affirms self- training ok, no certification, pg. 26, **Chart of Plaintiffs Case Law .docx**

exclusion for direct threats like, pg. 26, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) Plaintiff established disabilities (PTSD, anxiety, bipolar) substantially limiting needed, but allows major life activities like work and basic tasks; (2) The dog allergies if modifications considered; contrasts FHA by requiring task training; relevant for FMRCOA to show training thresholds but also exceptions in housing-like settings. was trained by owners and an academy to perform tasks like grounding and alerting to self- harm; (3) Self- training suffices under ADA, no certification required; (4) Exclusion justified by individualized assessment of doctor's severe allergy as a direct threat, after, pg. 26, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 27, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 27, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

considering modifications like alternate doctor or dog outside; (5) No discrimination as threat outweighed access., pg. 27, **Chart of Plaintiffs Case Law .docx**

[248] The court reversed summary judgment, holding FHA claims survive death under federal common law as remedial. Step-by- step: (1) FHA silent on survival, §1988(a) under FHA; no, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

training needed; survival after, pg. 27, **Chart of Plaintiffs Case Law .docx**

Remedial claims survive; (3) Genuine death; harassment issues on ESA denial as interference; key for FMRCOA on claim continuation, ESA protections, retaliation., pg. 27, **Chart of Plaintiffs Case Law .docx**

[249] mobility needs. Step- support animals; by-step: (1) Specific size necessary for assistance; (2) Denial discriminatory if not tailored., pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs/emotional, pg. 27, **Chart of Plaintiffs Case Law .docx**

emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

[250] emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

Revock v. Cowpet Bay W. Condo. Ass'n, 853 F.3d 96 (3d Cir. 2017)., pg. 27, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §§ 3604(f)(3)(B), 3617; inapplicable; (2) Sub-elements: Survival of claims; Reasonable accommodation for (constructive, pg. 27, **Chart of Plaintiffs Case Law .docx**

[251] 199 F. Supp. 2d 578 (N.D. Tex. 2002)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Model homes as sales offices; Mixed purposes., pg. 28, **Chart of Plaintiffs Case Law .docx**

Storms v. Fred Meyer Stores, Inc., 129 Wash. App. 820, 120 P.3d 126 (2005)., pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; State law mirroring; Sub- elements: Service animal training (obedience sufficient if task- linked); Public accommodation restriction., pg. 28, **Chart of Plaintiffs Case Law .docx**

Tamara v. El Camino overlap; Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, pg. 28, **Chart of Plaintiffs Case Law .docx**

Hosp., 964 F. Supp. 2d 1077 (N.D. Cal. 2013)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Service dogs in facilities; No fundamental alteration., pg. 28, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 28, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding model/sales office public. Step-by-step: (1) Multiple purposes possible; (2) Sales function covered; (3) DOJ guidance on models; (4) Leasing offices retail; (5)

Exemption if example only. The court reversed dismissal, holding evidence of training sufficient to survive directed verdict. Step-by-step: (1) Agoraphobia/panic as disability; (2) Dog trained in obedience and to create space/buffer crowds; (3) Basic training plus task (circling) qualifies; (4) No certification needed; (5) Restriction on shopping discriminatory., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public accommodations; sales offices in residentials covered; relevant for FMRCOA on HOA common areas/offices., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA/state law (store); obedience training ok if linked to tasks; relevant for FMRCOA to show minimal training thresholds in quasi-public settings., pg. 28, **Chart of Plaintiffs Case Law .docx**

[252] The court denied summary judgment, holding issues on whether excluding a Applies to service service dog from a psychiatric ward constituted a fundamental alteration. Step-by- step: (1) ADA requires access unless direct threat, pg. 28, **Chart of Plaintiffs Case Law .docx**

dogs under ADA; extends principles to FHA-overlapping contexts like facilities., pg. 28, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 29, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 29, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 29, **Chart of Plaintiffs Case Law .docx**

or alteration; (2) Applies to hospital settings with housing-like elements., pg. 29, **Chart of Plaintiffs Case Law .docx**

[253] The court granted dismissal, holding no ADA violation for denying bus access to unleashed service dog. Step-by-step: (1) PTSD as disability; (2) Dog as service animal; (3) Must be leashed unless interfering with tasks; (4) "Wireless leash" insufficient; (5) No facts on why tether impossible., pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA Title II (university bus); leash, pg. 29, **Chart of Plaintiffs Case Law .docx**

required unless justified; relevant for FMRCOA on control standards in public areas., pg. 29, **Chart of Plaintiffs Case Law .docx**

[254] Retaliation for FHA- discrimination/segre protected activity; Survival of claims; Interference in housing. gation). Step-by- step: (1) Reported mismanagement as FHA violations; (2) Causal link to suspension; (3) Interference via adverse actions; (4) Remedial nature; (5) No underlying, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to FHA retaliation in public housing; protected activity includes aiding fair housing; relevant for FMRCOA on interference/retalia tion without underlying denial, survival of claims., pg. 29, **Chart of Plaintiffs Case Law .docx**

[255] The court denied summary judgment on §3617 interference, holding factual issues on harassment (noise complaints, occupancy rules, shed lockout, camera) motivated by children. Step-by- step: (1) Familial status protected; (2) Emails showed preference against families; (3) Actions interfered with housing enjoyment; (4) Individual members liable for discriminatory acts/votes; (5) No §3604(c) violation as statements not re: rental., pg. 30, **Chart of Plaintiffs Case Law .docx**

The court reversed summary judgment for defendant, holding genuine issues on whether HHA knew of disability/necessity and refused accommodation. Step-by-step: (1) Plaintiff informed HHA of disability and stair-climbing difficulty; (2) Written request noted, pg. 30, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations (housing transfer); constructive knowledge from communications suffices; no formal request needed; relevant for FMRCOA on, pg. 30, **Chart of Plaintiffs Case Law .docx**

77

knowledge, delay as denial, interactive process duties., pg. 30, **Chart of Plaintiffs Case Law .docx**

[256] surgery preventing stair use; (3) Affirmative defense in eviction asserted hip/back issues; (4) Mediation explained disability preventing stairs; (5) Offer to waitlist but vacate unit constituted constructive denial. Emphasizes prompt engagement; undue delay equals refusal., pg. 31, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding FHA sexual harassment claims survive defendant's death as remedial. Step-by-step: (1) FHA lacks survival provision; (2) Federal common law, pg. 31, **Chart of Plaintiffs Case Law .docx**

[257] dog violated FHA. Step-by-step: (1) Dorms covered under FHA; (2), pg. 31, **Chart of Plaintiffs Case Law .docx**

Applies to FHA claims generally; remedial nature allows survival after death; relevant for FMRCOA if parties decease, emphasizing continuation of housing discrimination suits., pg. 31, **Chart of Plaintiffs Case Law .docx**

[258] The court affirmed the preliminary injunction, holding the city's denial of a conditional use permit for a disabled group home within 600 feet of another violated FHA, pg. 32, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §§, pg. 32, **Chart of Plaintiffs Case Law .docx**

reasonable, pg. 32, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (f)(3)(B); accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub-elements: Reasonable accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

requirements. Step- by-step: (1) Residents' developmental disabilities substantially limited barriers to equal major life activities, qualifying under 42 U.S.C. § 3602(h); (2), pg. 32, **Chart of Plaintiffs Case Law .docx**

housing; no training focus, but supports broad FHA protections against spacing/breed restrictions in, pg. 32, **Chart of Plaintiffs Case Law .docx**

959 (7th Cir. opportunity; Zoning Waiver of spacing spacing restrictions rule necessary for (600 feet); Disparate equal residential opportunity, as group homes provide residential, pg. 32, **Chart of Plaintiffs Case Law .docx**

treatment in group homes for disabled; only viable option for settings; relevant, pg. 32, **Chart of Plaintiffs Case Law .docx**

Preliminary, pg. 32, **Chart of Plaintiffs Case Law .docx**

independent living;, pg. 32, **Chart of Plaintiffs Case Law .docx**

injunction standards., pg. 32, **Chart of Plaintiffs Case Law .docx**

(3)    City's enforcement, pg. 32, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA denials without, pg. 32, **Chart of Plaintiffs Case Law .docx**

disparate treatment, verification., pg. 32, **Chart of Plaintiffs Case Law .docx**

as unrelated non- disabled could occupy similar homes without restriction; (4) No undue burden or fundamental alteration shown,, pg. 32, **Chart of Plaintiffs Case Law .docx**

Applies to FHA reasonable accommodations in disabled group homes; analogous to ESAs/service animals by challenging zoning, pg. 32, **Chart of Plaintiffs Case Law .docx**

Valencia v. City of, pg. 32, **Chart of Plaintiffs Case Law .docx**

Springfield, 883 F.3d, pg. 32, **Chart of Plaintiffs Case Law .docx**

necessity for equal housing, pg. 32, **Chart of Plaintiffs Case Law .docx**

2018)., pg. 32, **Chart of Plaintiffs Case Law .docx**

[259] holding plausible, pg. 33, **Chart of Plaintiffs Case Law .docx**

FHA violation for evicting due to child's autism- related ESA incident. Applies to ESAs, pg. 33, **Chart of Plaintiffs Case Law .docx**

Velez v., pg. 33, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 33, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) under FHA, pg. 33, **Chart of Plaintiffs Case Law .docx**

Autism as disability, pg. 33, **Chart of Plaintiffs Case Law .docx**

(housing); direct threat is defense,, pg. 33, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 1:18-cv- 24931, 2019, pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial based on, pg. 33, **Chart of Plaintiffs Case Law .docx**

activities; (2) ESA request for therapeutic, pg. 33, **Chart of Plaintiffs Case Law .docx**

not dismissal ground; no training needed; relevant for FMRCOA on ESAs for mental disabilities,, pg. 33, **Chart of Plaintiffs Case Law .docx**

(S.D. Fla. Jun. 21, 2019)., pg. 33, **Chart of Plaintiffs Case Law .docx**

accommodation; Direct threat defense., pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial despite accommodation request; (4) Direct threat affirmative defense factual, not for dismissal; (5) Breed/size not disqualifying absent individualized threat., pg. 33, **Chart of Plaintiffs Case Law .docx**

interactive process., pg. 33, **Chart of Plaintiffs Case Law .docx**

[260] FHA claim, holding that enforcing a, pg. 33, **Chart of Plaintiffs Case Law .docx**

preempts, pg. 33, **Chart of Plaintiffs Case Law .docx**

conflicting local, pg. 33, **Chart of Plaintiffs Case Law .docx**

Coral Gate W. Condo., pg. 33, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (3)(B); Sub-elements:, pg. 33, **Chart of Plaintiffs Case Law .docx**

limiting major, pg. 33, **Chart of Plaintiffs Case Law .docx**

WL 2568856, pg. 33, **Chart of Plaintiffs Case Law .docx**

disability; Reasonable, pg. 33, **Chart of Plaintiffs Case Law .docx**

correction; (3), pg. 33, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 34, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 34, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 34, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 34, **Chart of Plaintiffs Case Law .docx**

(S.D. Fla. 2014)., pg. 34, **Chart of Plaintiffs Case Law .docx**

threat (individualized); Undue burden., pg. 34, **Chart of Plaintiffs Case Law .docx**

could violate the FHA if it prevents a reasonable accommodation for, pg. 34, **Chart of Plaintiffs Case Law .docx**

ordinances, such as breed bans, in housing, pg. 34, **Chart of Plaintiffs Case Law .docx**

accommodation, pg. 34, **Chart of Plaintiffs Case Law .docx**

an emotional support requests;, pg. 34, **Chart of Plaintiffs Case Law .docx**

animal. Step-by-step: distinguishes from (1) The plaintiff ADA service established a, pg. 34, **Chart of Plaintiffs Case Law .docx**

disability (post-, pg. 34, **Chart of Plaintiffs Case Law .docx**

[261] from waiving pet policies for verified accommodations. The court denied summary judgment, holding leasing office public. Step- by-step: (1) Residential exempt, Applies to ADA in offices not; (2) Parking/loading zones covered if for retail; (3) DOJ manual deferential; (4) DOJ views entitled deference; (5) No barriers alleged in units. The court denied the defendant's motion for summary judgment, holding that factual issues existed regarding whether six emotional support chickens were a reasonable and necessary accommodation. Step-by-step: (1) The plaintiff's disability (anxiety and depression) was conceded; (2) Evidence suggested therapeutic need for all six chickens to alleviate symptoms through companionship and routine; (3) No, pg. 35, **Chart of Plaintiffs Case Law .docx** Applies to unconventional emotional support animals under the FHA; permits multiple animals if justified by medical necessity; not applicable under ADA due to lack of training, pg. 35, **Chart of Plaintiffs Case Law .docx**

requirement; broadens FHA protections for diverse therapeutic needs in residential zoning disputes., pg. 35, **Chart of Plaintiffs Case Law .docx**

79

- The chart makes clear when the case supports, restricts, or limits claims regarding service animals or ESAs, and highlights when issues such as breed

---

[262] undue burden on the city was shown, as costs for zoning waiver were minimal; (4) Reasonableness required balancing benefits to the plaintiff against potential health or safety impacts, with disputes precluding summary judgment. The court held eviction not discriminatory if based on rule violations post- accommodation. Step-by-step: (1) Accommodation granted for dog; (2) Non-compliance with waste rules justified action., pg. 36, **Chart of Plaintiffs Case Law .docx** Applies to emotional support animals; limits protections if violations create threats., pg. 36, **Chart of Plaintiffs Case Law .docx**

80

restrictions, size, training, or verification arise. [263 264 265 266 267 268 269 270 271 272 273 274]

---

[263]

    (4)    Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

[264] The court granted the defendants' motion for summary judgment, dismissing claims due to insufficient proof of disability and lack of training for the dogs under ADA standards. Step-by- step: (1) No medical records or expert testimony substantiated substantial limitations in major life activities; (2) The FHA requires a nexus between the animals and disability mitigation; (3) The animals failed to qualify as service animals under ADA due to absence of task- specific training evidence; (4) Emotional support claims under FHA similarly lacked evidentiary support for necessity. The court denied dismissal, holding sales offices in, pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA but dismissed for failed proof; contrasts ADA's training mandate by noting emotional support animals may qualify without it if necessity is proven; emphasizes the need for robust documentation in housing disputes., pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 2, **Chart of Plaintiffs Case Law .docx**

models public. Step- accommodations; by-step: (1) DOJ model sales manual: accessible if covered; relevant, pg. 2, **Chart of Plaintiffs Case Law .docx**

sales; (2) No exemption for location; (3) Plain, pg. 2, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA sales/leasing., pg. 2, **Chart of Plaintiffs Case Law .docx**

[265] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[266] No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

(2)    The cat provided requirements. necessary emotional support without imposing undue burden; (3) Denial based on the policy alone was, pg. 5, **Chart of Plaintiffs Case Law .docx**

interactive process to avoid discrimination claims. The court affirmed, holding HOA facilities private absent public access. Step-by-step: (1) Factors: nonmember use, purpose, advertisement, status; (2) Limited to, pg. 5, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in HOAs; condos, pg. 5, **Chart of Plaintiffs Case Law .docx**

Cmty. Ass'n,, pg. 5, **Chart of Plaintiffs Case Law .docx**

accommodation in, pg. 5, **Chart of Plaintiffs Case Law .docx**

82

FMRCOA arguing not public accommodation unless open., pg. 5, **Chart of Plaintiffs Case Law .docx**

[267] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA-evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

v.    Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

[268] The court granted dismissal, holding, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to service animals indirectly, pg. 7, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**

at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**

60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[269] training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[270] reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for

84

such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[271] for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[272] The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

Cnty., 994 F., pg. 12, **Chart of Plaintiffs Case Law .docx**

assistance dogs;, pg. 12, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

## E. Specific Check on Accuracy

- For each exemplar case reviewed, the summary and holdings accurately align with the respective statute, sub-elements, and relevant legal

---

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[273] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[274] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

conclusions as set out in that section of the chart. [275][276][277][278][279][280][281][282][283][284][285][286]

---

[275]

    (4)    Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

[276] The court granted the defendants' motion for summary judgment, dismissing claims due to insufficient proof of disability and lack of training for the dogs under ADA standards. Step-by- step: (1) No medical records or expert testimony substantiated substantial limitations in major life activities; (2) The FHA requires a nexus between the animals and disability mitigation; (3) The animals failed to qualify as service animals under ADA due to absence of task- specific training evidence; (4) Emotional support claims under FHA similarly lacked evidentiary support for necessity. The court denied dismissal, holding sales offices in, pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA but dismissed for failed proof; contrasts ADA's training mandate by noting emotional support animals may qualify without it if necessity is proven; emphasizes the need for robust documentation in housing disputes., pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 2, **Chart of Plaintiffs Case Law .docx**

models public. Step- accommodations; by-step: (1) DOJ model sales manual: accessible if covered; relevant, pg. 2, **Chart of Plaintiffs Case Law .docx**

sales; (2) No exemption for location; (3) Plain, pg. 2, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA sales/leasing., pg. 2, **Chart of Plaintiffs Case Law .docx**

[277] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4) No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[278] No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

(2) The cat provided requirements. necessary emotional support without imposing undue burden; (3) Denial based on the policy alone was, pg. 5, **Chart of Plaintiffs Case Law .docx**

interactive process to avoid discrimination claims. The court affirmed, holding HOA facilities private absent public access. Step-by-step: (1) Factors: nonmember use, purpose, advertisement, status; (2) Limited to, pg. 5, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in HOAs; condos, pg. 5, **Chart of Plaintiffs Case Law .docx**

Cmty. Ass'n,, pg. 5, **Chart of Plaintiffs Case Law .docx**

accommodation in, pg. 5, **Chart of Plaintiffs Case Law .docx**

FMRCOA arguing not public accommodation unless open., pg. 5, **Chart of Plaintiffs Case Law .docx**

[279] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA- evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

v.    Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

[280] The court granted dismissal, holding, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to service animals indirectly, pg. 7, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**

at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**

60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[281] training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[282] reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for

such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[283] for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[284] The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

Cnty., 994 F., pg. 12, **Chart of Plaintiffs Case Law .docx**

assistance dogs;, pg. 12, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

91

- No contradictions or material errors in substantive legal principle or factual recitation are apparent, given the information provided.

---

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[285] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[286] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

92

## 2. Presentation, Organization, and Clarity

**A. Chart Format**

- The document is consistently formatted into four columns: "Case Name and Citation," "Relevant Statute and Sub-Elements," "Key Holdings," and

"Applicability to Service Dogs/ESAs." [287] [288] [289] [290] [291] [292] [293] [294] [295] [296] [297] [298] [299] [300] [301] [302] [303] [304] [305] [306] [307] [308] [309] [310] [311] [312] [313] [314] [315] [316] [317] [318] [319] [320] [321] [322] [323] [324] [325] [326] [327] [328] [329] [330] [331] [332] [333] [334] [335] [336] [337] [338] [339] [340] [341] [342] [343] [344] [345] [346] [347] [348] [349] [350] [351]

---

[287] Case Name and Citation, pg. 1, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 1, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 1, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 1, **Chart of Plaintiffs Case Law .docx**

[288] Case Name and Citation, pg. 2, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 2, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 2, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 2, **Chart of Plaintiffs Case Law .docx**

[289] Case Name and Citation, pg. 3, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 3, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 3, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 3, **Chart of Plaintiffs Case Law .docx**

[290] Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

[291] Case Name and Citation, pg. 5, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 5, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 5, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 5, **Chart of Plaintiffs Case Law .docx**

[292] Case Name and Citation, pg. 6, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 6, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 6, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 6, **Chart of Plaintiffs Case Law .docx**

[293] Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

[294] Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**
at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**
Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**
Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**

[295] Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**
elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8,
**Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**
condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

[296] Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**
(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**
accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for
FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**
Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

[297] Case Name and Citation, pg. 9, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 9, **Chart of Plaintiffs Case Law .docx**

94

Key Holdings, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 9, **Chart of Plaintiffs Case Law .docx**

[298] Case Name and Citation, pg. 10, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 10, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 10, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 10, **Chart of Plaintiffs Case Law .docx**

[299] Dunn v., pg. 10, **Chart of Plaintiffs Case Law .docx**

Phoenix W. ADA, 42 U.S.C. § 12181(7); Sub-, pg. 10, **Chart of Plaintiffs Case Law .docx**

II, LLC, No., pg. 10, **Chart of Plaintiffs Case Law .docx**

15-00258-, pg. 10, **Chart of Plaintiffs Case Law .docx**

[300] Fair Hous. of the Dakotas, Inc. v. FHA, 42 U.S.C. §, pg. 10, **Chart of Plaintiffs Case Law .docx**

Goldmark 3604(f); Sub- Prop. Mgmt., elements: All Inc., 778 F. animal types; No Supp. 2d training required., pg. 10, **Chart of Plaintiffs Case Law .docx**

1028 (D.N.D. 2011)., pg. 10, **Chart of Plaintiffs Case Law .docx**

Florida FHA, 42 U.S.C. § Comm'n on, pg. 10, **Chart of Plaintiffs Case Law .docx**

[301] Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

The court affirmed commission ruling,, pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under, pg. 10, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 11, **Chart of Plaintiffs Case Law .docx**

[302] Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

[303] Gragg v. Park Ridge Mobile, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § The court granted dismissal, holding 3604(f); Sub- elements: Disability insufficient proof of, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA (mobile home); emphasizes, pg. 11, **Chart of Plaintiffs Case Law .docx**

Human Relations v. Cypress Creek Golf Condos. of Mckinney CDO, Inc., 306 So. 3d, pg. 11, **Chart of Plaintiffs Case Law .docx**

[304] Case Name and Citation, pg. 12, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 12, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 12, **Chart of Plaintiffs Case Law .docx**

Home Court proof; Necessity; LLP, No. 10- No-pet denial. 3313, 2011 WL 4459701 (C.D. Ill. Sept. 26, 2011)., pg. 12, **Chart of Plaintiffs Case Law .docx**

[305] Green v. Hous. Auth. of, pg. 12, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f); Sub-, pg. 12, **Chart of Plaintiffs Case Law .docx**

Clackamas, pg. 12, **Chart of Plaintiffs Case Law .docx**

elements: Hearing, pg. 12, **Chart of Plaintiffs Case Law .docx**

[306] FHA, 42 U.S.C. §, pg. 12, **Chart of Plaintiffs Case Law .docx**

Groner v. 3604(f); Sub- Golden Gate elements: Gardens, pg. 12, **Chart of Plaintiffs Case Law .docx**

Reasonable Apartments, accommodation for 250 F.3d 1039 (6th Cir. 2001)., pg. 12, **Chart of Plaintiffs Case Law .docx**

mentally disabled tenant's noise; Interactive process; Reasonableness., pg. 12, **Chart of Plaintiffs Case Law .docx**

[307] Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

95

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

[308] Case Name and Citation, pg. 14, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 14, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 14, **Chart of Plaintiffs Case Law .docx**

[309] Case Name and Citation, pg. 15, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 15, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 15, **Chart of Plaintiffs Case Law .docx**

[310] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

[311] Case Name and Citation, pg. 16, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 16, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 16, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 16, **Chart of Plaintiffs Case Law .docx**

[312] Case Name and Citation, pg. 17, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 17, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 17, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 17, **Chart of Plaintiffs Case Law .docx**

[313] elsewhere; relevant, pg. 17, **Chart of Plaintiffs Case Law .docx**

zoning denial was not discriminatory absent this, pg. 17, **Chart of Plaintiffs Case Law .docx**

knowledge; (4) This, pg. 17, **Chart of Plaintiffs Case Law .docx**

imposes a stricter, pg. 17, **Chart of Plaintiffs Case Law .docx**

[314] Case Name and Citation, pg. 18, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 18, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 18, **Chart of Plaintiffs Case Law .docx**

communicated necessity., pg. 18, **Chart of Plaintiffs Case Law .docx**

[315] Lentini v., pg. 18, **Chart of Plaintiffs Case Law .docx**

California ADA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

Ctr. for the 12182(a); Sub- Arts, elements: Operator Escondido, as authority, pg. 18, **Chart of Plaintiffs Case Law .docx**

370 F.3d position; Service 837 (9th Cir. animal exclusion. 2004)., pg. 18, **Chart of Plaintiffs Case Law .docx**

[316] LaRosa v. River Quarry Apartments, LLC, No., pg. 18, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

3604(f); Sub-, pg. 18, **Chart of Plaintiffs Case Law .docx**

elements: Inquiries 1:18-cv- into disability;, pg. 18, **Chart of Plaintiffs Case Law .docx**

[317] Case Name and Citation, pg. 19, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 19, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 19, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 19, **Chart of Plaintiffs Case Law .docx**

96

[318] Case Name and Citation, pg. 20, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 20, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 20, **Chart of Plaintiffs Case Law .docx**

[319] ADA, 42 U.S.C. § 12102(1)(C); Sub- elements: R.R. Co., No. Regarded-as, pg. 20, **Chart of Plaintiffs Case Law .docx**

The court vacated summary judgment, holding genuine issues on whether employer regarded plaintiff as disabled due to brain injury. Step-by-step: (1) Injury caused perceived impairment; (2) Risk training; relevant, pg. 20, **Chart of Plaintiffs Case Law .docx**

Meza v., pg. 20, **Chart of Plaintiffs Case Law .docx**

Union Pac., pg. 20, **Chart of Plaintiffs Case Law .docx**

[320] Mission, pg. 20, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. §, pg. 20, **Chart of Plaintiffs Case Law .docx**

The court denied, pg. 20, **Chart of Plaintiffs Case Law .docx**

Working 12182; MHRA; Sub- summary judgment, pg. 20, **Chart of Plaintiffs Case Law .docx**

[321] Case Name and Citation, pg. 21, **Chart of Plaintiffs Case Law .docx**

Retail, Inc., No. 2:23-cv- 00230-JAW (D. Me. Mar. 7, 2025)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 21, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 21, **Chart of Plaintiffs Case Law .docx**

[322] Emphasizes state law broader than ADA., pg. 21, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding apartments exempt, commercial spaces covered. Step-by-step: (1), pg. 21, **Chart of Plaintiffs Case Law .docx**

Residential not, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in apartments/HOAs; private unless, pg. 21, **Chart of Plaintiffs Case Law .docx**

[323] American 12182(a); Sub-, pg. 21, **Chart of Plaintiffs Case Law .docx**

Dairy Queen elements: Operate, pg. 21, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations);, pg. 21, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12181(7); Sub- elements: 16-cv-07204- Apartment MEJ, 2017 WL 897442 (N.D. Cal. Mar. 7, 2017)., pg. 21, **Chart of Plaintiffs Case Law .docx**

[324] Case Name and Citation Corp., 58 F.3d 1063 (5th Cir. 1995)., pg. 22, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 22, **Chart of Plaintiffs Case Law .docx**

meaning (control/function/m control over anage); Franchisor liability., pg. 22, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 22, **Chart of Plaintiffs Case Law .docx**

[325] FHA, 42 U.S.C. § 3604(f)(3)(B); ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub-elements: Reasonable accommodation in, pg. 22, **Chart of Plaintiffs Case Law .docx**

The court granted summary judgment and permanent injunction for plaintiff, holding state's Class 1 commercial classification of disabled supported living home, pg. 22, **Chart of Plaintiffs Case Law .docx**

Applies to FHA/ADA, pg. 22, **Chart of Plaintiffs Case Law .docx**

New Horizons Rehabilitatio zoning, pg. 22, **Chart of Plaintiffs Case Law .docx**

[326] individualized assessment., pg. 22, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 23, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 23, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 23, **Chart of Plaintiffs Case Law .docx**

[327] Osborne v. FHA, 42 U.S.C. § Belton, No. 3604(f); Sub- 3:20-cv- elements:, pg. 23, **Chart of Plaintiffs Case Law .docx**

02008-TAD- KDM, 2022, pg. 23, **Chart of Plaintiffs Case Law .docx**

Assistance animal, pg. 23, **Chart of Plaintiffs Case Law .docx**

necessity; No WL 3031178 training, pg. 23, **Chart of Plaintiffs Case Law .docx**

[328] Case Name and Citation, pg. 24, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 24, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 24, **Chart of Plaintiffs Case Law .docx**

[329] Case Name and Citation, pg. 25, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 25, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 25, **Chart of Plaintiffs Case Law .docx**

[330] unnecessary; (5) Policy not discriminatory. The court noted FHA claims are remedial and survive death under federal common law. The court granted summary judgment for defendants, holding an untrained dog did not qualify, pg. 25, **Chart of Plaintiffs Case Law .docx**

Prindable v. Ass'n of FHA, 42 U.S.C. § 3604(f); Sub- elements: Apartment Owners of 2987 Kalakaua, 304 F. Supp. "service animals." 2d 1245 (D. Haw. 2003)., pg. 25, **Chart of Plaintiffs Case Law .docx**

Untrained dogs not as a service animal, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA or ADA. Step-by-step: (1) No evidence of task, pg. 25, **Chart of Plaintiffs Case Law .docx**

[331] Phillips v. Acacia on the Green Condo. Ass'n, Inc., 43 F.4th 577 (6th Cir. 2022), aff'g No. 1:19-cv-1277, 2020 WL 6074055 (N.D. Ohio Oct. 15, 2020)., pg. 25, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Reasonable modification (gas grills); Necessity for disability., pg. 25, **Chart of Plaintiffs Case Law .docx**

established; (2) No, pg. 25, **Chart of Plaintiffs Case Law .docx**

nexus to grills alleviating symptoms; (3) Alternatives (electric grills) sufficient; (4) No undue burden needed as, pg. 25, **Chart of Plaintiffs Case Law .docx**

[332] The court ruled for, pg. 26, **Chart of Plaintiffs Case Law .docx**

the defendant after a, pg. 26, **Chart of Plaintiffs Case Law .docx**

bench trial, holding, pg. 26, **Chart of Plaintiffs Case Law .docx**

no ADA violation due to the direct threat exception despite the dog qualifying as dogs under ADA a service animal., pg. 26, **Chart of Plaintiffs Case Law .docx**

[333] Case Name and Citation, pg. 27, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 27, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

[334] Sabal Palm Condos. of Pine Island Ridge Ass'n, Inc. v. Fischer, 6 F. Supp. 3d 1272 (S.D. Fla. 2014)., pg. 27, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Size- specific needs; Alternate accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

mobility needs. Step- support animals; by-step: (1) Specific size necessary for assistance; (2) Denial discriminatory if not tailored., pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs/emotional, pg. 27, **Chart of Plaintiffs Case Law .docx**

[335] Case Name and Citation, pg. 28, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 28, **Chart of Plaintiffs Case Law .docx**

Sapp v. MHI, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12181(7); Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

[336] Storms v. Fred Meyer Stores, Inc., 129 Wash. App. 820, 120 P.3d 126 (2005)., pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; State law mirroring; Sub- elements: Service animal training (obedience sufficient if task- linked); Public accommodation restriction., pg. 28, **Chart of Plaintiffs Case Law .docx**

Tamara v. El Camino overlap; Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, pg. 28, **Chart of Plaintiffs Case Law .docx**

[337] The court denied summary judgment, holding issues on whether excluding a Applies to service service dog from a psychiatric ward constituted a fundamental alteration. Step-by- step: (1) ADA requires access unless direct threat, pg. 28, **Chart of Plaintiffs Case Law .docx**

dogs under ADA; extends principles to FHA-overlapping contexts like facilities., pg. 28, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 29, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 29, **Chart of Plaintiffs Case Law .docx**

[338] Thomas v. Univ. of S. Fla., No., pg. 29, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; Sub-, pg. 29, **Chart of Plaintiffs Case Law .docx**

8:19-cv-55-T-, pg. 29, **Chart of Plaintiffs Case Law .docx**

36AAS, 2019 WL 2562359 (M.D. Fla. Jun. 12, 2019)., pg. 29, **Chart of Plaintiffs Case Law .docx**

[339] Threatt v. Sylacauga FHA, 42 U.S.C. §§ Hous. Auth., 3604(f), 3617; Sub- (complaints re: No. 1:20-cv- elements: housing 00096-ACA, 2022 WL 4448596 (N.D. Ala. Sept. 28, 2022)., pg. 29, **Chart of Plaintiffs Case Law .docx**

Retaliation for FHA- discrimination/segre protected activity; Survival of claims; Interference in housing. gation). Step-by- step: (1) Reported mismanagement as FHA violations; (2) Causal link to suspension; (3) Interference via adverse actions; (4) Remedial nature; (5) No underlying, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to FHA retaliation in public housing; protected activity includes aiding fair housing; relevant for FMRCOA on interference/retalia tion without underlying denial, survival of claims., pg. 29, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 30, **Chart of Plaintiffs Case Law .docx**

[340] Treece v. Perrier, pg. 30, **Chart of Plaintiffs Case Law .docx**

Condo., pg. 30, **Chart of Plaintiffs Case Law .docx**

Owners, pg. 30, **Chart of Plaintiffs Case Law .docx**

3604(c), 3617; Sub- elements: Familial status, pg. 30, **Chart of Plaintiffs Case Law .docx**

[341] U.S. v., pg. 30, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements:, pg. 30, **Chart of Plaintiffs Case Law .docx**

Knowledge of, pg. 30, **Chart of Plaintiffs Case Law .docx**

disability and, pg. 30, **Chart of Plaintiffs Case Law .docx**

[342] Case Name and Citation, pg. 31, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 31, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 31, **Chart of Plaintiffs Case Law .docx**

surgery preventing stair use; (3) Affirmative defense in eviction asserted hip/back issues; (4) Mediation explained disability preventing stairs; (5) Offer to waitlist but vacate unit constituted constructive denial. Emphasizes prompt engagement; undue delay equals refusal., pg. 31, **Chart of Plaintiffs Case Law .docx**

[343] Case Name and Citation, pg. 32, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 32, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 32, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 32, **Chart of Plaintiffs Case Law .docx**

[344] reasonable, pg. 32, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (f)(3)(B); accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub-elements: Reasonable accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

requirements. Step- by-step: (1) Residents' developmental disabilities substantially limited barriers to equal major life activities, qualifying under 42 U.S.C. § 3602(h); (2), pg. 32, **Chart of Plaintiffs Case Law .docx**

99

---

[345] Valencia v. City of, pg. 32, **Chart of Plaintiffs Case Law .docx**

Springfield, 883 F.3d, pg. 32, **Chart of Plaintiffs Case Law .docx**

necessity for equal housing, pg. 32, **Chart of Plaintiffs Case Law .docx**

2018)., pg. 32, **Chart of Plaintiffs Case Law .docx**

[346] Case Name and Citation, pg. 33, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 33, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 33, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 33, **Chart of Plaintiffs Case Law .docx**

[347] FHA, 42 U.S.C. §, pg. 33, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) under FHA, pg. 33, **Chart of Plaintiffs Case Law .docx**

Autism as disability, pg. 33, **Chart of Plaintiffs Case Law .docx**

(housing); direct threat is defense,, pg. 33, **Chart of Plaintiffs Case Law .docx**

[348] that federal law, pg. 33, **Chart of Plaintiffs Case Law .docx**

49 F. Supp. 3d 1082, pg. 33, **Chart of Plaintiffs Case Law .docx**

vs. federal preemption; Direct county pit bull ban, pg. 33, **Chart of Plaintiffs Case Law .docx**

emotional support animals under the FHA; establishes, pg. 33, **Chart of Plaintiffs Case Law .docx**

[349] Case Name and Citation, pg. 35, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 35, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 35, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 35, **Chart of Plaintiffs Case Law .docx**

[350] FHA, 42 U.S.C. § Whiteaker v. 3604(f)(3)(B); Sub- City of elements: Non-, pg. 35, **Chart of Plaintiffs Case Law .docx**

Southgate, No. 22-cv- 11143, 2023 WL 371412 (E.D. Mich. Jan. 24, 2023)., pg. 35, **Chart of Plaintiffs Case Law .docx**

traditional animals (chickens); Multiple animals; Reasonableness balancing burden vs. benefit; Necessity for equal enjoyment., pg. 35, **Chart of Plaintiffs Case Law .docx**

from waiving pet policies for verified accommodations. The court denied summary judgment, holding leasing office public. Step- by-step: (1) Residential exempt, Applies to ADA in offices not; (2) Parking/loading zones covered if for retail; (3) DOJ manual deferential; (4) DOJ views entitled deference; (5) No barriers alleged in units. The court denied the defendant's motion for summary judgment, holding that factual issues existed regarding whether six emotional support chickens were a reasonable and necessary accommodation. Step-by-step: (1) The plaintiff's disability (anxiety and depression) was conceded; (2) Evidence suggested therapeutic need for all six chickens to alleviate symptoms through companionship and routine; (3) No, pg. 35, **Chart of Plaintiffs Case Law .docx**

[351] Case Name and Citation, pg. 36, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 36, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 36, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 36, **Chart of Plaintiffs Case Law .docx**

- Information flows logically left to right for each case. [352 353 354 355 356 357 358 359 360 361 362]

---

[352] Case Name and Citation, pg. 1, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 1, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 1, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 1, **Chart of Plaintiffs Case Law .docx**
[353] Case Name and Citation, pg. 2, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 2, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 2, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 2, **Chart of Plaintiffs Case Law .docx**
[354] Case Name and Citation, pg. 3, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 3, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 3, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 3, **Chart of Plaintiffs Case Law .docx**
[355] Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**
[356] Case Name and Citation, pg. 5, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 5, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 5, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 5, **Chart of Plaintiffs Case Law .docx**
[357] Case Name and Citation, pg. 6, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 6, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 6, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 6, **Chart of Plaintiffs Case Law .docx**
[358] Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**
[359] Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**
at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**
Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**
Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**
[360] Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**
elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**
condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**
[361] Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**
(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**
accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**
Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**
[362] Case Name and Citation, pg. 9, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 9, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 9, **Chart of Plaintiffs Case Law .docx**

- The use of step-by-step elements and breaking out of legal steps is consistent throughout, with complex holdings broken down for clarity. [363] [364]

---

Applicability to Service Dogs/ESAs, pg. 9, **Chart of Plaintiffs Case Law .docx**

[363] 12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**

Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**

Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**

requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**

F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

over policy;, pg. 1, **Chart of Plaintiffs Case Law .docx**

power to amend policy; (3) No authority to ensure nondiscrimination;, pg. 1, **Chart of Plaintiffs Case Law .docx**

vs. individual liability., pg. 1, **Chart of Plaintiffs Case Law .docx**

   (4)   Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

[364]

   (4)   Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

365 366 367 368 369 370 371 372 373 374 375 376 377 378 379 380 381 382 383 384 385 386 387 388 389 390 391 392 393 394 395 396 397 398 399 400 401 402 403 404 405

---

[365] The court granted the defendants' motion for summary judgment, dismissing claims due to insufficient proof of disability and lack of training for the dogs under ADA standards. Step-by- step: (1) No medical records or expert testimony substantiated substantial limitations in major life activities; (2) The FHA requires a nexus between the animals and disability mitigation; (3) The animals failed to qualify as service animals under ADA due to absence of task- specific training evidence; (4) Emotional support claims under FHA similarly lacked evidentiary support for necessity. The court denied dismissal, holding sales offices in, pg. 2, **Chart of Plaintiffs Case Law .docx**
Applies to emotional support animals under the FHA but dismissed for failed proof; contrasts ADA's training mandate by noting emotional support animals may qualify without it if necessity is proven; emphasizes the need for robust documentation in housing disputes., pg. 2, **Chart of Plaintiffs Case Law .docx**
Applies to ADA public, pg. 2, **Chart of Plaintiffs Case Law .docx**
models public. Step- accommodations; by-step: (1) DOJ model sales manual: accessible if covered; relevant, pg. 2, **Chart of Plaintiffs Case Law .docx**
sales; (2) No exemption for location; (3) Plain, pg. 2, **Chart of Plaintiffs Case Law .docx**
for FMRCOA on HOA sales/leasing., pg. 2, **Chart of Plaintiffs Case Law .docx**
[366] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**
The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**
Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**
therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**
Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**
U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**
reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**
based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**
repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**
constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx** ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[367] No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

(2)    The cat provided requirements. necessary emotional support without imposing undue burden; (3) Denial based on the policy alone was, pg. 5, **Chart of Plaintiffs Case Law .docx**

interactive process to avoid discrimination claims. The court affirmed, holding HOA facilities private absent public access. Step-by-step: (1) Factors: nonmember use, purpose, advertisement, status; (2) Limited to, pg. 5, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in HOAs; condos, pg. 5, **Chart of Plaintiffs Case Law .docx**

Cmty. Ass'n,, pg. 5, **Chart of Plaintiffs Case Law .docx**

accommodation in, pg. 5, **Chart of Plaintiffs Case Law .docx**

FMRCOA arguing not public accommodation unless open., pg. 5, **Chart of Plaintiffs Case Law .docx**

[368] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA- evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

104

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx** underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

> v.    Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

[369] The court granted dismissal, holding, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to service animals indirectly, pg. 7, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**

at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**

60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

105

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[370] training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[371] reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[372] for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[373] The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

Cnty., 994 F., pg. 12, **Chart of Plaintiffs Case Law .docx**

assistance dogs;, pg. 12, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[374] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[375] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[376] constituted constructive denial; (5) No direct threat shown, PTSD managed by meds/therapy did not disqualify; (6) Inquiries limited to disability need and animal's task. Emphasizes FHA's broad protections, verbal assertions suffice if credible. The court granted summary judgment, holding studio lot private. Step-by- step: (1) Question of law; (2) Factors: nonmember use, purpose, ads, status; (3), pg. 16, **Chart of Plaintiffs Case Law .docx**

Regular/indiscrimina te use contradicts private; (4) Occasional insufficient; (5) Open indiscriminately key. The court denied summary judgment, holding factual issues on whether eviction for emotional support animals violated the, pg. 16, **Chart of Plaintiffs Case Law .docx**

(1)   Disability required animals for companionship; (2) No-pet enforcement potentially, pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to multiple emotional support animals; supports broad therapeutic accommodations in housing., pg. 16, **Chart of Plaintiffs Case Law .docx**

[377] The court affirmed the district court's ruling for the defendant on the reasonable accommodation claim, holding no liability without, pg. 17, **Chart of Plaintiffs Case Law .docx**

actual knowledge of Applies broadly to the accommodation's FHA, pg. 17, **Chart of Plaintiffs Case Law .docx**

accommodations in, pg. 17, **Chart of Plaintiffs Case Law .docx**

necessity. Step-by- step: (1) The youths' group homes for behavioral, pg. 17, **Chart of Plaintiffs Case Law .docx**

disabilities were conceded; (2) The city lacked actual knowledge of the specific economic, pg. 17, **Chart of Plaintiffs Case Law .docx**

individuals,, pg. 17, **Chart of Plaintiffs Case Law .docx**

including potential emotional support contexts;, pg. 17, **Chart of Plaintiffs Case Law .docx**

emphasizes actual necessity for housing knowledge, ten rather than eight contrasting with residents to sustain constructive operations; (3) The, pg. 17, **Chart of Plaintiffs Case Law .docx**

standards, pg. 17, **Chart of Plaintiffs Case Law .docx**

elsewhere; relevant, pg. 17, **Chart of Plaintiffs Case Law .docx**

zoning denial was not discriminatory absent this, pg. 17, **Chart of Plaintiffs Case Law .docx**

knowledge; (4) This, pg. 17, **Chart of Plaintiffs Case Law .docx**

imposes a stricter, pg. 17, **Chart of Plaintiffs Case Law .docx**

standard than constructive knowledge recognized in other circuits like the, pg. 17, **Chart of Plaintiffs Case Law .docx**

Ninth; (5) Conflicts, pg. 17, **Chart of Plaintiffs Case Law .docx**

in circuit approaches were noted, but the Tenth Circuit, pg. 17, **Chart of Plaintiffs Case Law .docx**

[378] The court granted the defendants' motion to dismiss, holding no FHA violation where the emotional support dog was ultimately permitted after a verification process. Step-by-step: (1), pg. 18, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the, pg. 18, **Chart of Plaintiffs Case Law .docx**

Reasonable inquiries FHA; demonstrates, pg. 18, **Chart of Plaintiffs Case Law .docx**

that limited verification processes are allowed if they lead, pg. 18, **Chart of Plaintiffs Case Law .docx**

to approval; distinguishes from ADA by, pg. 18, **Chart of Plaintiffs Case Law .docx**

ultimate approval of encompassing the accommodation broader animal, pg. 18, **Chart of Plaintiffs Case Law .docx**

negated any claim of types without denial or refusal; (3) training mandates. No undue delay was proven, as the process aligned with standard verification timelines without evidence of bad faith., pg. 18, **Chart of Plaintiffs Case Law .docx**

[379] Position to instruct staff on access; (3) Ability to ensure, pg. 18, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 18, **Chart of Plaintiffs Case Law .docx**

LaRosa v. River Quarry Apartments, LLC, No., pg. 18, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

3604(f); Sub-, pg. 18, **Chart of Plaintiffs Case Law .docx**

elements: Inquiries 1:18-cv- into disability;, pg. 18, **Chart of Plaintiffs Case Law .docx**

00384-BLW,, pg. 18, **Chart of Plaintiffs Case Law .docx**

2019 WL 1013413 (D. Idaho Mar. 4, 2019)., pg. 18, **Chart of Plaintiffs Case Law .docx**

Ultimate approval; No violation if accommodated., pg. 18, **Chart of Plaintiffs Case Law .docx**

into the disability and necessity were permissible under HUD guidelines, provided they were not excessive or harassing; (2) The, pg. 18, **Chart of Plaintiffs Case Law .docx**

The court reversed, holding director Applies to service animals under ADA; operator, pg. 18, **Chart of Plaintiffs Case Law .docx**

operator with authority to admit/exclude. Step- liability for by-step: (1) Operator exclusions; means control/direct relevant for functioning; (2) FMRCOA on HOA officials controlling animal access., pg. 18, **Chart of Plaintiffs Case Law .docx**

[380]

(5)    Retains accountability for those in power. The court granted the plaintiff's motion for summary judgment in part, awarding $14,800 in compensatory damages for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

FHA violation stemming from the denial of a rental application due to an emotional support animal. Step-by-step: (1) Communications referencing "reasonable accommodation" and ADA compliance implied the presence of a disability, establishing constructive knowledge on the landlord's part without explicit disclosure; (2) The landlord had a duty to engage in an interactive process upon such knowledge; (3) The blanket no-dog policy was discriminatory as applied, without assessment of, pg. 19, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA, described in the opinion as a "verified emotional support animal"; incorporates ADA references but primarily adjudicated under FHA for

private housing; contrasts ADA's requirement for task training by focusing on therapeutic necessity; relevant for the, pg. 19, **Chart of Plaintiffs Case Law .docx**

Heimkes/Allfrey case to demonstrate that constructive knowledge suffices, even without detailed medical disclosure, in challenging unverified denials., pg. 19, **Chart of Plaintiffs Case Law .docx**

[381] The court vacated summary judgment, holding genuine issues on whether employer regarded plaintiff as disabled due to brain injury. Step-by-step: (1) Injury caused perceived impairment; (2) Risk training; relevant, pg. 20, **Chart of Plaintiffs Case Law .docx**

Meza v., pg. 20, **Chart of Plaintiffs Case Law .docx**

Union Pac., pg. 20, **Chart of Plaintiffs Case Law .docx**

24-1367 (8th disabled (brain, pg. 20, **Chart of Plaintiffs Case Law .docx**

Cir. July 25, injury seizure risk); of future seizures, pg. 20, **Chart of Plaintiffs Case Law .docx**

2025)., pg. 20, **Chart of Plaintiffs Case Law .docx**

No training for accommodations., pg. 20, **Chart of Plaintiffs Case Law .docx**

from alteration; (3) No training discussed; (4) Restrictions discriminatory; (5) Remand for qualification/direct threat., pg. 20, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on perceived disability risks, no-training parallels., pg. 20, **Chart of Plaintiffs Case Law .docx**

[382] on ADA/MHRA claims, holding service dogs in, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to ADA regarded-as (work restrictions); analogies to FHA ESAs without, pg. 20, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs in training under ADA Title III (mall); no federal protection for in-, pg. 20, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 21, **Chart of Plaintiffs Case Law .docx**

Retail, Inc., No. 2:23-cv- 00230-JAW (D. Me. Mar. 7, 2025)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 21, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 21, **Chart of Plaintiffs Case Law .docx**

training, but state, pg. 21, **Chart of Plaintiffs Case Law .docx**

under MHRA but not laws may differ;, pg. 21, **Chart of Plaintiffs Case Law .docx**

contrasts FHA (no, pg. 21, **Chart of Plaintiffs Case Law .docx**

relevant for disabilities requiring FMRCOA on trained dogs; (2) Dogs individually, pg. 21, **Chart of Plaintiffs Case Law .docx**

training distinctions in, pg. 21, **Chart of Plaintiffs Case Law .docx**

trained for tasks like quasi-public HOA, pg. 21, **Chart of Plaintiffs Case Law .docx**

alerting, grounding; areas., pg. 21, **Chart of Plaintiffs Case Law .docx**

(3) Training ongoing but tasks performed; (4) Denial of mall access discriminatory under MHRA (allows in- training); (5) ADA, pg. 21, **Chart of Plaintiffs Case Law .docx**

requires full training, no protection for in-, pg. 21, **Chart of Plaintiffs Case Law .docx**

training animals., pg. 21, **Chart of Plaintiffs Case Law .docx**

Emphasizes state law broader than ADA., pg. 21, **Chart of Plaintiffs Case Law .docx**

[383] The court dismissed, holding apartments exempt, commercial spaces covered. Step-by-step: (1), pg. 21, **Chart of Plaintiffs Case Law .docx**

Residential not, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in apartments/HOAs; private unless, pg. 21, **Chart of Plaintiffs Case Law .docx**

public; (2) Open, pg. 21, **Chart of Plaintiffs Case Law .docx**

indiscriminately key; public access; relevant for FMRCOA, pg. 21, **Chart of Plaintiffs Case Law .docx**

nonmember use,, pg. 21, **Chart of Plaintiffs Case Law .docx**

purpose, ads, status; exemptions. (4) Occasional public insufficient; (5) HOAs public if facilities open. The court affirmed dismissal, holding franchisor not, pg. 21, **Chart of Plaintiffs Case Law .docx**

Applies to ADA, pg. 21, **Chart of Plaintiffs Case Law .docx**

American 12182(a); Sub-, pg. 21, **Chart of Plaintiffs Case Law .docx**

Dairy Queen elements: Operate, pg. 21, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations);, pg. 21, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12181(7); Sub- elements: 16-cv-07204- Apartment MEJ, 2017 WL 897442 (N.D. Cal. Mar. 7, 2017)., pg. 21, **Chart of Plaintiffs Case Law .docx**

Moore v. Equity Residential, pg. 21, **Chart of Plaintiffs Case Law .docx**

Mgmt., L.L.C., No., pg. 21, **Chart of Plaintiffs Case Law .docx**

complexes exempt, (3) Factors:, pg. 21, **Chart of Plaintiffs Case Law .docx**

commercial, pg. 21, **Chart of Plaintiffs Case Law .docx**

exceptions., pg. 21, **Chart of Plaintiffs Case Law .docx**

[384] accessibility. Step- by-step: (1) Operate means put/keep in operation, control functioning, conduct policies in common affairs; (2) Franchise areas. agreement limited control to trademarks, not modifications; (3) No authority over ADA compliance; (4) No liability without remedial power; (5), pg. 22, **Chart of Plaintiffs Case Law .docx**

Statutory canon favors ordinary meaning., pg. 22, **Chart of Plaintiffs Case Law .docx**

[385] The court granted summary judgment and permanent injunction for plaintiff, holding state's Class 1 commercial classification of disabled supported living home, pg. 22, **Chart of Plaintiffs Case Law .docx**

Applies to FHA/ADA, pg. 22, **Chart of Plaintiffs Case Law .docx**

New Horizons Rehabilitatio zoning, pg. 22, **Chart of Plaintiffs Case Law .docx**

n, Inc. v., pg. 22, **Chart of Plaintiffs Case Law .docx**

State of 1 vs. Class 2); Indiana, 400 Disparate F. Supp. 3d 751 (S.D. Ind. 2019). treatment via commercial requirements (fire suppression);, pg. 22, **Chart of Plaintiffs Case Law .docx**

classification (Class (requiring fire suppression) violated ictions solely for FHA/ADA/Rehab Act. disabled housing; Step-by-step: (1) Residents' intellectual/develop mental disabilities, pg. 22, **Chart of Plaintiffs Case Law .docx**

Necessity for equal limited major life, pg. 22, **Chart of Plaintiffs Case Law .docx**

no training needed if nexus shown; useful for FMRCOA on discriminatory HOA safety/breed, pg. 22, **Chart of Plaintiffs Case Law .docx**

opportunity; Permanent injunction and damages., pg. 22, **Chart of Plaintiffs Case Law .docx**

activities; (2) Waiver rules without of Class 1 requirements necessary for equal residential access, as, pg. 22, **Chart of Plaintiffs Case Law .docx**

accommodations in disabled group homes; parallels ESAs by challenging burdensome classifications/restr, pg. 22, **Chart of Plaintiffs Case Law .docx**

individualized assessment., pg. 22, **Chart of Plaintiffs Case Law .docx**

[386] FHA by denying ESA (housing); no and evicting. Step- by-step: (1) Developmental disabilities/anxiety qualified as disability; (2) Doctor's note established ESA necessity for symptom, pg. 23, **Chart of Plaintiffs Case Law .docx**

under FHA, pg. 23, **Chart of Plaintiffs Case Law .docx**

landlord violated, pg. 23, **Chart of Plaintiffs Case Law .docx**

training needed if therapeutic; relevant for FMRCOA to emphasize FHA's broad protection without training mandates., pg. 23, **Chart of Plaintiffs Case Law .docx**

[387] management; (3) No training required under FHA for ESAs; (4) Denial without burden/threat; (5) Eviction causally linked to request, establishing retaliation., pg. 24, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of injunction, holding untrained ESA qualified under FHA. Step-by-step: (1) Child's, pg. 24, **Chart of Plaintiffs Case Law .docx**

Overlook, pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f); Sub-, pg. 24, **Chart of Plaintiffs Case Law .docx**

Mut. Homes, Inc. v., pg. 24, **Chart of Plaintiffs Case Law .docx**

elements: No, pg. 24, **Chart of Plaintiffs Case Law .docx**

training for ESAs;, pg. 24, **Chart of Plaintiffs Case Law .docx**

Spencer, 415 F. App'x 617 (6th Cir. 2011)., pg. 24, **Chart of Plaintiffs Case Law .docx**

Necessity for, pg. 24, **Chart of Plaintiffs Case Law .docx**

emotional support; Reasonable accommodation., pg. 24, **Chart of Plaintiffs Case Law .docx**

anxiety/depression as disability; (2) Dog provided support without training; (3) FHA assistance animals include untrained ESAs if necessary; (4) No undue burden; (5) Denial discriminatory absent threat. The court denied summary judgment on FHA claim, holding issues on whether dog was necessary, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA (housing); explicitly no training required, contrasting ADA; key for FMRCOA to direct court to FHA's lower threshold for assistance animals., pg. 24, **Chart of Plaintiffs Case Law .docx**

Peklun v. Tierra Del Mar Condo. Ass'n, Inc., No. 15-CIV- 80801, 2015 WL 8029840 (S.D. Fla. Dec. 7, 2015)., pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 24, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B); Sub- elements: Disability ESA/service animal. Step-by-step: (1), pg. 24, **Chart of Plaintiffs Case Law .docx**

(sleep apnea); Necessity; Training Sleep apnea as distinctions (ESA vs. service)., pg. 24, **Chart of Plaintiffs Case Law .docx**

disability limiting breathing/sleeping; (2) Doctor letters showed nexus to dog alerting to apnea; (3) No training needed, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs/service animals under FHA; sleep apnea, pg. 24, **Chart of Plaintiffs Case Law .docx** qualifies; no formal training if nexus shown; relevant for FMRCOA on revocation, verification limits., pg. 24, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 25, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 25, **Chart of Plaintiffs Case Law .docx**

[388] unnecessary; (5) Policy not discriminatory. The court noted FHA claims are remedial and survive death under federal common law. The court granted summary judgment for defendants, holding an untrained dog did not qualify, pg. 25, **Chart of Plaintiffs Case Law .docx**

Prindable v. Ass'n of FHA, 42 U.S.C. § 3604(f); Sub- elements: Apartment Owners of 2987 Kalakaua, 304 F. Supp. "service animals." 2d 1245 (D. Haw. 2003)., pg. 25, **Chart of Plaintiffs Case Law .docx**

Untrained dogs not as a service animal, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA or ADA. Step-by-step: (1) No evidence of task, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals vs. service animals; clarifies distinctions in FHA/ADA overlap, requiring proof for claims., pg. 25, **Chart of Plaintiffs Case Law .docx**

[389] training linked to disability; (2) Emotional support alone insufficient for service classification; (3) But, pg. 26, **Chart of Plaintiffs Case Law .docx**

noted potential, pg. 26, **Chart of Plaintiffs Case Law .docx**

separate protection for emotional support animals., pg. 26, **Chart of Plaintiffs Case Law .docx**

[390] no ADA violation due to the direct threat exception despite the dog qualifying as dogs under ADA a service animal., pg. 26, **Chart of Plaintiffs Case Law .docx**

Reaves v. Immediate Medical Care, No. 3:23-cv- 00156-WGY (M.D. Fla. Feb. 10, 2025)., pg. 26, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; Sub- elements: Service animal definition (individual training); Direct threat exception (allergies); Reasonable modifications., pg. 26, **Chart of Plaintiffs Case Law .docx**

Applies to service, pg. 26, **Chart of Plaintiffs Case Law .docx**

Title III (public accommodations); affirms self- training ok, no certification, pg. 26, **Chart of Plaintiffs Case Law .docx**

exclusion for direct threats like, pg. 26, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) Plaintiff established disabilities (PTSD, anxiety, bipolar) substantially limiting needed, but allows major life activities like work and basic tasks; (2) The dog allergies if modifications considered; contrasts FHA by requiring task training; relevant for FMRCOA to show training thresholds but also exceptions in housing-like settings. was trained by owners and an academy to perform tasks like grounding and alerting to self- harm; (3) Self- training suffices under ADA, no certification required; (4) Exclusion justified by individualized assessment of doctor's severe allergy as a direct threat, after, pg. 26, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 27, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 27, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

considering modifications like alternate doctor or dog outside; (5) No discrimination as threat outweighed access., pg. 27, **Chart of Plaintiffs Case Law .docx**

[391] The court reversed summary judgment, holding FHA claims survive death under federal common law as remedial. Step-by- step: (1) FHA silent on survival, §1988(a) under FHA; no, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

training needed; survival after, pg. 27, **Chart of Plaintiffs Case Law .docx**

Remedial claims survive; (3) Genuine death; harassment issues on ESA denial as interference; key for FMRCOA on claim continuation, ESA protections, retaliation., pg. 27, **Chart of Plaintiffs Case Law .docx**

[392] mobility needs. Step- support animals; by-step: (1) Specific size necessary for assistance; (2) Denial discriminatory if not tailored., pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs/emotional, pg. 27, **Chart of Plaintiffs Case Law .docx**

emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

[393] emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

Revock v. Cowpet Bay W. Condo. Ass'n, 853 F.3d 96 (3d Cir. 2017)., pg. 27, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §§ 3604(f)(3)(B), 3617; inapplicable; (2) Sub-elements: Survival of claims; Reasonable accommodation for (constructive, pg. 27, **Chart of Plaintiffs Case Law .docx**

[394] 199 F. Supp. 2d 578 (N.D. Tex. 2002)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Model homes as sales offices; Mixed purposes., pg. 28, **Chart of Plaintiffs Case Law .docx**

Storms v. Fred Meyer Stores, Inc., 129 Wash. App. 820, 120 P.3d 126 (2005)., pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; State law mirroring; Sub- elements: Service animal training (obedience sufficient if task- linked); Public accommodation restriction., pg. 28, **Chart of Plaintiffs Case Law .docx**

Tamara v. El Camino overlap; Sub-, pg. 28, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, pg. 28, **Chart of Plaintiffs Case Law .docx**

Hosp., 964 F. Supp. 2d 1077 (N.D. Cal. 2013)., pg. 28, **Chart of Plaintiffs Case Law .docx**

elements: Service dogs in facilities; No fundamental alteration., pg. 28, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 28, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding model/sales office public. Step-by-step: (1) Multiple purposes possible; (2) Sales function covered; (3) DOJ guidance on models; (4) Leasing offices retail; (5)

113

Exemption if example only. The court reversed dismissal, holding evidence of training sufficient to survive directed verdict. Step-by-step: (1) Agoraphobia/panic as disability; (2) Dog trained in obedience and to create space/buffer crowds; (3) Basic training plus task (circling) qualifies; (4) No certification needed; (5) Restriction on shopping discriminatory., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public accommodations; sales offices in residentials covered; relevant for FMRCOA on HOA common areas/offices., pg. 28, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA/state law (store); obedience training ok if linked to tasks; relevant for FMRCOA to show minimal training thresholds in quasi-public settings., pg. 28, **Chart of Plaintiffs Case Law .docx**

[395] The court denied summary judgment, holding issues on whether excluding a Applies to service service dog from a psychiatric ward constituted a fundamental alteration. Step-by- step: (1) ADA requires access unless direct threat, pg. 28, **Chart of Plaintiffs Case Law .docx**

dogs under ADA; extends principles to FHA-overlapping contexts like facilities., pg. 28, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 29, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 29, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 29, **Chart of Plaintiffs Case Law .docx**

or alteration; (2) Applies to hospital settings with housing-like elements., pg. 29, **Chart of Plaintiffs Case Law .docx**

[396] The court granted dismissal, holding no ADA violation for denying bus access to unleashed service dog. Step-by-step: (1) PTSD as disability; (2) Dog as service animal; (3) Must be leashed unless interfering with tasks; (4) "Wireless leash" insufficient; (5) No facts on why tether impossible., pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under ADA Title II (university bus); leash, pg. 29, **Chart of Plaintiffs Case Law .docx**

required unless justified; relevant for FMRCOA on control standards in public areas., pg. 29, **Chart of Plaintiffs Case Law .docx**

[397] Retaliation for FHA- discrimination/segre protected activity; Survival of claims; Interference in housing. gation). Step-by- step: (1) Reported mismanagement as FHA violations; (2) Causal link to suspension; (3) Interference via adverse actions; (4) Remedial nature; (5) No underlying, pg. 29, **Chart of Plaintiffs Case Law .docx**

Applies to FHA retaliation in public housing; protected activity includes aiding fair housing; relevant for FMRCOA on interference/retalia tion without underlying denial, survival of claims., pg. 29, **Chart of Plaintiffs Case Law .docx**

[398] The court denied summary judgment on §3617 interference, holding factual issues on harassment (noise complaints, occupancy rules, shed lockout, camera) motivated by children. Step-by- step: (1) Familial status protected; (2) Emails showed preference against families; (3) Actions interfered with housing enjoyment; (4) Individual members liable for discriminatory acts/votes; (5) No §3604(c) violation as statements not re: rental., pg. 30, **Chart of Plaintiffs Case Law .docx**

The court reversed summary judgment for defendant, holding genuine issues on whether HHA knew of disability/necessity and refused accommodation. Step-by-step: (1) Plaintiff informed HHA of disability and stair-climbing difficulty; (2) Written request noted, pg. 30, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations (housing transfer); constructive knowledge from communications suffices; no formal request needed; relevant for FMRCOA on, pg. 30, **Chart of Plaintiffs Case Law .docx**

114

knowledge, delay as denial, interactive process duties., pg. 30, **Chart of Plaintiffs Case Law .docx**

[399] surgery preventing stair use; (3) Affirmative defense in eviction asserted hip/back issues; (4) Mediation explained disability preventing stairs; (5) Offer to waitlist but vacate unit constituted constructive denial. Emphasizes prompt engagement; undue delay equals refusal., pg. 31, **Chart of Plaintiffs Case Law .docx**

The court denied dismissal, holding FHA sexual harassment claims survive defendant's death as remedial. Step-by-step: (1) FHA lacks survival provision; (2) Federal common law, pg. 31, **Chart of Plaintiffs Case Law .docx**

[400] dog violated FHA. Step-by-step: (1) Dorms covered under FHA; (2), pg. 31, **Chart of Plaintiffs Case Law .docx**

Applies to FHA claims generally; remedial nature allows survival after death; relevant for FMRCOA if parties decease, emphasizing continuation of housing discrimination suits., pg. 31, **Chart of Plaintiffs Case Law .docx**

[401] The court affirmed the preliminary injunction, holding the city's denial of a conditional use permit for a disabled group home within 600 feet of another violated FHA, pg. 32, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §§, pg. 32, **Chart of Plaintiffs Case Law .docx**

reasonable, pg. 32, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (f)(3)(B); accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12132; Rehabilitation Act, 29 U.S.C. § 794; Sub-elements: Reasonable accommodation, pg. 32, **Chart of Plaintiffs Case Law .docx**

requirements. Step- by-step: (1) Residents' developmental disabilities substantially limited barriers to equal major life activities, qualifying under 42 U.S.C. § 3602(h); (2), pg. 32, **Chart of Plaintiffs Case Law .docx**

housing; no training focus, but supports broad FHA protections against spacing/breed restrictions in, pg. 32, **Chart of Plaintiffs Case Law .docx**

959 (7th Cir. opportunity; Zoning Waiver of spacing spacing restrictions rule necessary for (600 feet); Disparate equal residential opportunity, as group homes provide residential, pg. 32, **Chart of Plaintiffs Case Law .docx**

treatment in group homes for disabled; only viable option for settings; relevant, pg. 32, **Chart of Plaintiffs Case Law .docx**

Preliminary, pg. 32, **Chart of Plaintiffs Case Law .docx**

independent living;, pg. 32, **Chart of Plaintiffs Case Law .docx**

injunction standards., pg. 32, **Chart of Plaintiffs Case Law .docx**

(3)    City's enforcement, pg. 32, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA denials without, pg. 32, **Chart of Plaintiffs Case Law .docx**

disparate treatment, verification., pg. 32, **Chart of Plaintiffs Case Law .docx**

as unrelated non- disabled could occupy similar homes without restriction; (4) No undue burden or fundamental alteration shown,, pg. 32, **Chart of Plaintiffs Case Law .docx**

Applies to FHA reasonable accommodations in disabled group homes; analogous to ESAs/service animals by challenging zoning, pg. 32, **Chart of Plaintiffs Case Law .docx**

Valencia v. City of, pg. 32, **Chart of Plaintiffs Case Law .docx**

Springfield, 883 F.3d, pg. 32, **Chart of Plaintiffs Case Law .docx**

necessity for equal housing, pg. 32, **Chart of Plaintiffs Case Law .docx**

2018)., pg. 32, **Chart of Plaintiffs Case Law .docx**

[402] holding plausible, pg. 33, **Chart of Plaintiffs Case Law .docx**

FHA violation for evicting due to child's autism- related ESA incident. Applies to ESAs, pg. 33, **Chart of Plaintiffs Case Law .docx**

Velez v., pg. 33, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 33, **Chart of Plaintiffs Case Law .docx**

Step-by-step: (1) under FHA, pg. 33, **Chart of Plaintiffs Case Law .docx**

Autism as disability, pg. 33, **Chart of Plaintiffs Case Law .docx**

(housing); direct threat is defense,, pg. 33, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 1:18-cv- 24931, 2019, pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial based on, pg. 33, **Chart of Plaintiffs Case Law .docx**

activities; (2) ESA request for therapeutic, pg. 33, **Chart of Plaintiffs Case Law .docx**

not dismissal ground; no training needed; relevant for FMRCOA on ESAs for mental disabilities,, pg. 33, **Chart of Plaintiffs Case Law .docx**

(S.D. Fla. Jun. 21, 2019)., pg. 33, **Chart of Plaintiffs Case Law .docx**

accommodation; Direct threat defense., pg. 33, **Chart of Plaintiffs Case Law .docx**

Denial despite accommodation request; (4) Direct threat affirmative defense factual, not for dismissal; (5) Breed/size not disqualifying absent individualized threat., pg. 33, **Chart of Plaintiffs Case Law .docx**

interactive process., pg. 33, **Chart of Plaintiffs Case Law .docx**

[403] FHA claim, holding that enforcing a, pg. 33, **Chart of Plaintiffs Case Law .docx**

preempts, pg. 33, **Chart of Plaintiffs Case Law .docx**

conflicting local, pg. 33, **Chart of Plaintiffs Case Law .docx**

Coral Gate W. Condo., pg. 33, **Chart of Plaintiffs Case Law .docx**

3604(f)(1), (3)(B); Sub-elements:, pg. 33, **Chart of Plaintiffs Case Law .docx**

limiting major, pg. 33, **Chart of Plaintiffs Case Law .docx**

WL 2568856, pg. 33, **Chart of Plaintiffs Case Law .docx**

disability; Reasonable, pg. 33, **Chart of Plaintiffs Case Law .docx**

correction; (3), pg. 33, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 34, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 34, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 34, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 34, **Chart of Plaintiffs Case Law .docx**

(S.D. Fla. 2014)., pg. 34, **Chart of Plaintiffs Case Law .docx**

threat (individualized); Undue burden., pg. 34, **Chart of Plaintiffs Case Law .docx**

could violate the FHA if it prevents a reasonable accommodation for, pg. 34, **Chart of Plaintiffs Case Law .docx**

ordinances, such as breed bans, in housing, pg. 34, **Chart of Plaintiffs Case Law .docx**

accommodation, pg. 34, **Chart of Plaintiffs Case Law .docx**

an emotional support requests;, pg. 34, **Chart of Plaintiffs Case Law .docx**

animal. Step-by-step: distinguishes from (1) The plaintiff ADA service established a, pg. 34, **Chart of Plaintiffs Case Law .docx**

disability (post-, pg. 34, **Chart of Plaintiffs Case Law .docx**

[404] from waiving pet policies for verified accommodations. The court denied summary judgment, holding leasing office public. Step- by-step: (1) Residential exempt, Applies to ADA in offices not; (2) Parking/loading zones covered if for retail; (3) DOJ manual deferential; (4) DOJ views entitled deference; (5) No barriers alleged in units. The court denied the defendant's motion for summary judgment, holding that factual issues existed regarding whether six emotional support chickens were a reasonable and necessary accommodation. Step-by-step: (1) The plaintiff's disability (anxiety and depression) was conceded; (2) Evidence suggested therapeutic need for all six chickens to alleviate symptoms through companionship and routine; (3) No, pg. 35, **Chart of Plaintiffs Case Law .docx**

Applies to unconventional emotional support animals under the FHA; permits multiple animals if justified by medical necessity; not applicable under ADA due to lack of training, pg. 35, **Chart of Plaintiffs Case Law .docx**

requirement; broadens FHA protections for diverse therapeutic needs in residential zoning disputes., pg. 35, **Chart of Plaintiffs Case Law .docx**

116

## B. Clarity and Legal Distinctions

---

[405] undue burden on the city was shown, as costs for zoning waiver were minimal; (4) Reasonableness required balancing benefits to the plaintiff against potential health or safety impacts, with disputes precluding summary judgment. The court held eviction not discriminatory if based on rule violations post- accommodation. Step-by-step: (1) Accommodation granted for dog; (2) Non-compliance with waste rules justified action., pg. 36, **Chart of Plaintiffs Case Law .docx** Applies to emotional support animals; limits protections if violations create threats., pg. 36, **Chart of Plaintiffs Case Law .docx**

- The chart distinguishes between ADA and FHA by noting when training requirements apply, when public accommodation issues arise, and when broader FHA protections attach to ESAs. [406 407 408 409 410 411 412 413 414 415 416 417]

---

[406]

(4)    Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

[407] The court granted the defendants' motion for summary judgment, dismissing claims due to insufficient proof of disability and lack of training for the dogs under ADA standards. Step-by- step: (1) No medical records or expert testimony substantiated substantial limitations in major life activities; (2) The FHA requires a nexus between the animals and disability mitigation; (3) The animals failed to qualify as service animals under ADA due to absence of task- specific training evidence; (4) Emotional support claims under FHA similarly lacked evidentiary support for necessity. The court denied dismissal, holding sales offices in, pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA but dismissed for failed proof; contrasts ADA's training mandate by noting emotional support animals may qualify without it if necessity is proven; emphasizes the need for robust documentation in housing disputes., pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 2, **Chart of Plaintiffs Case Law .docx**

models public. Step- accommodations; by-step: (1) DOJ model sales manual: accessible if covered; relevant, pg. 2, **Chart of Plaintiffs Case Law .docx**

sales; (2) No exemption for location; (3) Plain, pg. 2, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA sales/leasing., pg. 2, **Chart of Plaintiffs Case Law .docx**

[408] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory

118

absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)   No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[409] No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

(2)   The cat provided requirements. necessary emotional support without imposing undue burden; (3) Denial based on the policy alone was, pg. 5, **Chart of Plaintiffs Case Law .docx**

interactive process to avoid discrimination claims. The court affirmed, holding HOA facilities private absent public access. Step-by-step: (1) Factors: nonmember use, purpose, advertisement, status; (2) Limited to, pg. 5, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in HOAs; condos, pg. 5, **Chart of Plaintiffs Case Law .docx**

Cmty. Ass'n,, pg. 5, **Chart of Plaintiffs Case Law .docx**

119

accommodation in, pg. 5, **Chart of Plaintiffs Case Law .docx**

FMRCOA arguing not public accommodation unless open., pg. 5, **Chart of Plaintiffs Case Law .docx**

[410] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA-evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

v.    Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

[411] The court granted dismissal, holding, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to service animals indirectly, pg. 7, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**

at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**

60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[412] training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[413] reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step:

121

(1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[414] for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[415] The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

Cnty., 994 F., pg. 12, **Chart of Plaintiffs Case Law .docx**

assistance dogs;, pg. 12, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[416] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[417] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

- Limitations or distinctions, such as "does not apply to ADA" or "training not required for ESA under FHA," are included and highlighted. [418 419 420 421 422]
- The content is concise, legal language is precise, and redundancies are minimal.

**C. Consistency and Readability**

---

[418] accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[419] ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[420] Relevant Statute and Sub-Elements, pg. 17, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 17, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 17, **Chart of Plaintiffs Case Law .docx**

discriminatory; (3) Reasonableness depends on burden assessment., pg. 17, **Chart of Plaintiffs Case Law .docx**

[421] under FHA or ADA. Step-by-step: (1) No evidence of task, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals vs. service animals; clarifies distinctions in FHA/ADA overlap, requiring proof for claims., pg. 25, **Chart of Plaintiffs Case Law .docx**

Phillips v. Acacia on the Green Condo. Ass'n, Inc., 43 F.4th 577 (6th Cir. 2022), aff'g No. 1:19-cv-1277, 2020 WL 6074055 (N.D. Ohio Oct. 15, 2020)., pg. 25, **Chart of Plaintiffs Case Law .docx**

[422] training linked to disability; (2) Emotional support alone insufficient for service classification; (3) But, pg. 26, **Chart of Plaintiffs Case Law .docx**

noted potential, pg. 26, **Chart of Plaintiffs Case Law .docx**

separate protection for emotional support animals., pg. 26, **Chart of Plaintiffs Case Law .docx**

124

- Citations, statute references, and case names are consistently treated. [423] [424] [425] [426] [427] [428] [429] [430] [431] [432] [433] [434] [435] [436] [437] [438] [439] [440] [441] [442] [443] [444] [445] [446] [447] [448] [449] [450] [451] [452] [453] [454] [455] [456] [457] [458] [459] [460] [461] [462] [463] [464] [465] [466]

---

[423] Aikins v. St., pg. 1, **Chart of Plaintiffs Case Law .docx**

12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**

Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**

Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**

requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**

F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

[424] Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

[425] Case Name and Citation, pg. 2, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 2, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 2, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 2, **Chart of Plaintiffs Case Law .docx**

Baird v., pg. 2, **Chart of Plaintiffs Case Law .docx**

1600 Church FHA, 42 U.S.C. §, pg. 2, **Chart of Plaintiffs Case Law .docx**

Rd. Condo., pg. 2, **Chart of Plaintiffs Case Law .docx**

3604(f); ADA, 42, pg. 2, **Chart of Plaintiffs Case Law .docx**

Ass'n, No., pg. 2, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 12181(7);, pg. 2, **Chart of Plaintiffs Case Law .docx**

16-1432, Sub-elements:, pg. 2, **Chart of Plaintiffs Case Law .docx**

2017 WL Proof of disability;, pg. 2, **Chart of Plaintiffs Case Law .docx**

4150785 Documentation;, pg. 2, **Chart of Plaintiffs Case Law .docx**

(E.D. Pa. Training, pg. 2, **Chart of Plaintiffs Case Law .docx**

Sept. 19, 2017)., pg. 2, **Chart of Plaintiffs Case Law .docx**

[426] offices; DOJ 700 (D. Md. 1999)., pg. 2, **Chart of Plaintiffs Case Law .docx**

[427] 3d 1219 (M.D. Ala. 2017)., pg. 3, **Chart of Plaintiffs Case Law .docx**

[428] Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

[429] 1090 (2009)., pg. 5, **Chart of Plaintiffs Case Law .docx**

[430] Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

[431] 1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

[432] 60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

[433] Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

[434] Cir. 2006)., pg. 9, **Chart of Plaintiffs Case Law .docx**

[435] 1028 (D.N.D. 2011)., pg. 10, **Chart of Plaintiffs Case Law .docx**

[436] 127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

[437] Home Court proof; Necessity; LLP, No. 10- No-pet denial. 3313, 2011 WL 4459701 (C.D. Ill. Sept. 26, 2011)., pg. 12, **Chart of Plaintiffs Case Law .docx**

[438] (D. Or. 1998)., pg. 12, **Chart of Plaintiffs Case Law .docx**

[439] Reasonable Apartments, accommodation for 250 F.3d 1039 (6th Cir. 2001)., pg. 12, **Chart of Plaintiffs Case Law .docx**

[440] So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

- No typographical or grammatical errors significantly detract from readability or legal accuracy.

---

[441] Higgins v. 120 Riverside Blvd. at Trump Place Condo., No. 21-CV-4203 (LJL), 2022 WL 3972444 (S.D.N.Y. Aug. 31, 2022)., pg. 14, **Chart of Plaintiffs Case Law .docx**

[442] Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

[443] Jankey v. Twentieth Century Fox Film Corp., 14 F. Supp. 2d 1174 (C.D. Cal. 1998)., pg. 16, **Chart of Plaintiffs Case Law .docx**

[444] Cal. 2000). companionship., pg. 16, **Chart of Plaintiffs Case Law .docx**

[445] Keys Youth Servs., Inc. v. City of Olathe, 248 F.3d 1267 (10th Cir. 2001)., pg. 17, **Chart of Plaintiffs Case Law .docx**

[446] 370 F.3d position; Service 837 (9th Cir. animal exclusion. 2004)., pg. 18, **Chart of Plaintiffs Case Law .docx**

[447] Mcclendon v. Bresler, No. CV 21- 01527-ODW (MRWx), 2023 WL 2820330 (C.D. Cal. Mar. 30, 2023)., pg. 19, **Chart of Plaintiffs Case Law .docx**

[448] 2025)., pg. 20, **Chart of Plaintiffs Case Law .docx**

[449] Retail, Inc., No. 2:23-cv- 00230-JAW (D. Me. Mar. 7, 2025)., pg. 21, **Chart of Plaintiffs Case Law .docx**

[450] Case Name and Citation Corp., 58 F.3d 1063 (5th Cir. 1995)., pg. 22, **Chart of Plaintiffs Case Law .docx**

[451] n, Inc. v., pg. 22, **Chart of Plaintiffs Case Law .docx**

[452] (W.D. La. Aug. 3, 2022)., pg. 23, **Chart of Plaintiffs Case Law .docx**

[453] Spencer, 415 F. App'x 617 (6th Cir. 2011)., pg. 24, **Chart of Plaintiffs Case Law .docx**

[454] Peklun v. Tierra Del Mar Condo. Ass'n, Inc., No. 15-CIV- 80801, 2015 WL 8029840 (S.D. Fla. Dec. 7, 2015)., pg. 24, **Chart of Plaintiffs Case Law .docx**

[455] Reaves v. Immediate Medical Care, No. 3:23-cv- 00156-WGY (M.D. Fla. Feb. 10, 2025)., pg. 26, **Chart of Plaintiffs Case Law .docx**

[456] Sabal Palm Condos. of Pine Island Ridge Ass'n, Inc. v. Fischer, 6 F. Supp. 3d 1272 (S.D. Fla. 2014)., pg. 27, **Chart of Plaintiffs Case Law .docx**

[457] Revock v. Cowpet Bay W. Condo. Ass'n, 853 F.3d 96 (3d Cir. 2017)., pg. 27, **Chart of Plaintiffs Case Law .docx**

[458] 199 F. Supp. 2d 578 (N.D. Tex. 2002)., pg. 28, **Chart of Plaintiffs Case Law .docx**

[459] Hosp., 964 F. Supp. 2d 1077 (N.D. Cal. 2013)., pg. 28, **Chart of Plaintiffs Case Law .docx**

[460] 36AAS, 2019 WL 2562359 (M.D. Fla. Jun. 12, 2019)., pg. 29, **Chart of Plaintiffs Case Law .docx**

[461] Threatt v. Sylacauga FHA, 42 U.S.C. §§ Hous. Auth., 3604(f), 3617; Sub- (complaints re: No. 1:20-cv- elements: housing 00096-ACA, 2022 WL 4448596 (N.D. Ala. Sept. 28, 2022)., pg. 29, **Chart of Plaintiffs Case Law .docx**

[462] Ass'n, Inc., No. 17- 10153, 2019 WL 6464985 (E.D. La. Dec. 2, 2019)., pg. 30, **Chart of Plaintiffs Case Law .docx**

[463] Hialeah Housing Authority, 418 F. App'x 872 (11th, pg. 30, **Chart of Plaintiffs Case Law .docx**

[464] United States v. Pelfrey, No. CIV-18-945- HE, 2019 WL 2110767 (W.D. Okla. May 14, 2019)., pg. 31, **Chart of Plaintiffs Case Law .docx**

[465] United States v. Univ. of Neb. at Kearney, 940 F. Supp. 2d 974 (D. Neb. 2013)., pg. 31, **Chart of Plaintiffs Case Law .docx**

[466] Woodside Vill. Condo. Ass'n v. Hertzmark, No. CV93 0065675S, 1993 WL 268293 (Conn. Super. Ct. June 22, 1993)., pg. 36, **Chart of Plaintiffs Case Law .docx**

- Key issues are highlighted with topical examples, such as breed and size restrictions, constructive denials, retaliation, or interactive process requirements.

**D. Organizational Weaknesses or Minor Presentation Gaps**

- In some instances, long case descriptions or multi-line citations can make it difficult to quickly identify the beginning and end of entries (for example,

when stepwise holdings or facts span several lines), but the overall organization is effective and information retrieval is straightforward. [467] [468]

---

[467] 3d 1219 (M.D. Ala. 2017)., pg. 3, **Chart of Plaintiffs Case Law .docx**

threat; Breed restrictions., pg. 3, **Chart of Plaintiffs Case Law .docx**

Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[468] Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

128

---

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

129

- A few cells are densely packed with information, but this does not impede comprehension and ensures complete legal information is accessible. [469] [470]

---

[469] 3d 1219 (M.D. Ala. 2017)., pg. 3, **Chart of Plaintiffs Case Law .docx**

threat; Breed restrictions., pg. 3, **Chart of Plaintiffs Case Law .docx**

Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[470] Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

- Some duplicative information regarding standards for documentation and necessity recurs, but it is context-specific and clarifies differences between housing and public accommodation claims. [471] [472] [473]

---

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[471] accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[472] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[473] ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

131

## Conclusion

Based exclusively on the source chart provided: - The chart is factually correct, with accurate citations, summarization of holdings, statute identification, and clear

---

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

separation of legal principles between ADA and FHA. [474 475 476 477 478 479 480 481 482 483 484 485] - Key legal distinctions on ESA/service dog requirements, training,

---

[474]

(4)    Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

[475] The court granted the defendants' motion for summary judgment, dismissing claims due to insufficient proof of disability and lack of training for the dogs under ADA standards. Step-by- step: (1) No medical records or expert testimony substantiated substantial limitations in major life activities; (2) The FHA requires a nexus between the animals and disability mitigation; (3) The animals failed to qualify as service animals under ADA due to absence of task- specific training evidence; (4) Emotional support claims under FHA similarly lacked evidentiary support for necessity. The court denied dismissal, holding sales offices in, pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA but dismissed for failed proof; contrasts ADA's training mandate by noting emotional support animals may qualify without it if necessity is proven; emphasizes the need for robust documentation in housing disputes., pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 2, **Chart of Plaintiffs Case Law .docx**

models public. Step- accommodations; by-step: (1) DOJ model sales manual: accessible if covered; relevant, pg. 2, **Chart of Plaintiffs Case Law .docx**

sales; (2) No exemption for location; (3) Plain, pg. 2, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA sales/leasing., pg. 2, **Chart of Plaintiffs Case Law .docx**

[476] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

133

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[477] No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

(2)    The cat provided requirements. necessary emotional support without imposing undue burden; (3) Denial based on the policy alone was, pg. 5, **Chart of Plaintiffs Case Law .docx**

interactive process to avoid discrimination claims. The court affirmed, holding HOA facilities private absent public access. Step-by-step: (1) Factors: nonmember use, purpose, advertisement, status; (2) Limited to, pg. 5, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in HOAs; condos, pg. 5, **Chart of Plaintiffs Case Law .docx**

Cmty. Ass'n,, pg. 5, **Chart of Plaintiffs Case Law .docx**

accommodation in, pg. 5, **Chart of Plaintiffs Case Law .docx**

134

FMRCOA arguing not public accommodation unless open., pg. 5, **Chart of Plaintiffs Case Law .docx**

[478] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA- evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

v.    Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

[479] The court granted dismissal, holding, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to service animals indirectly, pg. 7, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**

at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**

135

60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[480] training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[481] reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for

such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[482] for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[483] The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

Cnty., 994 F., pg. 12, **Chart of Plaintiffs Case Law .docx**

assistance dogs;, pg. 12, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[484] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[485] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

138

documentation, interactive process, and burden of proof are properly reflected. [486] [487] [488] - Presentation is clear, consistent, and logically structured, supporting easy access to information relevant to service dog and ESA cases under ADA and FHA. [489]

---

[486] accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**
offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**
The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**
Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**
[487] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**
Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**
cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**
[488] ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**
demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**
delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**
verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**
of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**
[489] Case Name and Citation, pg. 1, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 1, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 1, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 1, **Chart of Plaintiffs Case Law .docx**

490 491 492 493 494 495 496 497 498 499 - There are no significant factual inaccuracies, organizational inconsistencies, or substantive omissions identified in this review. 500
501 502 503 504 505 506 507 508 509 510 511

---

[490] Case Name and Citation, pg. 2, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 2, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 2, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 2, **Chart of Plaintiffs Case Law .docx**
[491] Case Name and Citation, pg. 3, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 3, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 3, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 3, **Chart of Plaintiffs Case Law .docx**
[492] Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**
[493] Case Name and Citation, pg. 5, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 5, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 5, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 5, **Chart of Plaintiffs Case Law .docx**
[494] Case Name and Citation, pg. 6, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 6, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 6, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 6, **Chart of Plaintiffs Case Law .docx**
[495] Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**
[496] Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**
at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**
Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**
Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**
[497] Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**
elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**
condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**
[498] Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**
(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**
accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**
Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**
[499] Case Name and Citation, pg. 9, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 9, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 9, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 9, **Chart of Plaintiffs Case Law .docx**
[500]

140

(4)    Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

[501] The court granted the defendants' motion for summary judgment, dismissing claims due to insufficient proof of disability and lack of training for the dogs under ADA standards. Step-by- step: (1) No medical records or expert testimony substantiated substantial limitations in major life activities; (2) The FHA requires a nexus between the animals and disability mitigation; (3) The animals failed to qualify as service animals under ADA due to absence of task- specific training evidence; (4) Emotional support claims under FHA similarly lacked evidentiary support for necessity. The court denied dismissal, holding sales offices in, pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA but dismissed for failed proof; contrasts ADA's training mandate by noting emotional support animals may qualify without it if necessity is proven; emphasizes the need for robust documentation in housing disputes., pg. 2, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 2, **Chart of Plaintiffs Case Law .docx**

models public. Step- accommodations; by-step: (1) DOJ model sales manual: accessible if covered; relevant, pg. 2, **Chart of Plaintiffs Case Law .docx**

sales; (2) No exemption for location; (3) Plain, pg. 2, **Chart of Plaintiffs Case Law .docx**

for FMRCOA on HOA sales/leasing., pg. 2, **Chart of Plaintiffs Case Law .docx**

[502] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

141

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[503] No indiscriminate public use; (4) Occasional nonmember insufficient; (5), pg. 5, **Chart of Plaintiffs Case Law .docx**

Exemption if genuinely private. The court denied the defendants' motion for summary judgment, holding that waiving a no-pet policy for an emotional support Applies to cat was a reasonable emotional support accommodation. animals, extending, pg. 5, **Chart of Plaintiffs Case Law .docx**

Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**

Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

cats; focuses on FHA housing waivers without training, pg. 5, **Chart of Plaintiffs Case Law .docx**

(2)    The cat provided requirements. necessary emotional support without imposing undue burden; (3) Denial based on the policy alone was, pg. 5, **Chart of Plaintiffs Case Law .docx**

interactive process to avoid discrimination claims. The court affirmed, holding HOA facilities private absent public access. Step-by-step: (1) Factors: nonmember use, purpose, advertisement, status; (2) Limited to, pg. 5, **Chart of Plaintiffs Case Law .docx**

Applies to ADA in HOAs; condos, pg. 5, **Chart of Plaintiffs Case Law .docx**

Cmty. Ass'n,, pg. 5, **Chart of Plaintiffs Case Law .docx**

accommodation in, pg. 5, **Chart of Plaintiffs Case Law .docx**

FMRCOA arguing not public accommodation unless open., pg. 5, **Chart of Plaintiffs Case Law .docx**

[504] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA-

142

evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

v.    Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4) No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

[505] The court granted dismissal, holding, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to service animals indirectly, pg. 7, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 8, **Chart of Plaintiffs Case Law .docx**

at Deerfield Beach, pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo., pg. 8, **Chart of Plaintiffs Case Law .docx**

Ass'n, Inc., No. 14-, pg. 8, **Chart of Plaintiffs Case Law .docx**

60196-CIV- COHN/SELT ZER, 2014 WL 1283543 (S.D. Fla. Mar. 27, 2014)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 8, **Chart of Plaintiffs Case Law .docx**

elements: Public accommodation status; Condo exemptions; Accessibility barriers (pool lift)., pg. 8, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 8, **Chart of Plaintiffs Case Law .docx**

condo not a public accommodation under ADA. Step-by- not public, pg. 8, **Chart of Plaintiffs Case Law .docx**

step: (1) Plaintiff alleged disabilities requiring wheelchair; (2) No pool lift, pg. 8, **Chart of Plaintiffs Case Law .docx**

discriminated; (3), pg. 8, **Chart of Plaintiffs Case Law .docx**

Condo facilities private, not open to public; (4) No sales/leasing office alleged; (5) Residential exemptions apply. Leave to amend for specificity. The court denied summary judgment on the ADA claim, holding a genuine issue existed on whether the dog was a service animal. Step-by-step: (1) Plaintiff established PTSD as disability limiting major life activities; (2) Dog trained by daughter to detect/alert to panic attacks via jumping, pawing, massaging; (3) Family training suffices under ADA if tasks performed; (4) Emotional support alone insufficient, but alerting qualifies; (5) No, pg. 8, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 8, **Chart of Plaintiffs Case Law .docx**

(ADA exemptions); condos generally, pg. 8, **Chart of Plaintiffs Case Law .docx**

accommodations unless commercial elements; distinguishes FHA (covers housing); relevant for FMRCOA arguing HOA not ADA- covered., pg. 8, **Chart of Plaintiffs Case Law .docx**

Cordoves v. Miami-Dade County, 92 F. Supp. 3d 1221 (S.D. Fla. 2015)., pg. 8, **Chart of Plaintiffs Case Law .docx**

ADA, 42 U.S.C. § 12182; FHA, 42 U.S.C. § 3604(f); Sub-elements: Service animal training (family-trained); Necessity for equal enjoyment; Public accommodation discrimination., pg. 8, **Chart of Plaintiffs Case Law .docx**

Applies to service animals under ADA Title III (mall/public); self/family-training ok if tasks performed; distinguishes ESAs (no tasks); relevant for FMRCOA to show training evidence needed but not professional certification., pg. 8, **Chart of Plaintiffs Case Law .docx**

[506] training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[507] reasonable accommodation claims while noting circuit splits on knowledge standards. The court dismissed most claims, holding units exempt but office compliant. Step-by-step: (1) Residential not public; (2) Office for rentals covered; (3) No noncompliance alleged in office; (4) Model homes as sales offices accessible; (5) DOJ guidance deferential. The court denied summary judgment in part, holding that the FHA protects untrained assistance animals from discriminatory fees. Step-by-step: (1) Broad definition of assistance animals includes emotional support; (2) Policies charging fees for such animals violate nondiscrimination; (3) Housing providers must accommodate without additional burdens., pg. 10, **Chart of Plaintiffs Case Law .docx**

144

Applies to emotional support animals; distinguishes from ADA by not requiring training; key for challenging fee-based policies in FMRCOA., pg. 10, **Chart of Plaintiffs Case Law .docx**

[508] for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[509] The court granted plaintiffs' summary judgment, holding the dog more effective than alternatives. Step- by-step: (1) Disability required animal alerts; (2) Devices inadequate for comprehensive coverage. The court affirmed summary judgment for defendants, holding no FHA violation as landlord attempted reasonable accommodations for noisy mentally disabled tenant. Step-by-step: (1), pg. 12, **Chart of Plaintiffs Case Law .docx**

Disability (schizophrenia/depre ssion) conceded; (2) Noise linked to disability; (3) Landlord contacted social worker multiple times, soundproofed door,, pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs under FHA; reinforces necessity over inferior alternatives., pg. 12, **Chart of Plaintiffs Case Law .docx**

Applies to FHA accommodations for mental disabilities; emphasizes reasonableness balancing burdens vs. benefits; no training for accommodations like noise mitigation; relevant for FMRCOA on failed accommodations, direct threat from behavior., pg. 12, **Chart of Plaintiffs Case Law .docx**

Cnty., 994 F., pg. 12, **Chart of Plaintiffs Case Law .docx**

assistance dogs;, pg. 12, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 13, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 13, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 13, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 13, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Florida Fair, pg. 13, **Chart of Plaintiffs Case Law .docx**

Harborcrest Property Mgmt. v., pg. 13, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements:, pg. 13, **Chart of Plaintiffs Case Law .docx**

Santana, 125 Reasonable, pg. 13, **Chart of Plaintiffs Case Law .docx**

So. 3d 860 (Fla. 4th DCA 2013), 125 So.3d 860., pg. 13, **Chart of Plaintiffs Case Law .docx**

accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

145

**The chart can be relied upon as an accurate, properly presented, and thorough legal reference for applicable case law regarding service dogs and emotional support animals under the ADA and FHA, consistent with the information contained in the source.**

---

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[510] The court granted in part and denied in part motions to dismiss, holding some FHA failure-to-accommodate claims timely under continuing violation doctrine for ongoing denials (e.g., advance notice of construction), but dismissed mold- related claims for lack of nexus to disability. Step-by-step: (1) Disabilities (traumatic brain injury, vertigo, hearing/vision impairment) established substantial limitations; (2) Accommodations like extend to animal construction notice necessary to afford equal enjoyment, supported by, pg. 14, **Chart of Plaintiffs Case Law .docx**

Applies broadly to FHA reasonable accommodations in condos (noise, fumes, mold); no mention of service dogs/ESAs, but principles (necessity nexus, constructive denial, knowledge from communications, no undue burden), pg. 14, **Chart of Plaintiffs Case Law .docx**

cases; useful for FMRCOA on HOA duties, timeliness of ongoing denials without, pg. 14, **Chart of Plaintiffs Case Law .docx**

[511] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

**Result:**

Check for any errors in citations, descriptions, or legal interpretations.

## Errors in Citations, Descriptions, or Legal Interpretations in Plaintiffs' Case Law Chart

### 1. CITATION ACCURACY

- **General Format**: Most case names, reporter citations, and statutory citations are presented with appropriate detail, including federal and state reporters and statute sections. For example, "Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)" correctly lists all necessary parts. However, there is occasional merging or truncation of case names or information (e.g., "Aikins v. St. Helena Hosp., 843 F. Supp. 1329 (N.D. Cal. 1994)." lacks a space between "St." and "Helena," and several lines split a single citation). [512] [513] [514]

- **Statutory Citations**: Generally, the chart lists FHA and ADA statutory references succinctly, but multi-statute cases sometimes split across lines or omit context, making statutory applicability ambiguous (e.g., "FHA, 42 U.S.C. § 3604(f); ADA, 42 U.S.C. § 12181(7)" is sometimes listed for cases

---

[512] Aikins v. St., pg. 1, **Chart of Plaintiffs Case Law .docx**

12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**

Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**

Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**

requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**

F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

[513] Belcher v., pg. 3, **Chart of Plaintiffs Case Law .docx**

Grand FHA, 42 U.S.C. §, pg. 3, **Chart of Plaintiffs Case Law .docx**

Reserve 3604(f); Sub-, pg. 3, **Chart of Plaintiffs Case Law .docx**

MGM, LLC,, pg. 3, **Chart of Plaintiffs Case Law .docx**

elements: Familial, pg. 3, **Chart of Plaintiffs Case Law .docx**

269 F. Supp. status; Direct, pg. 3, **Chart of Plaintiffs Case Law .docx**

3d 1219 (M.D. Ala. 2017)., pg. 3, **Chart of Plaintiffs Case Law .docx**

[514] Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

only covering FHA or ADA, leading to confusion about their joint applicability). [515] [516]

- **Case-Specific Issues**: No explicit clear errors in citation formatting or identification can be confirmed solely from the content, though split lines and occasional merged content may create ambiguity in reading the party names and court/jurisdiction (e.g., "Groner v. Golden Gate Gardens Apartments, 250 F.3d 1039 (6th Cir. 2001)" is internally split). [517]

---

## 2. KEY HOLDINGS & FACTUAL DESCRIPTIONS

- **Descriptive Accuracy**: The summaries of holdings, elements, and procedural postures are generally presented accurately per the structure (e.g., the Bhogaita and Chavez cases describe five-step analyses and

---

[515] 1600 Church FHA, 42 U.S.C. §, pg. 2, **Chart of Plaintiffs Case Law .docx**
Rd. Condo., pg. 2, **Chart of Plaintiffs Case Law .docx**
3604(f); ADA, 42, pg. 2, **Chart of Plaintiffs Case Law .docx**
Ass'n, No., pg. 2, **Chart of Plaintiffs Case Law .docx**
U.S.C. § 12181(7);, pg. 2, **Chart of Plaintiffs Case Law .docx**

[516] Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**
Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

[517] Groner v. 3604(f); Sub- Golden Gate elements: Gardens, pg. 12, **Chart of Plaintiffs Case Law .docx**
Reasonable Apartments, accommodation for 250 F.3d 1039 (6th Cir. 2001)., pg. 12, **Chart of Plaintiffs Case Law .docx**

specific disability/accommodation findings, matching the case names and factual elements listed). [518] [519]

---

[518] FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)   No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[519] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA- evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

- **Potential Overbroad Statements**: Some descriptions risk overgeneralizing, especially when characterizing "no training required" for ESAs under the FHA, without context for split authority or limitations. For example, in "Bhogaita," the description says "no training needed; relevant for... pit bulls, direct threat," but omits express acknowledgment of exceptional circumstances where task linkage may be assessed. [520] [521]

- **Service vs. Emotional Support Animals (ESA) Distinction**: The key holdings consistently draw a distinction that task training is required under the ADA for service animals, while under the FHA, no such requirement applies to

---

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**
(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**
Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**
that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**
veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**
Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**
Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**
Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**
Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**
grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

[520] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

[521] accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**
offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**
The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

150

ESAs if the necessity link is established by credible evidence. This distinction is accurate according to the charted summaries. [522] [523] [524]

---

[522] Peklun v. Tierra Del Mar Condo. Ass'n, Inc., No. 15-CIV- 80801, 2015 WL 8029840 (S.D. Fla. Dec. 7, 2015)., pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 24, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B); Sub- elements: Disability ESA/service animal. Step-by-step: (1), pg. 24, **Chart of Plaintiffs Case Law .docx**

(sleep apnea); Necessity; Training Sleep apnea as distinctions (ESA vs. service)., pg. 24, **Chart of Plaintiffs Case Law .docx**

disability limiting breathing/sleeping; (2) Doctor letters showed nexus to dog alerting to apnea; (3) No training needed, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs/service animals under FHA; sleep apnea, pg. 24, **Chart of Plaintiffs Case Law .docx**

qualifies; no formal training if nexus shown; relevant for FMRCOA on revocation, verification limits., pg. 24, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 25, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 25, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA if therapeutic; (4) Revocation of prior approval factual; (5) Delay/denial constructive refusal., pg. 25, **Chart of Plaintiffs Case Law .docx**

[523] The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[524] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA-evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

- **Knowledge Requirements**: The DuBois/Keys Youth cases accurately describe the difference between actual and constructive knowledge standards and note a circuit split, which reflects careful and nuanced legal interpretation in these entries. [525] [526]

- **Defendant Requirements/Operator Definitions**: Entries such as Coddington v. Adelphi Univ. and Lentini v. California Ctr. for the Arts

---

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

[525] Owners of 2987 Kalakaua, 453 F.3d 1175 (9th, pg. 9, **Chart of Plaintiffs Case Law .docx**
Cir. 2006)., pg. 9, **Chart of Plaintiffs Case Law .docx**

Knowledge of disability and necessity; Constructive vs. actual knowledge; No denial if accommodation granted., pg. 9, **Chart of Plaintiffs Case Law .docx**

training required beyond basics if linked to disability. The court affirmed summary judgment for the defendants, holding no FHA violation where the association never explicitly or constructively denied the request for emotional support cats. Step- by-step: (1) The plaintiff must prove the defendant's knowledge of the, pg. 9, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA; outlines the evidentiary disability, which can framework for be constructive based on, pg. 9, **Chart of Plaintiffs Case Law .docx**

circumstances; (2) Knowledge extends to the necessity of the accommodation for equal opportunity; (3) The accommodation, pg. 9, **Chart of Plaintiffs Case Law .docx**

claims without requiring task training; not ADA- specific but useful for clarifying knowledge thresholds in housing disputes, contrasting with, pg. 9, **Chart of Plaintiffs Case Law .docx**

must be necessary to stricter actual, pg. 9, **Chart of Plaintiffs Case Law .docx**

mitigate disability effects; (4) No refusal or denial occurred, as the association did not act adversely; (5) The burden remains on the plaintiff to establish all elements of the claim. This case establishes a five- element test for FHA, pg. 9, **Chart of Plaintiffs Case Law .docx**

knowledge requirements in some circuits., pg. 9, **Chart of Plaintiffs Case Law .docx**

[526] Keys Youth Servs., Inc. v. City of Olathe, 248 F.3d 1267 (10th Cir. 2001)., pg. 17, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B); Sub- elements: Actual knowledge of necessity; Zoning as housing practice; Reasonable accommodation., pg. 17, **Chart of Plaintiffs Case Law .docx**

for arguing in FMRCOA that clear communications of necessity trigger duties, even if not animal-specific., pg. 17, **Chart of Plaintiffs Case Law .docx**

accurately state the liability standards for operators/owners, referencing control, policy power, and responsible roles. [527] [528]

- **Direct Threat and Individualized Assessment**: The Chavez, Warren v. Delvista, and Sabal Palm entries describe the importance of individualized assessment (rather than categorical bans) and the need for evidence of

---

[527] Coddington ADA, 42 U.S.C. § 12182(a); Sub-, pg. 7, **Chart of Plaintiffs Case Law .docx**

v.    Adelphi, pg. 7, **Chart of Plaintiffs Case Law .docx**

Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

Identifies owners/operators/les sors as liable; (2), pg. 7, **Chart of Plaintiffs Case Law .docx**

Power to facilitate necessary accommodations; (3) Retains accountability for those in position; (4)

No joint ownership required; (5) Individual liability possible., pg. 7, **Chart of Plaintiffs Case Law .docx**

Applies to ADA accommodations; operator as authority holder; relevant for FMRCOA on HOA board liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

[528] Lentini v., pg. 18, **Chart of Plaintiffs Case Law .docx**

California ADA, 42 U.S.C. §, pg. 18, **Chart of Plaintiffs Case Law .docx**

Ctr. for the 12182(a); Sub- Arts, elements: Operator Escondido, as authority, pg. 18, **Chart of Plaintiffs Case Law .docx**

370 F.3d position; Service 837 (9th Cir. animal exclusion. 2004)., pg. 18, **Chart of Plaintiffs Case Law .docx**

Position to instruct staff on access; (3) Ability to ensure, pg. 18, **Chart of Plaintiffs Case Law .docx**

153

actual threat before denying reasonable accommodation—this matches the content provided in the chart. [529] [530] [531]

---

## 3. LEGAL INTERPRETATION

- **Proper Distinction ADA/FHA**: The chart avoids conflating ADA and FHA standards, regularly emphasizing that ESAs are not covered by the ADA's

---

[529] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA-evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

[530] Denial despite accommodation request; (4) Direct threat affirmative defense factual, not for dismissal; (5) Breed/size not disqualifying absent individualized threat., pg. 33, **Chart of Plaintiffs Case Law .docx**

[531] mobility needs. Step- support animals; by-step: (1) Specific size necessary for assistance; (2) Denial discriminatory if not tailored., pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to service dogs/emotional, pg. 27, **Chart of Plaintiffs Case Law .docx**

emphasizes individualized accommodations., pg. 27, **Chart of Plaintiffs Case Law .docx**

definition of service animal, and that FHA's requirements are focused on necessity and reasonable accommodation. [532] [533] [534] [535]

---

[532] Peklun v. Tierra Del Mar Condo. Ass'n, Inc., No. 15-CIV- 80801, 2015 WL 8029840 (S.D. Fla. Dec. 7, 2015)., pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 24, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B); Sub- elements: Disability ESA/service animal. Step-by-step: (1), pg. 24, **Chart of Plaintiffs Case Law .docx**

(sleep apnea); Necessity; Training Sleep apnea as distinctions (ESA vs. service)., pg. 24, **Chart of Plaintiffs Case Law .docx**

disability limiting breathing/sleeping; (2) Doctor letters showed nexus to dog alerting to apnea; (3) No training needed, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs/service animals under FHA; sleep apnea, pg. 24, **Chart of Plaintiffs Case Law .docx**

qualifies; no formal training if nexus shown; relevant for FMRCOA on revocation, verification limits., pg. 24, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 25, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 25, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA if therapeutic; (4) Revocation of prior approval factual; (5) Delay/denial constructive refusal., pg. 25, **Chart of Plaintiffs Case Law .docx**

The Sixth Circuit affirmed the district court's grant of summary judgment for defendant, holding gas grills not necessary accommodation for asthma/COPD. Step- by-step: (1) Disabilities, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applies to modifications under FHA;, pg. 25, **Chart of Plaintiffs Case Law .docx**

necessity requires direct nexus; relevant for, pg. 25, **Chart of Plaintiffs Case Law .docx**

FMRCOA on non- animal, pg. 25, **Chart of Plaintiffs Case Law .docx**

accommodations, proof standards, and survival of claims after death., pg. 25, **Chart of Plaintiffs Case Law .docx**

unnecessary; (5) Policy not discriminatory. The court noted FHA claims are remedial and survive death under federal common law. The court granted summary judgment for defendants, holding an untrained dog did not qualify, pg. 25, **Chart of Plaintiffs Case Law .docx**

Prindable v. Ass'n of FHA, 42 U.S.C. § 3604(f); Sub- elements: Apartment Owners of 2987 Kalakaua, 304 F. Supp. "service animals." 2d 1245 (D. Haw. 2003)., pg. 25, **Chart of Plaintiffs Case Law .docx**

Untrained dogs not as a service animal, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA or ADA. Step-by-step: (1) No evidence of task, pg. 25, **Chart of Plaintiffs Case Law .docx**

[533] FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

- **Proof/Documentation Minimums**: It is correctly stated that FHA/FFHA applicants are often only required to provide minimally sufficient evidence,

---

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[534] The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs under FHA/FFHA for anxiety (analogous to PTSD/TBI); no training or detailed disability proof required; no denial if managed by meds; limited inquiries; relevant for HOA overreach in proof demands for managed mental disabilities., pg. 13, **Chart of Plaintiffs Case Law .docx**

[535] accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

such as a verbal or basic doctor's note for disability and need for the animal, whereas ADA service animal claims require evidence of training for specific tasks. [536] [537] [538]

---

[536] accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**
offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**
The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

[537] Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**
concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**
disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**
necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**
ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**
demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**
delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**
verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**
of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[538] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA-evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**
Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**
FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**
(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**
Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**
that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**
veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**
Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

- **Constructive Denial**: Several cases (e.g., Bhogaita, Hogarth) accurately summarize the principle that undue or excessive delay, or harassment in the verification process, constitutes constructive denial under the FHA. [539] [540]

---

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx** underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

[539] repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[540] for condo, holding genuine issues on FHA violation for denying ESA dog for PTSD without, pg. 15, **Chart of Plaintiffs Case Law .docx**

Hogarth v. Thornhill Condo. Ass'n, Inc., 310 So. 3d 128 (Fla. 2d DCA 2020)., pg. 15, **Chart of Plaintiffs Case Law .docx**

Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

158

- **Survival of Claims**: In entries such as Revock v. Cowpet Bay W., the description that FHA claims are remedial and survive the death of a party is explicitly stated and is noted as an established rule within that section. [541]

- **No Overreach in State/Federal Distinction**: Where state statutes are cited (e.g., Florida Fair Housing Act provisions), the chart correctly limits its interpretations about their reach (e.g., Hogarth, Florida Commission on Human Relations cases). [542] [543]

---

[541] The court reversed summary judgment, holding FHA claims survive death under federal common law as remedial. Step-by- step: (1) FHA silent on survival, §1988(a) under FHA; no, pg. 27, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs, pg. 27, **Chart of Plaintiffs Case Law .docx**

training needed; survival after, pg. 27, **Chart of Plaintiffs Case Law .docx**

Remedial claims survive; (3) Genuine death; harassment issues on ESA denial as interference; key for FMRCOA on claim continuation, ESA protections, retaliation., pg. 27, **Chart of Plaintiffs Case Law .docx**

[542] Florida Fair holding condo violated FHA by Housing Act, Fla. Stat. § 760.23; Sub- denying service dog elements: Reasonable, pg. 11, **Chart of Plaintiffs Case Law .docx**

for epilepsy without training proof, accommodation for despite reduced seizures from, pg. 11, **Chart of Plaintiffs Case Law .docx**

medication. Step-by- denial if seizures, pg. 11, **Chart of Plaintiffs Case Law .docx**

127 (Fla. 1st epilepsy/seizures); DCA 2020), 306 So.3d 127., pg. 11, **Chart of Plaintiffs Case Law .docx**

No training proof or limited major life certification required; No disability proof if obvious; No denial if seizures reduced by medication; Limited to two questions., pg. 11, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 11, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 11, **Chart of Plaintiffs Case Law .docx**

FHA/FFHA for epilepsy; no training/disability proof required beyond statement; limited to two questions; no, pg. 11, **Chart of Plaintiffs Case Law .docx**

reduced by medication; directly relevant for FMRCOA on HOA denials for managed epilepsy/PTSD/TBI with ESAs/service dogs., pg. 11, **Chart of Plaintiffs Case Law .docx**

activities (driving, working), qualifying as disability even if managed by meds; (2) Dog trained to alert/seize during seizures, but no formal proof required under FHA; (3) Resident's statement and dog's task sufficient, no doctor's prescription needed; (4) Condo's demands for certification excessive, inquiries limited to two questions (disability, pg. 11, **Chart of Plaintiffs Case Law .docx**

need, dog's task); (5) No denial allowed for managed condition; (6) No direct threat shown. Emphasizes FHA's low proof bar, medication management does not disqualify., pg. 11, **Chart of Plaintiffs Case Law .docx**

[543] Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

## 4. NOTED INCONSISTENCIES OR ERRORS

- **Split or Merged Entries**: Due to split lines or formatting, the citation or description in some cases is interrupted by elements of other cases (e.g., Bhogaita's summary is interrupted and later continued, potentially causing confusion if not read in sequence). [544]

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[544] Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

160

- **Truncation Issues**: Some elements (such as court docket numbers or full party names) are occasionally truncated or merged, but there is no evidence of misrepresentation of substance or jurisdiction. [545] [546]

- **Placement of Case Names in "Key Holdings"/"Applicability"**: The organization sometimes places details from the next case before finishing

---

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**
constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**
there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**
ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**
[545] Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**
FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**
[546] Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**
elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**
Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**
1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

the summary of the previous one, risking misattribution in a quick read but not misrepresenting the individual holdings or facts as presented. [547] [548] [549]

---

[547] Aikins v. St., pg. 1, **Chart of Plaintiffs Case Law .docx**

12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**

Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**

Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**

requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**

F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

over policy;, pg. 1, **Chart of Plaintiffs Case Law .docx**

power to amend policy; (3) No authority to ensure nondiscrimination;, pg. 1, **Chart of Plaintiffs Case Law .docx**

vs. individual liability., pg. 1, **Chart of Plaintiffs Case Law .docx**

(4)    Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

[548]

(4)    Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

162

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals; state law mirroring FHA; relevant for persistent HOA denials in mental health contexts., pg. 1, **Chart of Plaintiffs Case Law .docx**

[549] Regular/indiscrimina te use contradicts private; (4) Occasional insufficient; (5) Open indiscriminately key. The court denied summary judgment, holding factual issues on whether eviction for emotional support animals violated the, pg. 16, **Chart of Plaintiffs Case Law .docx**

(1)   Disability required animals for companionship; (2) No-pet enforcement potentially, pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to multiple emotional support animals; supports broad therapeutic accommodations in housing., pg. 16, **Chart of Plaintiffs Case Law .docx**

## SUMMARY TABLE OF ERRORS

| Type | Example Location(s) | Description of Issue | Impact on User | Citation |
|---|---|---|---|---|
| Citation Split or Truncation | Several, e.g., 550551552 | Line breaks, merged or truncated party names/statutes | Minor confusion in attribution; does not distort the law | 553 554 555 |

---

[550] Aikins v. St., pg. 1, **Chart of Plaintiffs Case Law .docx**

12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**

Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**

Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**

requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**

F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

[551] Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

[552] Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

[553] Aikins v. St., pg. 1, **Chart of Plaintiffs Case Law .docx**

12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**

Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**

Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**

requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**

F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

[554] Univ., 45 F., pg. 7, **Chart of Plaintiffs Case Law .docx**

elements: Operator power to, pg. 7, **Chart of Plaintiffs Case Law .docx**

Supp. 2d 211 accommodate; (E.D.N.Y. University dean liability., pg. 7, **Chart of Plaintiffs Case Law .docx**

1999)., pg. 7, **Chart of Plaintiffs Case Law .docx**

[555] Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

| Type | Example Location(s) | Description of Issue | Impact on User | Citation |
|------|---------------------|----------------------|----------------|----------|
| Statute Cross-referencing | Cases where ADA and FHA both cited (where only one applies) | Potential cross-reference without explicit limitation | May overstate coverage; user should confirm primary statute in full case | [556] [557] |

---

[556] 1600 Church FHA, 42 U.S.C. §, pg. 2, **Chart of Plaintiffs Case Law .docx**
Rd. Condo., pg. 2, **Chart of Plaintiffs Case Law .docx**
3604(f); ADA, 42, pg. 2, **Chart of Plaintiffs Case Law .docx**
Ass'n, No., pg. 2, **Chart of Plaintiffs Case Law .docx**
U.S.C. § 12181(7);, pg. 2, **Chart of Plaintiffs Case Law .docx**
[557] Castellano v. Access FHA, 42 U.S.C. §, pg. 5, **Chart of Plaintiffs Case Law .docx**
Premier 3604(f)(3)(B); Sub- Step-by-step: (1) The beyond dogs to Realty, Inc., elements: Waiver of plaintiff's disability 181 F. Supp. no-pet policy; Cat (anxiety) was established through medical evidence; 3d 798 (E.D. as ESA. Cal. 2016)., pg. 5, **Chart of Plaintiffs Case Law .docx**

165

| Type | Example Location(s) | Description of Issue | Impact on User | Citation |
|---|---|---|---|---|
| Formatting/Sequencing | E.g., Bhogaita, Castellano, Green | Facts and holdings split across multiple lines, sometimes interspersed | Possible misreading if lines not sequentially reviewed; factual | 558 559 |

---

[558] Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)    No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

| Type | Example Location(s) | Description of Issue | Impact on User | Citation |
|---|---|---|---|---|
| | | | content remains correct | |
| Overbroad Statements | "No training required for ESAs under FHA" | Rarely omits circuit split or exceptions; usually otherwise accurate | Could mislead if not supplemented with note on split authority | 560 561 |

## Conclusion

No explicit errors in case law citations, factual descriptions, or legal interpretations are identified from the charted content, beyond minor split/merge formatting and potential ambiguities due to sequential line arrangement. The most frequent risk is overbroad generalizations (e.g., about "no training required for ESAs" under all jurisdictions) and split citation/statutory applicability to both ADA and FHA without narrowed context, but the chart consistently makes appropriate distinctions

---

[559] Regular/indiscrimina te use contradicts private; (4) Occasional insufficient; (5) Open indiscriminately key. The court denied summary judgment, holding factual issues on whether eviction for emotional support animals violated the, pg. 16, **Chart of Plaintiffs Case Law .docx**

    (1)  Disability required animals for companionship; (2) No-pet enforcement potentially, pg. 16, **Chart of Plaintiffs Case Law .docx**

Applies to multiple emotional support animals; supports broad therapeutic accommodations in housing., pg. 16, **Chart of Plaintiffs Case Law .docx**

[560] language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

[561] accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx** offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx** The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

167

between ADA and FHA requirements and does not misstate legal standards as set out in the contained summaries. [562] [563] [564] [565] [566] [567] [568]

---

[562] Aikins v. St., pg. 1, **Chart of Plaintiffs Case Law .docx**

12182(a); Sub-, pg. 1, **Chart of Plaintiffs Case Law .docx**

Helena elements: Operator, pg. 1, **Chart of Plaintiffs Case Law .docx**

Hosp., 843, pg. 1, **Chart of Plaintiffs Case Law .docx**

requires control, pg. 1, **Chart of Plaintiffs Case Law .docx**

F. Supp. 1329 (N.D. Cal. 1994)., pg. 1, **Chart of Plaintiffs Case Law .docx**

over policy;, pg. 1, **Chart of Plaintiffs Case Law .docx**

power to amend policy; (3) No authority to ensure nondiscrimination;, pg. 1, **Chart of Plaintiffs Case Law .docx**

vs. individual liability., pg. 1, **Chart of Plaintiffs Case Law .docx**

(4)  Proper defendant owns/operates/leases ; (5) Retains accountability for those in position. The court affirmed the Commission's decision, holding that repeated denials of a waiver for an emotional support dog violated the FHA. Step-by-step: (1) The residents' depression qualified, pg. 1, **Chart of Plaintiffs Case Law .docx**

Auburn Woods I Homeowners Ass'n v. Fair FHA, 42 U.S.C. § 3604(f); Sub- Emp't & Hous. elements: Repeated as a mental, pg. 1, **Chart of Plaintiffs Case Law .docx**

Comm'n, 121 Cal. App. 4th 1578, 18 Cal. Rptr. 3d 669 (2004)., pg. 1, **Chart of Plaintiffs Case Law .docx**

denials; Service, pg. 1, **Chart of Plaintiffs Case Law .docx**

dog for mental health., pg. 1, **Chart of Plaintiffs Case Law .docx**

The court dismissed, holding doctor not operator without policy authority. Step-by-step: (1) Language implies control over services; (2) Independent contractor lacks, pg. 1, **Chart of Plaintiffs Case Law .docx**

Applies to ADA public, pg. 1, **Chart of Plaintiffs Case Law .docx**

accommodations; operator needs, pg. 1, **Chart of Plaintiffs Case Law .docx**

remedial control; relevant for FMRCOA on HOA, pg. 1, **Chart of Plaintiffs Case Law .docx**

Independent contractor exemption., pg. 1, **Chart of Plaintiffs Case Law .docx**

disability; (2) Necessity was proven by medical testimony on companionship benefits; (3) Enforcement of no- pet rules constituted discrimination without undue burden., pg. 1, **Chart of Plaintiffs Case Law .docx**

[563] Bhogaita v. Altamonte Heights Condo. Ass'n, Inc., 765 F.3d 1277 (11th Cir. 2014)., pg. 3, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(3)(B) (reasonable accommodation for disability); Sub- elements: Disability definition (mental impairment substantially limiting major life activities); Necessity of accommodation; Constructive denial through delay; No undue burden on housing provider., pg. 3, **Chart of Plaintiffs Case Law .docx**

language requires sale/rental; (4) Deference to DOJ; (5) Broad purpose. The court granted partial summary judgment, holding FHA violation for denying ESA (pit bull) without individualized threat Applies to ESAs assessment. Step-by- under FHA; breed step: (1) Disability restrictions require (anxiety/depression) individualized established; (2) ESA inquiry; no training needed; relevant for FMRCOA on pit bulls, direct threat. necessary for emotional support; (3) Breed ban discriminatory absent actual threat; (4) No undue burden; (5) Retaliation via eviction., pg. 3, **Chart of Plaintiffs Case Law .docx**

The court held that the condominium association violated the FHA by constructively denying a reasonable accommodation request for an emotional support animal exceeding a, pg. 3, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support animals under the FHA in housing contexts; highlights that emotional support animals, unlike ADA service animals, do not require specific task training but 25-pound pet weight must provide limit. Step-by-step: (1) Plaintiff established post- traumatic stress disorder as a disability under 42, pg. 3, **Chart of Plaintiffs Case Law .docx**

therapeutic support linked to the disability; not directly applicable to ADA public access rights but, pg. 3, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 4, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 4, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 4, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 4, **Chart of Plaintiffs Case Law .docx**

U.S.C. § 3602(h), pg. 4, **Chart of Plaintiffs Case Law .docx**

reinforces FHA, pg. 4, **Chart of Plaintiffs Case Law .docx**

based on evidence of protections against substantial arbitrary restrictions like weight limits in residential settings. limitations in major life activities like sleeping and socializing; (2) The emotional support animal was necessary to afford equal use and enjoyment of the dwelling, as supported by medical evidence linking the animal to ameliorating symptoms; (3) The association's, pg. 4, **Chart of Plaintiffs Case Law .docx**

repeated requests for excessive and irrelevant information, coupled with indeterminate delays, constituted a, pg. 4, **Chart of Plaintiffs Case Law .docx**

constructive denial without justification;, pg. 4, **Chart of Plaintiffs Case Law .docx**

(4)  No evidence of undue financial or administrative burden or fundamental alteration to operations was, pg. 4, **Chart of Plaintiffs Case Law .docx**

presented, nor was, pg. 4, **Chart of Plaintiffs Case Law .docx**

there proof of a direct threat to health or safety. This, pg. 4, **Chart of Plaintiffs Case Law .docx**

ruling emphasizes the obligation for timely and good-faith engagement in the, pg. 4, **Chart of Plaintiffs Case Law .docx**

[564] The court denied the defendants' motion to dismiss, holding that a pit bull as an emotional support animal constituted a reasonable accommodation absent individualized animals in FHA- evidence of a direct covered rental threat. Step-by-step: housing; specifies (1) The plaintiff's minor son was established as having a mental disability based on allegations of substantial limitations in learning and, pg. 6, **Chart of Plaintiffs Case Law .docx**

Chavez v. Aber, No. EP-15-CV- 00068-KC, 2015 WL 4724807 (W.D. Tex. Aug. 10, 2015)., pg. 6, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. § 3604(f)(2), pg. 6, **Chart of Plaintiffs Case Law .docx**

(discrimination in rental terms); Sub- elements: Direct threat exception (24 C.F.R. § 100.202(d)); Breed- concentrating; (2) specific denials; Retaliation under § 3617; Reasonable accommodation necessity., pg. 6, **Chart of Plaintiffs Case Law .docx**

Applies to emotional support, pg. 6, **Chart of Plaintiffs Case Law .docx**

that breed designations, such as pit bull, are not automatically disqualifying if no evidence of threat exists; contrasts with ADA service animals, which require task- The emotional support animal was specific training for public access but necessary to provide share protections therapeutic benefits, against unfounded such as reducing denials; directly anxiety, as alleged in relevant for the complaint; (3) A challenging HOA or landlord policies in the FMRCOA case involving potential breed or size restrictions., pg. 6, **Chart of Plaintiffs Case Law .docx**

veterinarian's assessment confirmed the dog showed no signs of aggression, overriding presumptions based on breed stereotypes alone; (4) The refusal to accommodate,, pg. 6, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 7, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 7, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 7, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 7, **Chart of Plaintiffs Case Law .docx**

grounded solely in breed concerns and a no-pet policy, violated the FHA without proof of actual threat; (5) The retaliation claim survived due to eviction threats following the accommodation request, demonstrating a causal link. This case, pg. 7, **Chart of Plaintiffs Case Law .docx**

underscores the requirement for individualized assessments rather than blanket breed bans in evaluating direct threat exceptions. The court denied dismissal, holding dean operator with facilitation power. Step-by-step: (1), pg. 7, **Chart of Plaintiffs Case Law .docx**

[565] accommodation for ESA (no training); Anxiety disorder nexus; No disability proof required beyond statement; No denial if condition managed., pg. 13, **Chart of Plaintiffs Case Law .docx**

offered neighbor relocation; (4) Accommodations ineffective, no undue burden shown; (5) No duty for interactive process under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

The court affirmed denial of eviction, holding FHA violation for denying ESA cat for anxiety without training or extensive disability proof. Step-by-step: (1) Anxiety limited major life activities, qualifying as disability; (2) ESA necessary for emotional support, no task training needed; (3) Tenant's statement and basic doctor's note sufficient, no detailed proof required; (4) Landlord's demands for certification excessive; (5) Anxiety managed by meds did not disqualify accommodation; (6) Inquiries limited to need and animal's role. Reinforces minimal proof thresholds under FHA., pg. 13, **Chart of Plaintiffs Case Law .docx**

[566] Housing Act, Fla. Stat. § 760.23; Sub- elements: Reasonable accommodation for ESA (no training proof required); PTSD disability nexus; No doctor's prescription or certification needed; Constructive denial via, pg. 15, **Chart of Plaintiffs Case Law .docx**

prescription. Step- by-step: (1) PTSD substantially limited major life activities (sleeping,, pg. 15, **Chart of Plaintiffs Case Law .docx**

Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[567] Applies to ESAS under FHA/FFHA for PTSD; explicitly no training proof or doctor's prescription required if nexus shown; limited to two inquiries (disability need, animal's task); no denial if PTSD managed by meds; relevant for, pg. 15, **Chart of Plaintiffs Case Law .docx**

concentrating), qualifying as, pg. 15, **Chart of Plaintiffs Case Law .docx**

disability; (2) ESA, pg. 15, **Chart of Plaintiffs Case Law .docx**

necessary to ameliorate symptoms through companionship/alerti FMRCOA on HOA, pg. 15, **Chart of Plaintiffs Case Law .docx**

ng, no specific task training required under FHA; (3), pg. 15, **Chart of Plaintiffs Case Law .docx**

demands for proof in PTSD cases,, pg. 15, **Chart of Plaintiffs Case Law .docx**

delays/harassment; No denial if condition managed., pg. 15, **Chart of Plaintiffs Case Law .docx**

verbal statements Resident's statement sufficient., pg. 15, **Chart of Plaintiffs Case Law .docx**

170

of disability and dog's role sufficient, no doctor's note or certification needed; (4) Condo's demands for proof and delays, pg. 15, **Chart of Plaintiffs Case Law .docx**

[568] Peklun v. Tierra Del Mar Condo. Ass'n, Inc., No. 15-CIV- 80801, 2015 WL 8029840 (S.D. Fla. Dec. 7, 2015)., pg. 24, **Chart of Plaintiffs Case Law .docx**

FHA, 42 U.S.C. §, pg. 24, **Chart of Plaintiffs Case Law .docx**

3604(f)(3)(B); Sub- elements: Disability ESA/service animal. Step-by-step: (1), pg. 24, **Chart of Plaintiffs Case Law .docx**

(sleep apnea); Necessity; Training Sleep apnea as distinctions (ESA vs. service)., pg. 24, **Chart of Plaintiffs Case Law .docx**

disability limiting breathing/sleeping; (2) Doctor letters showed nexus to dog alerting to apnea; (3) No training needed, pg. 24, **Chart of Plaintiffs Case Law .docx**

Applies to ESAs/service animals under FHA; sleep apnea, pg. 24, **Chart of Plaintiffs Case Law .docx**

qualifies; no formal training if nexus shown; relevant for FMRCOA on revocation, verification limits., pg. 24, **Chart of Plaintiffs Case Law .docx**

Case Name and Citation, pg. 25, **Chart of Plaintiffs Case Law .docx**

Relevant Statute and Sub-Elements, pg. 25, **Chart of Plaintiffs Case Law .docx**

Key Holdings, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applicability to Service Dogs/ESAs, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA if therapeutic; (4) Revocation of prior approval factual; (5) Delay/denial constructive refusal., pg. 25, **Chart of Plaintiffs Case Law .docx**

The Sixth Circuit affirmed the district court's grant of summary judgment for defendant, holding gas grills not necessary accommodation for asthma/COPD. Step- by-step: (1) Disabilities, pg. 25, **Chart of Plaintiffs Case Law .docx**

Applies to modifications under FHA;, pg. 25, **Chart of Plaintiffs Case Law .docx**

necessity requires direct nexus; relevant for, pg. 25, **Chart of Plaintiffs Case Law .docx**

FMRCOA on non- animal, pg. 25, **Chart of Plaintiffs Case Law .docx**

accommodations, proof standards, and survival of claims after death., pg. 25, **Chart of Plaintiffs Case Law .docx**

unnecessary; (5) Policy not discriminatory. The court noted FHA claims are remedial and survive death under federal common law. The court granted summary judgment for defendants, holding an untrained dog did not qualify, pg. 25, **Chart of Plaintiffs Case Law .docx**

Prindable v. Ass'n of FHA, 42 U.S.C. § 3604(f); Sub- elements: Apartment Owners of 2987 Kalakaua, 304 F. Supp. "service animals." 2d 1245 (D. Haw. 2003)., pg. 25, **Chart of Plaintiffs Case Law .docx**

Untrained dogs not as a service animal, pg. 25, **Chart of Plaintiffs Case Law .docx**

under FHA or ADA. Step-by-step: (1) No evidence of task, pg. 25, **Chart of Plaintiffs Case Law .docx**

171