# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**MARK HEIMKES, et al.,**

      **Plaintiffs,**

**v.**                                                           **1:22-cv-00448-TFM-N**

**FAIRHOPE MOTORCOACH
RESORT CONDOMINIUM
OWNERS ASSOCIATION, INC.,**

      **Defendant.**

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE ATTACHING CASELAW

COME NOW, Plaintiff's Counsel to provide the Court with the highlighted caselaw from his database of case research and in support of his response to the Court's Order to Show Cause states as follows:

1.    **Bhogaita v. Altamonte Heights Condo. Ass'n, Inc.**
   *Bhogaita v. Altamonte Heights Condo. Ass'n, Inc.*, 765 F.3d 1277 (11th Cir. 2014).

2.    **Carruthers v. BSA Advertising, Inc.**
   *Carruthers v. BSA Advertising, Inc.*, 357 F.3d 1213 (11th Cir. 2004).

3.    **Hunt v. Aimco Properties, L.P.**
   *Hunt v. Aimco Properties, L.P.*, 814 F.3d 1213 (11th Cir. 2016).

4.    **Meyer v. Holley**
   *Meyer v. Holley*, 537 U.S. 280 (2003).

5.    **Revock v. Cowpet Bay W. Condo. Ass'n**
   *Revock v. Cowpet Bay W. Condo. Ass'n*, 853 F.3d 96 (3d Cir. 2017).

6.    **Rosebrough v. Caldwell**

*Rosebrough v. Caldwell*, 667 F.3d 333 (6th Cir. 2012).

7.  **Sabal Palm Condos. of Pine Island Ridge Ass'n, Inc. v. Fischer**
    *Sabal Palm Condos. of Pine Island Ridge Ass'n, Inc. v. Fischer*, 6 F. Supp. 3d 1272 (S.D. Fla. 2014).

8.  **Tanner v. JPMorgan Chase Bank, N.A.**
    *Tanner v. JPMorgan Chase Bank, N.A.*, 587 F. App'x 505 (11th Cir. 2014).

9.  **United States v. Wales West, LLC**
    *United States v. Wales West, LLC*, Civ. Act. No. 09-cv-29-CG-B (S.D. Ala. Jan. 19, 2010) (consent decree).


Done this 11th day of August 2025

*/s/ Franklin H. Eaton, Jr.*
Franklin H. Eaton, Jr.
*Attorney for the Plaintiffs*
THE EATON LAW FIRM, LLC
3145 Gulf Shores Pkwy
Gulf Shores, AL 36542
(256) 738-4730 Cell
franklineatonjr@mac.co
m

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August 20205, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and/or that I hereby certify that I have mailed by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed those non CM/ECF participants:

D. Greg Dunagan, Esq.
Carr Allison
6251 Monroe Street, Suite 200 Daphne,
Al 36526

gdunagan@carrallison.com

C. Andrew Harrell, Jr. Esq.
Clark, May, Price, Lawley, Duncan & Paul, LLC
P.O. Box 4850
Gulf Shores, AL 36547 (251)
968-1555
aharrell@clarkmayprice.com

H. Cannon Lawley (LAW029)
Clark, May, Price, Lawley, Duncan & Paul, LLC
3070 Green Valley Road
Birmingham, AL 35243 (205)
267-6601
cannon@clarkmayprice.com

*/s/ Franklin H. Eaton, Jr.*
Franklin H. Eaton, Jr.