IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK HEIMKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:22-cv-448-TFM-N |
| | ) | |
| FAIRHOPE MOTORCOACH RESORT | ) | |
| CONDOMINIUM OWNERS | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | | |
| SHEARLDINE MARIE ALLFREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:22-cv-496-TFM-N |
| | ) | |
| FAIRHOPE MOTORCOACH RESORT | ) | |
| CONDOMINIUM OWNERS | ) | |
| ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the Memorandum Opinions and Orders entered in these cases [1]

including the Bench Opinion (Doc. 350) entered this same date, it is **ORDERED, ADJUDGED,**

and **DECREED** that the Court finds in favor of the Defendant, Fairhope Motorcoach Resort

---

[1] The Court notes that these two cases in the caption were on parallel tracks and were only initially consolidated for discovery purposes. *See* Doc. 52. On the eve of trial on May 25, 2025, Plaintiffs requested a full consolidation for trial purposes – as opposed to the concurrent presentation the Court had originally indicated for the bench trial. *See* Doc. 238. The motion was unopposed by Defendant and was granted. *See* Docs. 250, 339. Therefore, there are substantive opinions on the docket sheets for both cases in the caption and the record. In Civ. Act. No. 1:22-cv-448, there are the following Memorandum Opinions: Docs. 35, 172, 196, 333, 339. In Civ. Act. No. 1:22-cv-496, there are the following Memorandum Opinions: Docs. 30, 108, 131.

Condominium Owners Association, Inc., and against the Plaintiffs, Mark Heimkes and Shearldine Allfrey.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 25th day of March, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE